## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    M. D. Peasant
    S.H.C.U.
    P.H.S., Inc.
    P. O. Box 56
    Elmore, AL 36025

2:06cv363 (cmp/order 40 dys)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 4011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Angela Thornell — Agent
B. Received by (Printed Name): Angela Thorne II
C. Date of Delivery: 4/28/06
D. Is delivery address different from item 1? No

3. Service Type: ☑ Certified Mail ☑ Return Receipt for Merchandise
4. Restricted Delivery? (Extra Fee): No

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

    Tai Q. Chung, M.D.
    6936 Winton Blount Boulevard
    Montgomery, AL 36117

2:06cv363 (cmp/order 40 dys)

2. Article Number: 7005 1160 0001 2962 4028

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Valerie Ware — Agent
B. Received by (Printed Name): —
C. Date of Delivery: 4-28-06

3. Service Type: ☑ Certified Mail ☑ Return Receipt for Merchandise

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

    Julio E. Rios, M.D.
    Baptist Medical Center South
    P. O. Box 241145
    Montgomery, AL 36124

2:06cv363 (cmp/order 40 dys)

2. Article Number: 7005 1160 0001 2962 4035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X — Agent
B. Received by (Printed Name): Thorne
C. Date of Delivery: 4-28-06

3. Service Type: ☑ Certified Mail ☑ Return Receipt for Merchandise

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540