IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-363-MEF |
| | ) |
| ALABAMA CORRECTIONAL INDUSTRIES | ) |
| COMMISSIONER BUTCH CALLOWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In his complaint, the plaintiff names Freddie Nunn and Danny Donovan as defendants in this cause of action. Service was attempted but unperfected on these individuals because the plaintiff failed to provide a sufficient address for service. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Freddie Nunn and Danny Donovan, the plaintiff must furnish the clerk's office with correct addresses for these individuals. Accordingly, it is

ORDERED that on or before May 22, 2006 the plaintiff shall furnish the clerk's office with the correct addresses of Freddie Nunn and Danny Donovan. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Freddie Nunn and Danny Donovan they will not be considered parties to this cause of action, the court will on its own initiative dismiss the claims against Freddie Nunn and Danny Donovan, and this case will

proceed against only the defendant on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure.*

Done this 2nd day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE