Pugh

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Prison Health Services, Inc.
    105 West Park Drive, Suite 200
    Brentwood, TN 37027

2:06CV363 (cmpl order 40 dys)

2. Article Number
   (Transfer from service label)      7005 1160 0001 2962 3977

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Rachael Su        ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Rachael Sauk

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes