| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Mason Matthews    C. Date of Delivery |
| 1. Article Addressed to:<br><br>General Counsel<br>Prison Health Services<br>Lewis Peyton Chapman III<br>Rushton Stakely Johnston & Garret<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br><br>2:06 cv 363 MEF | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 0 4 2006<br><br>Cmp & D (40)<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 1820 0002 3461 1079 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540