IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

| | |
|---|---|
| Cedric Pugh # 182373, Pro/Se Plaintiff | |
| -Vs- | Case No. 2:06-CV-363-MEF |
| Alabam Correctional Ind., Comm. Butch Colloway, et.al., Defendant(s) | |

RECEIVED
2006 MAY 15 A 9:22
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO SUBMIT CORRECT ADDRESSES OF DEFENDANTS

Comes Now, Cedric Pugh, Pro/Se, And from herein known as the Plaintiff, And submits the corrected Addresses of defendants; Freddie Nunn, And, Danny Donovan, Plaintiff avers that the aforementioned defendants can be served at;

**Central Wharehouse Meat**
Post Office Box 246
Elmore, Al. 36025

Plaintiff maintains that the defendants can be served at the above referenced address, As they are both supervisors at the Meat Packing plant.

Respectfully Submitted, *Cedric Pugh*
Cedric Pugh #182373
P.O. Box 8
Elmore Corr. Facility
Elmore, Al. 36025

c.c.-personal file