IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-363-MEF |
| | ) |
| ALABAMA CORRECTIONAL INDUSTRIES | ) |
| COMMISSIONER BUTCH CALLOWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On May 15, 2006, the plaintiff filed a pleading in which he advises the court of an address for Freddie Nunn and Danny Donovan. The Clerk is hereby DIRECTED to serve a copy of the complaint, the April 27, 2006 order of procedure (Court Doc. No. 4) and this order on Freddie Nunn and Danny Donovan at P.O. Box 246, c/o Central Warehouse Meat, Elmore, Alabama 36025. Accordingly, it is

ORDERED that on or before June 16, 2006 Freddie Nunn and Danny Donovan shall file a written report and answer in accordance with the directives of the order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Freddie Nunn and Danny Donovan these individuals will not be considered parties to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 18th day of May, 2006.

                                        /s/ Vanzetta Penn McPherson
                                        UNITED STATES MAGISTRATE JUDGE