**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Danny Donovan
    PO Box 246
    c/o Central Warehouse Meat
    Elmore, AL 36025

    06CV363

2. Article Number (Transfer from service label)
    7004 1160 0003 5811 2106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X Niketta Jeans
    ☐ Agent
    ☐ Addressee

B. Received by (Printed Name): Niketta Jeans
C. Date of Delivery: 5/24/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Freddie Nunn
    PO Box 246
    c/o Central Warehouse Meat
    Elmore, AL 36025

    06CV363

2. Article Number (Transfer from service label)
    7004 1160 0003 5811 2090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X Niketta Jeans
    ☐ Agent
    ☐ Addressee

B. Received by (Printed Name): Niketta Jeans
C. Date of Delivery: 5/24/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540