IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:06-CV-363-MEF [WO] |
| | ) |
| ALABAMA CORRECTIONAL | ) |
| INDUSTRIES COMMISSIONER | ) |
| BUTCH CALLOWAY, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Defendant **Butch Calloway** and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., moves for an enlargement of time in which to file his Answer and Special Report. In support of the foregoing, Defendant shows as follows:

1. Defendant Butch Calloway was served on May 3, 2006, and his Answer and Special Report in this cause are due June 6, 2006.

2. Pursuant to court order, Plaintiff has provided the Court with the proper address for Defendants Freddie Nunn and Danny Donovan. The Court has ordered that, upon proper service, Defendants Nunn and Donovan file their Answer and Special Report in this cause on or before June 16, 2006.

3. Upon perfection of service, undersigned counsel will be representing all Defendants in this cause, and wishes to file one Answer and Special Report for all three collective Defendants.

  4. Undersigned counsel has not received all affidavits and relevant records from the Plaintiff's institutional file relating to the Plaintiff's Complaint.

  5. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

  6. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

  WHEREFORE, based on the foregoing, Defendant Calloway respectfully requests an enlargement of time for ten (10) days, to June 16, 2006, to file his Answer and Special Report, making the responses of all Defendants due on the same date.

            RESPECTFULLY SUBMITTED,

            TROY KING
            ATTORNEY GENERAL
            KIN047


            s/ *J. Matt Bledsoe*_____
            J. Matt Bledsoe (BLE 006)
            ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this 31st day of May, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Cedric Pugh, #182373
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

                                      /s/  *J. Matt Bledsoe*
                                      OF COUNSEL