IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-363-MEF |
| | ) |
| ALABAMA CORRECTIONAL INDUSTRIES | ) |
| COMMISSIONER BUTCH CALLOWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Calloway on May 31, 2006 (Court Doc. No. 13), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Calloway be GRANTED an extension from June 6, 2006 to and including June 16, 2006 to file a special report and answer in compliance with the order entered on April 27, 2006 (Court Doc. No. 4).

Done this 1st day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE