

# Dr. Tai Chung
## PATIENT INFORMATION SHEET

Referring Physician: __Julio Rios__
Date of Injury or Illness: __2/23/06__

Social Security Number

First Name: __Cedric__   MI: __R__   Last Name: __Pugh__   Title: ____

Date of Birth   Current Age: __30__   Male ✓   Female ___

Marital Status: ✓ Married ___ Single ___ Divorced ___ Widowed   Patient's Occupation: ____

Address: __Elmore Correctional Center__   City: ____   State: __AL__   Zip Code: __36025__

Home Telephone Number   Work Telephone Number   Cellular Telephone Number

Patient's Employer: ____   Employers Address, City, State and Zip Code ____

Is your visit related to a workman's comp injury? If so, please list w/c Ins. ____

Workman's Comp Insurance adjuster's name: ____

Indicate who we may speak with or leave a message regarding your health information __Staton Health Care Unit__

Emergency Contact Name(s)

Relationship   Home Telephone Number   Work Telephone Number

Present Complaint   Chronic Illness:

Drug allergies ____   Medications currently taking: (1) ____

(2) ____ (3) ____ (4) ____ (5) ____

**PLEASE GIVE ALL INSURANCE CARDS TO RECEPTIONIST**
**RELEASE OF INFORMATION, BENEFIT ASSIGNMENT, PAYMENT AUTHORIZATION, FULL DISCLOSURE AND AGREEMENT TO PAY FOR PROFESSIONAL SERVICES.**

I hereby authorize Dr. Tai Chung to release any information necessary to process any insurance claim acquired in the course of my examination or treatment to allow a photocopy of my signature to be used to process my insurance claim. I claim, direct, and authorize my carrier to issue payment check(s) directly to Dr. Tai Chung, for any insurance benefits to which I am entitled. I understand that failure to disclose precertification/second opinion requirements for any and all plans to which I subscribe may cause me to incur full liability for professional charges as a result of non-payment by my carrier. Regardless of insurance benefits, if any, I understand that I am fully responsible for any and all fees incurred and I agree the above is a legal and lawful debt. If it becomes necessary to forward this account to collections, I agree to be responsible for any/all collection costs, attorney fees and/or court costs. I waive now and forever my right of exemption under the laws of the constitution of the State of Alabama and any other state. I realize that in extraordinary circumstances, some insurance companies will not pay for certain procedures (i.e. MRI's or ultrasounds). I understand that my insurance is filed as a courtesy and I am responsible for the bill.

X __Cedric Pugh__
Patient/Responsible Party Signature                   Date

Payment of co-payment is expected at the time of service.   Check ___   [redacted] ___   Cash ___

## DEMOGRAPHICS

**Site Name & Number:** 843 - STATON
**Site Phone #:** 334-567-1548
**Site Fax #:** 334-567-7167
**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female
**Responsible party:** ☒ PHS ☐ Auto Ins.

**Patient Name (Last, First):** Pugh, Cedric
**Alias (Last, First):**
**Inmate #:** 182373 E(C
**SS Number:** [redacted]
☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

**Date (mm/dd/yy):** 02/24/06
**Date of Birth (mm/dd/yy):** [redacted]
**PHS Custody Date (mm/dd/yy):** 8/6/97
**Potential Release Date (mm/dd/yy):** 8/__/2007

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
J. M. Peasant, Sr., M.D. /signature/

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** 1   ☐ Other: _____

**Specialist referred to:** Dr Chung
**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate i̇ tx

**Diagnosis:** Partial Traumatic Amputation (R) 3rd dig 2
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
2/23/06 → Got finger caught in mixer c̄ ≈ 1/4 of finger amputated (R) 3rd digit. Sent to BMCS for tx. Needs to see ortho for f/u

**Results of a complaint directed physical examination:**
(R) 3rd finger wrapped c̄ pressure dsg. DSG not removed @ this time. Prior to ER visit 1/4 of finger c̄ Traumatic amputation

FAXED 2/24/06

**Previous treatment and response (including medications):**
Appt scheduled c̄ Dr Chung on 2/27/06 @ 1415   ⚠ URGENT
TAKE XRAYS to Appt

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here): _____
☐ More Information Requested: (See Attached)
**Date resubmitted:** __/__/__
☐ Resubmitted with requested information.

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |

05a - UM Referral review form

F. Ellis RN



# Dr. Tai Chung
## PATIENT INFORMATION SHEET

Social Security Number: [redacted]

Referring Physician: Julio Rios

Date of Injury or Illness: 2/23/06

First Name: Cedric

MI: R

Last Name: Pugh

Title: ___

Date of Birth: [redacted]

Current Age: 30

Male: ✓   Female: ___

Marital Status: ✓ Married __ Single __ Divorced __ Widowed   Patient's Occupation: ___

Address: Elmore Correctional Center

City: ___

State: AL

Zip Code: 36025

Home Telephone Number: ___

Work Telephone Number: ___

Cellular Telephone Number: ___

Patient's Employer: ___

Employers Address, City, State and Zip Code: ___

Is your visit related to a workman's comp injury? If so, please list w/c ins. ___

Workman's Comp insurance adjuster's name: ___

Indicate who we may speak with or leave a message regarding your health information: Staton Health Care Unit

Emergency Contact Name(s): ___

Relationship: ___   Home Telephone Number: ___   Work Telephone Number: ___

Present Complaint: ___   Chronic Illness: ___

Drug allergies ___   Medications currently taking: (1)___
(2)___ (3)___ (4)___ (5)___

**PLEASE GIVE ALL INSURANCE CARDS TO RECEPTIONIST**
**RELEASE OF INFORMATION, BENEFIT ASSIGNMENT, PAYMENT AUTHORIZATION, FULL DISCLOSURE AND AGREEMENT TO PAY FOR PROFESSIONAL SERVICES.**

I hereby authorize Dr. Tai Chung to release any information necessary to process any insurance claim acquired in the course of my examination or treatment to allow a photocopy of my signature to be used to process an insurance claim. I claim, direct, and authorize my carrier to issue payment check(s) directly to Dr. Tai Chung, for any insurance benefits to which I am entitled. I understand that failure to disclose precertification/second opinion requirements for any and all plans to which I subscribe may cause me to incur full liability for professional charges as a result of non-payment by the carrier. Regardless of insurance benefits, if any, I understand that I am fully responsible for any and all fees incurred and I agree the above is a legal and lawful debt. If it becomes necessary to forward this account to collections, I agree to be responsible for any/all collection costs, attorney fees and/or court costs. I waive now and forever my right of exemption under the laws or the constitution of the State of Alabama and any other state. I realize that in extraordinary circumstances, some insurance companies will not pay for certain procedures (i.e. MRI's or Ultrasounds). I understand that my insurance is filed as a courtesy and I am responsible for the bill.

Patient/Responsible Party Signature: Cedric Pugh

Date: ___

Payment of co-payment is expected at the time of service.   Check ___   [redacted]   Cash ___

[Handwritten medical referral/authorization form with fields including:
- 843 - STATON
- Phone: 334-567-1548
- Fax: 334-567-7157
- Patient: Pugh, Cedric
- Date: 02/24/06
- ID: 182373
- Referring Provider: J. M. Peasant, Sr., M.D.
- Specialist referred to: Dr. Chung
- Type of Consultation: Evaluate & tx
- Diagnosis: Partial Traumatic Amputation (R) 3rd dig.
- History: 2/23/06 → Got finger caught in mixer & 1/4 of finger amputated. (R) 3rd digit. Sent to Baptist South. Needs to see ortho for this.
- (R) 3rd finger w/ partial amputation dsg. Dsg. not removed c the time. Prior to ER visit tip of finger c traumatic amputation.
- Appt sched c/o Dr Chung on 2/27/06 @ 1415
- URGENT - TAKE X-RAYS to appt]

---

**CEDRICK PUGH**          **OFFICE VISIT**          **FEBRUARY 27, 2006**

**CHIEF COMPLAINT:** The patient is a 30 year-old right hand dominant gentleman referred from the correctional facility with complaint of right middle finger pain after he had it caught in a meat grinder about four days ago. He was seen at Baptist South. Apparently his finger was cleaned and dressed. He is here for further care. He had no previous injury to this area.

**MEDICAL HISTORY:** Is not remarkable for any serious illness.

**MEDICATIONS:** None.

**ALLERGIES:** None.

**EXAMINATION:** There has been a partial amputation of the pulp of the right middle finger. This is on the ulnar side. It involves about half of the pulp of the finger. He can wiggle the tip of the finger. There is no gross dirt contamination. X-rays showed that a bit of the tip of the distal phalanx has been amputated.

**IMPRESSION:** Amputation of left middle finger with exposed wound.

**PLAN:** To the OR for debridement and repair and most likely skin graft from the groin to the finger. Risks of surgery include anesthesia, infection, neurovascular and tendon damage, skin graft not taking requiring a re-do, incomplete resolution of symptoms and return of function in the hand. He understands and wishes to proceed with surgery

Tai Q. Chung, M.D.

TQC/rpk



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cedric [illegible] | D.O.B.: |
|---|---|---|

2/27/06 — [illegible handwritten clinical notes]

5111 (5/95)    Complete Both Sides Before Using Another Sheet

PAGE 3/5 * RCVD AT 5/1/2006 4:28:27 PM [Eastern Daylight Time] * SVR:FAX1-HQ/0 * DNIS:3427 * CSID: * DURATION (mm-ss):03-32

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
P.O. Box 17720
Montgomery, Alabama 36193-4201

PATIENT: PUGH, CEDRIC                           ROOM #:
MR #:                                           PATIENT #:
PHYSICIAN: TAI Q. CHUNG, M.D.                   ADM. DATE:

PATIENT VERIFICATION DATA:
PUGH, CEDRIC

DATE OF PROCEDURE:

ADMISSION DIAGNOSIS: Partial amputation of right middle finger.

HISTORY OF PRESENT ILLNESS: The patient is a 30-year-old right hand dominant gentleman who had the tip of his right middle finger amputated by a meat grinder on 2/23/06. This was dressed in the ER. He is now admitted for debridement and repair of the wound with most likely skin grafting from the groin. He had no previous injury to this area.

PAST MEDICAL HISTORY: Not remarkable for any serious medical illness.

MEDICINES: None.

ALLERGIES: None.

PHYSICAL EXAMINATION
HEAD & NECK: Normocephalic, atraumatic. EOMI. PERRL.
LUNGS: Clear to auscultation.
HEART: S1, S2.
ABDOMEN: Bowel sounds normal, soft, nontender.
NEUROLOGIC: CNS II-XII within normal limits. Motor and sensory within normal limits.
MUSCULOSKELETAL. The ulnar aspect of the pulp of the distal phalanx has been amputated. There is no gross dirt contamination. The nail plate is still present.

IMPRESSION: Oblique amputation of the tip of the right middle finger.

PLAN: To debride and repair the wound with possible skin graft from the groin. Risks of surgery have been discussed with him including anesthesia, infection, lack of taking of the skin graft, incomplete resolution of symptoms and return of function in the hand. He understands and wishes to proceed with surgery.


                                    _____
                                          TAI Q. CHUNG, M.D.

TQC / jcw
D: 03/01/2006
T: 03/01/2006


                                    TBA

                                Page 1 of 1

Rightfax                5/1/2006 3:38      PAGE   2/5     Rightfax
CEDEFORD'S
BAPTIST HEALTH
2015
PUGH, CEDRIC
E0826100177
E00C279152

DATE OF SURGERY:
03/02/2006

PREOPERATIVE DIAGNOSIS:
Amputation of right middle finger tip.

POSTOPERATIVE DIAGNOSIS:
Amputation of right middle finger tip.

OPERATIVE PROCEDURE:
Revision of amputation of right middle finger tip.

SURGEON:
TAT Q. CHUNG, MD

ASSISTANT AND/OR CO-SURGEON:


ANESTHESIA:
General.

ESTIMATED BLOOD LOSS:
Less than 1 cc.

INDICATIONS FOR SURGERY:
The patient is a 30-year-old gentleman who had an amputation of the tip of his right middle finger about a week ago in a meat grinder.

FINDINGS AT SURGERY:
There is no gross dirt contamination. There is an oblique amputation of the outer aspect of the pulp of the distal phalanx. There are some bony fragments in the wound.

PROCEDURE:
With the patient under adequate general anesthesia, the right arm was prepped with Betadine and draped free in the usual fashion. The arm tourniquet was inflated to 250 mmHg. The injured area was irrigated copiously. The anatomy was explored. Multiple bone chips were removed. The ulnar neurovascular bundle was dissected and the digital nerve was traced proximally to be taken off proximal to the wound. Hemostasis was obtained. The wound was then closed carefully with 4-0 nylon sutures. A digital block was done with 10 cc of 0.25% plain Marcaine. A sterile dressing was applied. Tourniquet was deflated.

(CONTINUED)

PRINTED BY: 012473          DATE: 5/1/2006

**CEDRICK PUGH**          **OFFICE VISIT**          **FEBRUARY 27, 2006**

**CHIEF COMPLAINT:** The patient is a 30 year-old right hand dominant gentleman referred from the correctional facility with complaint of right middle finger pain after he had it caught in a meat grinder about four days ago. He was seen at Baptist South. Apparently his finger was cleaned and dressed. He is here for further care. He had no previous injury to this area.

**MEDICAL HISTORY:** Is not remarkable for any serious illness.

**MEDICATIONS:** None.

**ALLERGIES:** None.

**EXAMINATION:** There has been a partial amputation of the pulp of the right middle finger. This is on the ulnar side. It involves about half of the pulp of the finger. He can wiggle the tip of the finger. There is no gross dirt contamination. X-rays showed that a bit of the tip of the distal phalanx has been amputated.

**IMPRESSION:** Amputation of left middle finger with exposed wound.

**PLAN:** To the OR for debridement and repair and most likely skin graft from the groin to the finger. Risks of surgery include anesthesia, infection, neurovascular and tendon damage, skin graft not taking requiring a re-do, incomplete resolution of symptoms and return of function in the hand. He understands and wishes to proceed with surgery.

Tai Q. Chung, M.D.

TQC/rpk

RightFax                    5/1/2006 9:39    PAGE 3/8

The patient was then awakened and returned to the recovery room in stable condition.

TAI Q. CHUNG, MD

DICTATED BY: TAI Q. CHUNG, MD

X0128:HS093 HIM:13669    SCR:2254279 000279152 D:03/03/2006 07:06
T:03/04/2006 09:48 Scribes (USA) Inc.

D: 03/03/2006
T: 03/04/2006

Authenticated by TAI Q. CHUNG, MD on 3/30/06 7:40:29 AM

PRINTED BY: 012473        DATE 5/1/2006

| Patient Name: | Pugh Cedric | Inmate Number: | ECC 182373 |
|---|---|---|---|
| Service Authorized: | Office visit | | |
| Responsible Facility: | Staton | Contact Name: | Michelle Pope |
| Authorization Number: | | Telephone Number: | (334) 385-3972 |

Note to Provider of Services:
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

For Payment Please Submit Claims To:

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

Please send this form / Authorization Letter to the service provider at t... of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 843 - STATON | Pugh, Cedric | 3/02/06 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| 334-567-1548 | | [redacted] |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| 334-567-7167 | 182373 | 08/06/97 |
| Will there be a charge? ☑ Yes ☐ No | Sex ☑ Male ☐ Female | SS Number [redacted] | Potential Release Date: (mm/dd/yy) 08/ /0_ |

Responsible party: ☑ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider:   ☑ Physician   ☐ NP, PA   ☐ Dental

J. M. Peasant, Sr., M.D.

Facility Medical Director Signature and Date:
_C. M. Peasant 2/2/06_

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _1_   ☐ Other:

Specialist referred to: _Dr Chung orthopedist_
Type of Consultation, Treatment, Procedure or Surgery:
_F/V (R) middle finger debridement_

Diagnosis: _(R) middle finger fx f tissue loss_
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

History of Illness/injury/symptoms with Date of Onset:
_S/P middle finger debridement today_

Results of a complaint directed physical examination:
_finger c pressure dressing_

Previous treatment and response (including medications):
_F/V needed in 2 WK approx 3/16/06_

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:   ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
Date resubmitted: __/__/__
☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date required: _____ __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |

05a - UM Referral

FAXED

_A. Humphrey_
3/10/06

Rich, Cedric AIS 182315

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

For Payment Please Submit Claims To:

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

[handwritten notes, illegible]

\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*

Signature of Consulting Physician: _____ Date _____ Time _____

Reviewed and Signed By Medical Director: _____ Date _____ Time _____

05/20/2004

CEDRIC PUGH                    OFFICE VISIT                    MARCH 13, 2006

CHIEF COMPLAINT: This is follow-up of repair of partial amputation of the right ring finger. No complaint.

EXAMINATION: Wound is clean.

PLAN: Remove sutures. Redress the wound. Keep it clean. Exercises to regain motion. See me in three weeks for follow-up.

Tai Q. Chung, M.D.

TQC/rpk

Dugm

| Date | Time | ROUTINE PRE OPERATIVE ORDERS<br>DR. _____ |
|------|------|---|
|      |      | G. _____ UA:<br>    _____ Diabetic    _____ Fever<br>    _____ Renal glycosuria    _____ Dysuria<br>    _____ Dehydration    _____ Abdominal & pelvic pain<br>    _____ Stress incontinence    _____ Long term use medication<br>H. ADDITIONAL LAB TESTS:<br>_____<br>_____<br><br>3. EKG:<br>    _____ MVP/murmer or other    _____ Tachycardia/palpitation<br>    valve disorder    _____ Ischemic heart disease (hx MI)<br>    _____ Chest pain discomfort    _____ Dizziness<br>    pressure    _____ Other<br>    _____ Hypertensive disease<br>    _____ Pulmonary congestion & hypostasis (CHF)<br>    _____ Electrolyte/fluid abnormality |
|      |      | 4. CHEST XRAY:<br>    _____ Existing pulmonary disease (asthma COPD etc)<br>    Specify _____<br>    _____ Existing cardiac disease (hypertension CHF etc)<br>    _____ Internal Injury<br>    _____ Fever<br>    _____ Cough<br>    _____ Disorders of bone & cartilage (arthritis)<br>    _____ Other |
|      |      | 5. _____ Antibiotic: _____ |
|      |      | 6. _____ NPO after midnight |
|      |      | 7. _____ ☐ TED or ☐ SCD hose prior to surgery |
|      |      | 8. _____ Other Orders _____ |
|      |      | 9. Anesthesia Consult  ☐ Yes   ☐ No |
|      |      | Page 2 of 2 |
|      |      | Physician Signature: _____ |

Form #PH 35020   Revised 06/25/04

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Rd.
Montgomery, AL 36117
(334) 277-8330

Name: PUGH, CEDRIC

MR#: E000279152
Sex: Male
DOB: 
Q, MD

Account: E0606100177
Admit: 3/2/06
Room/Bed:

Admit Type: Outpatient Surgery
Discharge Date:
Age: 30 years
SS Number: 
Admitting Physician: Chung, Tia

Ordering Physician: N/A

## Hematology

### Routine Hematology

| COLLECTION DATE | 3/2/06 | | |
|---|---|---|---|
| COLLECTION TIME | 10:23:00 AM | | |
| | | REF RANGE | UNITS |
| WBC | 5.9 | [4.1-10.9] | X10-3/uL |
| RBC | 5.09 | [4.69-6.13] | X10-6/uL |
| Hemoglobin | 14.4 | [13.0-17.5] | gm/dl |
| Hematocrit | 43.4 | [40.0-51.0] | % |
| MCV | 85 | [80-100] | FL |
| MCH | 28 | [27-31] | pg |
| MCHC | 33 | [32-35] | gm/dl |
| Platelet Count | 229 | [150-400] | X10-3/uL |
| RDW | 12.4 | [11.5-14.5] | % |

### Automated Differential

| COLLECTION DATE | 3/2/06 | | |
|---|---|---|---|
| COLLECTION TIME | 10:23:00 AM | | |
| | | REF RANGE | UNITS |
| Neutro Auto | 49 | [40-75] | % |
| Lymph Auto | 41 | [20-53] | % |
| Mono Auto | 10 | [0-12] | % |
| Eos Auto | 1 | [0-8] | % |
| Basophil Auto | 0 | [0-2] | % |
| Neutro Abs | 2.9 | [1.4-6.5] | # |
| Lymph Abs | 2.4 | [1.0-4.8] | # |
| Mono Abs | 0.6 | [0.1-0.6] | # |

MR#:
E0606100177
Printed:
Name: PUGH, CEDRIC

E000279152 Room/Bed:

03/02/06 2:11 PM

Page 1 of 1
Cumulative

Account:

Sex: Male  DOB: 9/21/75

BAPTIST MEDICAL CENTER EAST
400 Taylor Rd.
Montgomery, AL 36117
(334) 277-8330

Account: E0606100177

Name: PUGH, CEDRIC

| | | | |
|---|---|---|---|
| Eos Abs | 0.0 | [0.0-0.7] | * |
| Basophil Abs | 0.0 | [0.0-0.2] | * |

MR#:
E0606100177
Printed:
Name: PUGH, CEDRIC

E000279152  Room/Bed:

03/02/06 2:11 PM

Page 2 of 1
Cumulative

Account:

Sex: Male  DOB: ▬

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Rd.
Montgomery, AL 36117
(334) 277-8330

Name: PUGH, CEDRIC                                    Account: E0606100177

| Eos Ab   | 0.0 | [0.0-0.7] | * |
| Basophil Ab | 0.0 | [0.0-0.2] | * |

MR#:  E0606100177
Printed:
Name: PUGH, CEDRIC

E000279152   Room/Bed:

03/02/06 4:06 PM

Page 2 of 1
Final

Account:

Sex: Male  DOB: ▓▓▓▓