IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC PUGH, (AIS# 182373), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-363-MEF |
| ALABAMA CORRECTIONAL INDUSTRIES COMMISSIONER BUTCH CALLOWAY, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE
SPECIAL REPORT AND ANSWER**

COME NOW the Defendants, Prison Health Services, Inc. and John Peasant, M.D., and respectfully request that this Honorable Court extend the time period that the Defendants have to file their Answer and Special Report in this action by twenty (20) days, up to and including June 27, 2006. As grounds for this Motion, the Defendants show to the Court as follows:

1. Due to unavoidable scheduling conflicts, defense counsel has been unable to interview the health care providers named as Defendants in this matter in order to provide a Special Report pursuant to this Court's Order of April 27, 2006.

2. This brief extension of time will in no way prejudice any party nor will it in any way delay the adjudication of this matter.

Respectfully submitted,

        s/L. Peyton Chapman, III
        Alabama State Bar Number CHA060
        s/R. Brett Garrett
        Alabama State Bar Number GAR085
        Attorneys for Prison Health Services,
        Inc. and John Peasant, M.D.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 6th day of June, 2006, to the following:

Cedric Pugh (AIS# 182373)
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

        s/R. Brett Garrett
        Attorney for Prison Health Services,
        Inc. and John Peasant, M.D.