

# ALABAMA CORRECTIONAL INDUSTRIES
### *a division of*
## ALABAMA DEPARTMENT OF CORRECTIONS

**Andrew S. Farquhar, Ph.D.**
*Director*

Bob Riley
Governor

Richard F. Allen
Commissioner

## AFFIDAVIT

Reference: CIVIL ACTION NO. 2:06cv363-MEF

Attention: Rene Whyard 353-9575, Office of the Attorney General

Alabama Correctional Industries, a Division of the Alabama Department of Corrections, does not have as one of its responsibilities the meat processing plant within the confines of Institutional Services located at Elmore/Staton/Draper prison complex in Elmore County, Alabama.

Therefore, the Plaintiff, inmate Cedric Pugh, AIS # 182373 has wrongly stated Alabama Correctional Industries (ACI) as a defendant. We also state that the other defendants, Calloway, Nunn, and Donovan are not employees of ACI and are therefore incorrectly listed as ACI Employees.

This, I swear and affirm on May 12, 2006.

_____
Andrew S. Farquhar, Director

Witness: _____
Linda Clackler, Notary Public

My Commission Expires on  3/4/08

**EXHIBIT A**

P.O. Box 70084
Montgomery, AL 36107-0084

Tel. No. (334) 261-3600
Fax No. (334) 240-3162

1400 Lloyd Street
Montgomery, AL 36107