# AFFIDAVIT

## State of Alabama

## Elmore County

BEFORE ME, the undersigned Authority, appeared Cecil Calloway, JR who is known to me and who, having duly sworn, deposed and states as follows:

My name is Cecil (Butch) Calloway, Jr., I have been a resident of Elmore County, Alabama, for more than six months and I am over the age of twenty-one years.

I am the Food Processing Superintendent of Institutional Services Division of the Alabama Department of Corrections. My duties include the supervision of the Meat Processing Supervisor and inmates assigned to Meat Processing Section.

"Cedric Pugh, Plaintiff, stated that on or about February 23, 2006 that he was instructed to operate machinery at the Meat Processing Plant which is true. He was "instructed" on how to operate the piece of machinery he was operating. He was also told numerous times to never stick his hands into that piece of machinery due to obvious safety reasons. There is no reason for anyone to place their hands or any other object into that machine. The being the machine is an Automatic Feed Mixer Ginder, not a "Meat Chipper" which the plaintiff has not ever operated as stated in the complaint. February 23, 2006 was not the "first day" that the plaintiff had operated that machine. He was trained and instructed on January 31, 2006, February 1, 2006 and February 2, 2006 as well as numerous other days before his February 23, 2006 "incident".

_____
Cecil (Butch) Calloway, Jr.

SWORN and SUBSCRIBED before me this the 25th day of May, 2006.

_____
NOTARY PUBLIC
Commission expires
My commission expires March 22, 2038

EXHIBIT
B

```
                        ELMORE CORRECTIONAL FACILITY
   JAN. 31, 2006          JOB SQUAD SIGNOUT ROSTER C                    INMJSC

   CWH MEAT                    PH#: 567-1710   FAX: 000-0000   CELL: 000-0000
   CENTRAL WAREHOUSE

   -----------------------------------------------------------------------------

   INMATE NAME          AIS-NR   R BIRTH-DT     BED#    JOB-DATE APPOINTMENT - TIME
   -----------------------------------------------------------------------------


                         CWH MAINT
   REED, KENNETH         149541   W 07/24/1981 A1 144   12/23/2005
   RIEDLINGER, JEREMY    238520   W 10/24/1978 A1 189   05/13/2005
   SLEDGE, JOSEPH        149174   W 01/24/1967 A1 139   05/05/2004
   WILLIAMS, VINCENT     224298M  B 07/08/1961 C1 027   11/30/2005
       TOTAL ASSIGNED TO THIS DETAIL IS    4


                         CWH MEAT
   BETTS, TIMOTHY        202617R  B 05/03/1967 A1 036   06/24/2005
   BURRELL CARL E.       138525   B 01/01/1963 B1 160   01/13/2006
   CATLIN, CARL          239737   B 01/03/1983 B1 117   08/12/2005
   CLARK, CHRISTOPHER    240382   W 09/24/1967 C1 135   07/18/2006
   COLVIN, STEVEN A.     214647   W 03/06/1954 B1 186   01/13/2006
   CURETON, JONATHAN     229438   W 12/25/1980 C1 069   01/25/2006
   DOZIER, RONALD        227824   B 10/04/1981 A2 078   11/30/2005
   FELDER, PATRICK       223103   B 03/17/1965 B1 147   06/29/2005
   GLASS, ROGER          184241RM W 05/19/1948 A1 070   01/30/2006
   GREEN FRAZIER         242182   B 11/04/1973 B2 193   01/13/2006
   HILL, WALTER JR       187805   B 04/17/1962 B2 166   10/07/2005
   HOGAN, DENNIS LOUI    153364   B 09/28/1969 B2 196   12/02/2005
   HOLLEY, DONTRELL      180996Rm B 12/25/1974 A1 146   12/19/2005
   HUDDLESTON,TIMOTHY    241915   W 04/08/1966 C1 031   01/18/2006
   JAMES,DAVID           242628   W 10/11/1983 C2 045   01/18/2006
   JOHNSTON,SCOTT        191390   W 05/23/1974 A1 177   08/29/2005
   MAHAN,ALEX            243971   B 01/22/1963 C2 119   01/18/2006
   MCDANAL, MICHAEL      129413   W 09/01/1961 C1 181   09/09/2005
   MILLER, ERIC DEWAY    194616   B 09/21/1971 C1 145   01/11/2006
   MOSLEY, JAMES         187312   B 10/07/1972 A1 073   02/22/2005
   PATTERSON,STEWART     228931   B 05/15/1961 C1 045   07/18/2006
   PERKINS, RICHARD      167731R  B 03/02/1968 A2 175   01/18/2006
   PUSH CEDRIC           182373   S 09/21/1975 B2 146   01/30/2006
   RAINEY, TRENT S.      194273   B 11/16/1963 B1 173   08/31/2005
   RUSSELL, ANTOIN       241406   B 06/06/1983 B2 042   12/02/2005
   SMITH, LORENZO        167719RM B 08/18/1973 A1 013   12/19/2005
   STEPHENSON, SHANNO    204010   B 10/22/1968 B2 134   12/07/2005
   TARVER WILLIAM        243576   W 05/29/1957 B2 041   01/13/2006
   TAYLOR, CEASAR        201553   B 05/28/1978 B2 058   10/26/2005
   TOLGERT, LARRY        182455R  B 08/03/1975 B2 016   11/08/2005
   WARREN DEMARCUS       243921   S 05/13/1978 C2 093   01/13/2006
   WHETSTONE, TONY       214317   B 04/27/1971 C2 176   11/02/2005
   YOWE, JAMES           205290   B 08/24/1969 A1 094   05/14/2004
```

3

Instructed &
Mixer Twirled
1 ST
Day
Be

3/

New

34

D. Donov

PAGE:     7

1-31-06

```
                         ELMORE CORRECTIONAL FACILITY
  FEB. 01, 2006          JOB SQUAD SIGNOUT ROSTER C                    INMJSO

  CWH MEAT                  PH#: 567-1710   FAX: 000-0000   CELL: 000-0000
  CENTRAL WAREHOUSE
                                      ,

  ------------------------------------------------------------------------------
  INMATE NAME            AIS-NR  R BIRTH-DT      BED#   JOB-DATE  APPOINTMENT - TIME
  ------------------------------------------------------------------------------

                      CWH MAINT
  REED,KENNETH         149541   W 07/24/1961 A1 1AA  02/20/2005
  RIEDLINGER, JEREMY   238620   W 10/24/1978 A1 189  05/13/2005
  SLEDGE, JOSEPH       149174   W 01/24/1957 A1 139  06/05/2004
  WILLIAMS, VINCENT    224298M  B 07/08/1961 C1 027  11/30/2005
       TOTAL ASSIGNED TO THIS DETAIL IS   4


                      CWH MEAT
  BETTS, TIMOTHY       202617R  B 05/03/1967 A1 177  06/24/2005
  BURRELL CARL E.      138525   B 01/01/1962 B1 160  01/13/2006
  CATLIN, CARL         239737   B 01/03/1983 B1 117  06/12/2005
  CLARK, CHRISTOPHER   210380   W 09/24/1967 C2 138  01/11/2006
  COLVIN, STEVEN A.    214647   W 03/06/1954 B1 186  01/13/2006
  CURETON, JONATHAN    229438   W 12/25/1980 C1 069  01/25/2006
  DOZIER, DONALD       227824   B 10/04/1981 A2 078  11/30/2005
  FELDER, PATRICK      223103   B 03/17/1965 B1 147  06/29/2005
  GLASS, ROGER         184241RM W 06/19/1948 A1 070  01/30/2006
  GREEN FRAZIER        242182   B 11/04/1973 B2 193  01/13/2006
  HILL, WALTER JR      187805   B 04/17/1962 B2 168  10/07/2005
  HOGAN, DENNIS LOUI   153364   B 09/28/1969 B2 196  12/02/2005
  HOLLEY, DONTRELL     180996RM  B 12/26/1974 A1 146  12/19/2005
  HUDDLESTON,TIMOTHY   241915   W 04/08/1966 C1 031  01/18/2006
  JONES,DAVID          242628   W 10/11/1983 C2 045  01/18/2006
  JOHNSTON,SCOTT       191390   W 05/23/1974 A1 165  06/29/2005
  MANN,ALEX            243971   B 01/22/1963 C2 119  01/18/2006
  MCDANAL, MICHAEL     129413   W 09/01/1961 C1 181  09/09/2005
  MILLER, ERIC DEWAY   194616   B 09/21/1971 C1 146  01/11/2006
  MOSLEY, JAMES        187312   B 10/07/1972 A1 073  02/22/2005
  PATTERSON,STEWART    228931   B 05/15/1961 A1 035  07/18/2005
  PERKINS, RICHARD     167731R  B 03/02/1968 A2 175  01/18/2005
  PUGH CEDRIC          182373   B 09/21/1975 B2 146  01/30/2006
  RAINEY, TRENT S.     194273   B 11/16/1963 B1 173  08/31/2005
  RUSSELL, ANTOIN      241405   B 08/06/1983 B2 042  12/02/2005
  SMITH, LORENZO       167719RM B 08/18/1973 A1 013  12/19/2005
  STEPHENSON, SHANNO   204010   B 10/22/1968 B2 134  12/07/2005
  TARVER WILLIAM       243576   W 05/29/1957 B2 041  01/13/2006
  TAYLOR, CEASAR       201553   B 05/28/1972 B2 068  01/26/2006
  TOLBERT, LARRY       182458R  B 08/03/1976 B2 016  11/08/2005
  WARREN DEMARCUS      243921   B 05/13/1978 C2 093  01/13/2006
  WHETSTONE, TONY      214317   B 04/27/1971 C2 176  11/02/2005
  YOWE, JAMES          208296   B 08/24/1969 A1 094  06/14/2004
```

```
                        ELMORE CORRECTIONAL FACILITY
   FEB. 02, 2005            JOB SQUAD SIGNOUT ROSTER C                    INMJSG

   CWH MEAT                    PH#: 567-1710  FAX: 000-0000  CELL: 000-0000
   CENTRAL WAREHOUSE

   ------------------------------------------------------------------------------
   INMATE NAME            AIS-NR   R BIRTH-DT   BED#   JOB-DATE  APPOINTMENT - TIME


                   CWH MAINT
   REED,KENNETH           149541    W 07/24/1961 A1 144  12/23/2005
   RIEDLINGER, JEREMY     238520    W 10/24/1978 A1 189  05/13/2005
   SLEDGE, JOSEPH         149174    W 01/24/1967 A1 139  05/05/2004
   WILLIAMS, VINCENT      224298M   B 07/08/1961 C1 027  11/30/2005
        TOTAL ASSIGNED TO THIS DETAIL IS    4


                   CWH MEAT
   BETTS, TIMOTHY         202617R   B 05/03/1967 A1 177  05/24/2005
   BURRELL, CARL E        138525    B 01/01/1952 B1 160  01/13/2006    Carl
                                                                    MR. SMITH        09:30
   BAILIN, CARL           239737    B 01/03/1983 B1 117  08/12/2005
   BERRY, CHRISTOPHER     240302    W 09/24/1967 C1 135  01/11/2006    Mixer
   COLVIN, STEVEN A.      214647    W 03/06/1954 B1 186  01/13/2006
   CURETON, JONATHAN      229438    W 12/25/1980 C1 069  01/25/2006
   DOZIER, DONALD         227824    B 10/04/1981 A2 078  11/30/2005    Williams PICK UP
   FELDER, PATRICK        223103    B 03/17/1965 B1 147  06/29/2005    11:13
   GLASS, ROGER           184241RM  B 06/19/1948 A1 070  01/30/2006    to Sutton
   GREEN FRAZIER          242182    B 11/04/1973 B2 193  01/13/2006
   HALL, WALTER JR        187805    B 04/17/1962 B2 168  10/07/2005
   HOGAN, DENNIS LOUI     153364    B 09/28/1969 B2 196  12/02/2005
   HOLLEY, DONTRELL       180996RM  B 12/26/1974 A1 146  12/19/2005
                                                                    LABS
   HUDDLESTON,TIMOTHY     241916    W 04/08/1966 C1 031  01/18/2006
   JAMES,DAVID            242628    W 10/11/1983 C2 045  01/18/2006
   JOHNSTON,SCOTT         191390    W 05/23/1974 A1 165  08/29/2005
   KAHAN, ALEX            243971    B 01/22/1963 C2 119  01/18/2006
   MCDANAL, MICHAEL       129413    W 09/01/1961 C1 181  09/09/2005
   MILLER, ERIC DEWAY     194616    B 09/21/1971 C1 146  01/11/2006
   MOSLEY, JAMES          187312    B 10/07/1972 A1 073  02/22/2006
   PATTERSON,STEWART      228931    B 06/15/1961 A1 035  07/18/2005
   PERKINS, RICHARD       167731R   B 03/02/1968 A2 175  01/18/2006
   PUGH CEDRIC            182373    B 09/21/1975 B2 146  01/30/2006
   RAINEY, TRENT S.       194273    B 11/16/1963 B1 173  08/31/2005
   RUSSELL, ANTOIN        241406    B 06/05/1983 B2 042  12/02/2005
   SMITH, LORENZO         167719RM  B 08/18/1973 A1 013  12/19/2005
   STEPHENSON, SHANNO     204010    B 10/22/1968 B2 134  12/07/2005
   TARVER WILLIAM         243576    W 05/29/1957 B2 041  01/13/2006
   TAYLOR, CEASAR         201553    B 05/28/1978 B2 056  10/26/2005
   TOLBERT, LARRY         182455R   B 08/03/1975 B2 016  11/08/2005
   WARREN DEMARCUS        243921    B 05/13/1979 C2 093  01/13/2006
```

(29)

C. Taylor   Miller   Hale   Kennedy       Russell
Mosley      Rainey   Colvin
Striggins   Patterson        Alvin   Logans
Myers       Glass    Hawkins  Pugh   Hall   McDanich!
                              Gilbert Shutters
PAGE: 7
Perkins

```
                    ELMORE CORRECTIONAL FACILITY
  FEB. 02, 2006       JOB SQUAD SIGNOUT ROSTER C              INMJSO

CWH MEAT                    PH#: 567-1710   FAX: 000-0000  CELL: 000-0000
CENTRAL WAREHOUSE
```

---

```
 INMATE NAME          AIS-NR   R BIRTH-DT    BED#    JOB-DATE  APPOINTMENT - TIME
```
---

```
 WHETSTONE, TONY      214317    B 04/27/1971 C2 176  11/02/2005
 LOWE, JAMES          205290    B 08/24/1969 A1 094  05/14/2004
          TOTAL ASSIGNED TO THIS DETAIL IS  33


          TOTAL ASSIGNED THIS SQUAD IS     37
```

TOTAL OUT: _____34_____   TIME OUT: ___620___   DATE: _____

RECEIVED BY: ___O. Donovan___   OFFICER: _____
               F NUNN/D DONOVAN/B FOMBY

TOTAL IN: _____   TIME IN: _____   DATE: _____

RETURNED BY: _____   OFFICER: _____