IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

Cedric Pugh #182373,
Pro/Se Plaintiff

-Vs-

Alabama Correctional Ind.,
Butch Calloway,et.al.,
    Defendants

Case No. 2:06-CV-363-MEF [WO]

RECEIVED
2006 JUN 22 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR (30) THIRTY DAYS IN WHICH TO RESPOND TO ANSWERS

Comes Now,Cedric Pugh,Pro/Se,And from herein known as the Plaintiff, And Motions this Court for (30) Thirty-Days in which to respond to the the Answers filed by the several defendants,And for good and just cause,This Plaintiff shows the following;

1.) This Plaintiff requests that he be granted (30) Thirty Days in which to respond to the Answers of the defendants,As this Plaintiff is acting Pro/Se,And the Answers raise numerous defenses which will require lengthy research,And preparation of the response to said defenses.

2.) This plaintiff has only limited access to the prison law library,Nights and weekends,And therefore it will take twice as long to properly prepare a response to the Answers filed by the defendants.

3.) This plaintiff contends that allowing him (30) Thirty days from the date of this filing will in no way infringe upon the rights of the defendants.

[-1-]

## CONCLUSION

Wherefore,Premises considered,This Plaintiff prays that this Honorable Court,Will grant him (30) Thirty Days from the date of this request being filed.Which will give this Plaintiff approximately until,July 20th,2006,To have his response's filed in this court,And served on the defendants.
This and any/all further relief that this court deems just and proper is also prayed for on this the 21st day of June,2006.

Respectfully Submitted, *Cedric Pugh*
Cedric Pugh # 182373
Pro/Se Plaintiff

## CERTIFICATE OF SERVICE

This is to certify,That I have served a true and correct copy of the foregoing pleading on:

J.Matt Bledsoe
Assist.Attorney General
Office of the Attorney General
11 south union street
Montgomery,Al.36130

&

Ball,Ball,Matthews & Novak,P.A.
Attorneys at Law
Post Office Box 2148
Montgomery,Al.36102-2148

By placing said copy in the U.S. Mail,Postage pre-paid and properly addressed on this the 21 day of June,2006.

*Cedric Pugh*
Cedric Pugh # 182373
Elmore Corr.Facility
P.O. Box 8
Elmore,Al.36025

c.c.-personal file

[-2-]