# AFFIDAVIT

**DEFENDANT'S EXHIBIT**

tabbies®

A-1

STATE OF ALABAMA          )

_____COUNTY          )

I, _Vealinda Pruitt_, hereby certify and affirm that I am a _medical records clerk_, at _Staton Correctional Facility_ that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Pugh, Cedric_, AIS# _182378_ ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Staton Health Care Unit_ and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _Thurs._ day of _6-1-05_ _____2005

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _1_ Day of _June_ _____,2005

_Charles Paul Onunu_
Notary Public

_4/4/2010_
My Commission Expires

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME *Pugh, Cedric*     AIS# *182373*

Medication Allergies: _____

Medical: Chronic (Long-Term) Problems
      Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
      Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 11/2005 | HTN | | | OM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

# PROBLEM LIST

NKA

Name _Pugh Cedris_

ID # _187373_

D.O.B. ▬▬▬▬▬

NKA

Medication Allergies _NKA_____

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | *Tobras* | | JMF |
| 2/14/01 | HEPATITIS B VACCINE (RECOMBINANT) ENGERIX-B® 20mcg/mL LOT ENG3384B6 EXP. 11/03/03 | | BA |
| 3/14/01 | HEPATITIS B VACCINE (RECOMBINANT) ENGERIX-B® 20mcg/mL LOT ENG5179B6 EXP. 05/23/02 | | BA |
| 8/15/01 | HEPATITIS B VACCINE (RECOMBINANT) ENGERIX-B® 20mcg/mL LOT ENG3384B6 EXP. 11/03/03 | BA | |
| 5-2-08 | Mental Health — none | | CC |
| 5/14/05 | HTN | | DA |
| | Back & elbow pain Scalp warts | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/9

CMS 7189

## PHYSICIAN'S ORDERS

| MEDICATIONS | HOUR | ORDERS |
|---|---|---|
| Motrin 600mg. tabs ī<br>po. TID x 3 days.<br>start 4/13/99   stop 4/16/99 | 0500<br>1100<br>1600 | |

| MEDS REVIEWED BY: | Date | PHYSICIAN'S SIGNATURE |
|---|---|---|

CHARTING FOR  **4/1/99**          THROUGH  **4/30/99**

| Physician | **Fish** | Telephone No. | |
|---|---|---|---|
| Alt. Physician | | Alt. Telephone | |
| Allergies | **NKA** | Rehabilitative<br>Potential | |

Diagnosis

| Id Number | Medicare Number | Complete Entries Checked:<br>By: _Skinner_ LPN | PATIENT |

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Pugh, Cedric_     ID# _182373_

D.O.B. ▓▓▓▓▓▓▓▓

I, _Pugh, Cedric_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ☒ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_blood pressure medication_

Reason For Refusal _"I don't really like takin' pills"_

Potential Consequences Explained _blindness / kidney disease / heart disease or attack Stroke_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_[signature]_ COI
Witness Signature

_03/21/06_
Date

_[signature] Cedric Pugh_
Patient Signature

_1110_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 3/21/06    Time: 950p    Facility: Elmore

Check all applicable CIC's being evaluated: ✓ Card/HTN __ DM __ GI __ ID __ PUL __ SZ __ TB

**SUBJECTIVE:** Enns Ⓗ HTN Ⓗ DM Ⓗ CHD/MI CO Key day dz. Oworn
ⒹSmokonx24yrs Intermittently Exercise weight/well

**OBJECTIVE:** BP 138/90 HR 84 RR 20 Temp 98' Wt 216 Peak Flow___ O₂sat 98%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen

HTN 2003

profuses medication
therapy. DC'd off
HCTZ/Zantac 12/05
Because he refused
to take med.

CVOx3 WNL noted.
OLPMTD Pupils.
W: Trm
Lgs CTAB
abd BS ⊕SOA
Ⓞmasses ⊕tenderness
Ext u/p ⊕ edema

5/05 LBR / UA / EKG
12/05    /103/10
10/9    /103/78
5.0/    /1.1

Chol 108
Trg 50
HDL 44
LDL 134

O U
Ⓞdyspnea
Ⓞvisual prob

Ⓞheadache
Ⓞmemory prob
Ⓞpedal edema

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Degree of Control** | | | **Degree of Control** | | | **Degree of Control** | | | **Degree of Control** | | | **Degree of Control** | | | **Degree of Control** | | | **Degree of Control** | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| **Status** | | | **Status** | | | **Status** | | | **Status** | | | **Status** | | | **Status** | | | **Status** | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① HTN CAM DroB Exercise ht signed know'n no. refusal to
take BP medication knowles in knox & signed w/ DOC officer
goal BP ≤120/80 Discussed complications & Tp
②blindness/CVA/CAD/MI/kidney dz

F/U:  Routine 90 days: ✓   Other___   Problem List Updated: Yes   (No)

②Duestion. Low salt Diet Low fat Diet
Exercise daily

_____
Physician/NP/PA

---

Pugh, Cedric
NAME

M
GENDER

B
RACE

182373
AIS#

DOB

✓ 048627 fasting

DOB: ▮▮    Race: B    Gender M

## Physician's Chronic Care Clinic

Date: 11/30/05    Time: 1058    Facility: Elmore

Check all applicable CICs being evaluated: ✓ Card/HTN __DM ✓ GI __ID __PUL __SZ __TB

**OBJECTIVE:** BP 112/82 HR 92 RR 20 Temp 98 Wt 219 Peak Flow ___
97% O2 Sat

NKA

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

HTN

HCTZ 25 mg

Zantac 150 mg

States "has not taking BP medications x 6 months"

Diagnosed 3 yrs ago w/ BP

Cron 5/05

5/27/05
BUN 7/Creat 1.1
AST 16/Alt 20
Chol 179
Trig 87
HDL 43
LDL 119 ↑

A&O3 NAD noted
O carotid bruits
CV RRR
lung CTA x B
Abd BS, S, ND, NT
Ext w/p
⊘ edema

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor, Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① HTN CPM DIC HCTZ          } Patient refuses medication
② GERD CPM DIC Zantac    }

refusal of medication treatment form
signed & witnessed w/ DOC

**F/U:** Routine 90 days: ✓

Other _____

                                    [signature]    M
                                    Physician
                            ✓ Eye Exam    ✓ UA
                            ✓ Prolife 2

) Problem List updated:    Yes    (No)

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Pugh, Cedric | 182373 | | B/M |

## Physician's Chronic Care Clinic

Date: 7/15/05     Time: 925     Facility: Elmore

Check all applicable CICs being evaluated: ✓Card/HTN __DM ✓GI__ID__PUL__SZ__TB

**OBJECTIVE:** BP 132/88 HR 60 RR 18 Temp 98⁴ Wt 22 Peak Flow____ O2sat 98%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

25 yo BOS c̄ h/o ↑BP since 2003 BP has been up + down. Been
recommended 2 meds, but I only took one. I eat w lots
of salt. FH ? GM c̄ HTN /⊕ for DM / 1 GM + 1 GF c̄ stroke

⊕ Eye grounds - NSr          legs 3=dm
Neck NoGr√.               Abd stra - SfSd soft - bld
lungs√
Ht 5 mg.                      Pt was on HCTZ - Set
Abd. 5 but.                   ?ally for 2 mos?.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved; S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | Ⓖ | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | Ⓘ | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① Low seed diet
② Hold HCTZ + all BP meds for now
③ BRV qd × 14 days

**F/U:**   Routine 90 days: ✓

Other_____

_(signature)_ MD
Physician

Problem List updated:     Yes   Ⓝⓞ

(01/31/05)

INMATE NAME          NUMBER      AGE      RACE/SEX     SIGNATURE:

**HEALTH CARE UNIT**

**PATIENT INFORMATION SLIP**

PRISON HEA

_VeF_

**INSTITUTION**

ender _M_

Date: _5/8/8_

**NAME** _Pugh, Cedrcc_    **NUMBER** _102373_    **R/S** _B/M_

Check all app

**SUBJECTIVE**
c/o Back pa
c/o Burnin

Lay-in for _2_ days from _2-19-98_    to    it twice a cul

**OBJECTIVE:**    _2-21-98_    due to    _AN Extraction_    wellig x 1 yr

NOTE: PE    (date)    (date)

Com

_170_
_40_

l-organ
s,

Fundus
Chest
CV
Abd
Scalp
joints

**Instructions:** _Bed rest x 48 hrs._    04 ppm
nantes

**ASSESSMEN**

ng today's

**Failure to follow the directions above may result in a disciplinary.**

| DM | | |
|---|---|---|
| **Degree of Control** | | |
| G | F | P |
| **Status** | | |
| I | S | W |

Date Issued _2-19-98_    Signature

| OTHER | | |
|---|---|---|
| **Degree of Control** | | |
| G | F | P |
| **Status** | | |
| I | S | W |

**PLAN:** _Hc_
_Bt_

F-53

**F/U:** Routine 90 days: _IC_    (1) elbow, L-S spine / CXR, EKG, Eye Exam Panel II
w/CBC/A
Urine microd

Other _6 wks FU_    Zantac 150 mg    by CRNP MD
BID
_x 180 dk_    Physician **CRNP**

Problem List updated:  (Yes)  No

(Revised 2/28/05)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

**I.     HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | | √ | |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | √ | |
| Chest Pain | | √ | |
| Blood in Urine or Stool | | √ | |
| Difficult Urination | | √ | |
| Other Illnesses (Details) | | √ | |
| Smoke, Dip or Chew | | √ | |
| ALLERGIES | | √ | |

Weight _220_  Temp _97°_  Pulse _56_  Resp _20_  Blood Pressure _120/82_

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: _20/25_ OD  _20/25_ OS  _20/25_ OU

**II.     TESTING – (LPN or RN)                    RESULTS**

Tuberculin Skin Test (q yr)              Date given _10/12/05_ Site _LFA_
                                        Read on _10/14/05_ Results ___Ø___ mm

Past Positive TB Skin Test        →     **Survey Completed** _N A_
(Chest x-ray if clinical symptoms)       Date ___N A___ Results _____
RPR  (q 3 yrs)                           Date _10/12/05_ Results _____
EKG (baseline at 35, over 45 q 3 yrs)    ___N A___
Cholesterol (at 35 then q 5 yrs)         ___N A___
Tetanus/Diptheria  (q 10 yrs)            Last Given _1997_   Due _2007_
      (if done today)                    Site given ___ Dose ___ Lot # ___
Optometry Exam (@ 50 if not already seen) ___N A___
Mammogram                                Date _N A_ Results _____
      (females @ 40, q 2 yrs/other M.D. order)

**III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart                                    _Reg Rythm_
Lungs                                    _Clear_
Breast Exam                              _N A_
Rectal (yearly after 45)                 Results _N/A_
      with Hemoccult                     Results _N A_
Pelvic and PAP (q 1 yr)                  Date _N A_ Results _____

Facility _Elmore_  Nurse Signature _Diane Slolaski_ Date _10-12-05_

M.D. or Mid-Level  Signature _____ Date _10-21-05_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Pugh, Cedric | 182373 | ▮▮▮▮▮ | B/M |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | √ |
| TB TEST CURRENT | √ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | √ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Clerm~_       DATE: _10/12/05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Cedric Pugh_       DATE: _10-12-05_

EXPIRATION DATE: _10/2006_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Pugh, Cedric | 188373 | | B/N | E/Male |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Ollie . M Pugh_      _Mother_
Name      Relationship

_100 Song Bird Lane_      738-
Street Address      334-2246-    Phone Number

_Union Springs Al._    _ALA_    _36089_
City      State      Zip Code

_Cedric Pugh_
Inmate Signature      Doc#    S.S.#    Date

_Chavor_      12/12/05
Witness      Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Pugh, Cedric | 182373 | | B/M | E/NDMD |

PHS-MD-70003      **(White – Medical Record, Yellow – Active File, Pink – Control Center)**

NOTE: Print firmly using blue or black ink to complete form.

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama  36130-3017

# TB
## Skin Test Report

County Code: U 5    Target Testing: ☐    PROJECT: 2 0 0 1    CHR# 182373

**Last Name**
C E D R I C   P U G H

**First Name**
C E D A I C          MI: R

**Patient Home Address**
1 0 0   5 0 N G   B i r D   L A N E

**City**
U N I O N   S P R I N G s

**State** A L    **Zip Code** 3 6 0 8 9    **Home Phone** 3 3 4 - 7 3 8 - 2 2 4 6

SSN: [redacted]

Date of Birth: [redacted]    **SEX:** ◉ M  ○ F

**Race:**
W ○  B ◉  AI ○  A ○  AN ○  H/PI ○  O ○
**ETHNICITY:**
Hispanic or Latino: ○ YES  ◉ NO

**Test Administered By:**
○ TB Staff
○ PH Nurse
◉ Other

**Site Test:**
○ Health Department
◉ Other

**Reason Tested:**
○ Health Care Worker
○ Medical Risk
○ Shelter
○ Student
○ Occupational
○ Foreign Born
○ Homeless
◉ Jail/Prison
○ Not at Risk

**Contact to Case/Suspect:**
○ YES  ◉ NO

**Risk Categories:**
○ A
◉ B
○ C

**PPD ONE:**
Provider#: [ ][ ][ ][ ]    Lot#: 0 0 2 5 4 p
Date of Test: 0 9 - 1 1 - 2 0 0 4    **Antigen** ○ AP  ○ TU
Provider#: [ ][ ][ ][ ]
Date Read: 0 9 - 1 3 - 2 0 0 4    Result [ ][ ] mm  ○ Not Read

**PPD TWO:**
Provider#: [ ][ ][ ][ ]    Lot#: 0 0 2 5 4 p
Date of Test: 1 0 - 2 6 - 2 0 0 4    **Antigen** ○ AP  ◉ TU
Provider#: [ ][ ][ ][ ]
Date Read: 1 0 - 2 8 - 2 0 0 4    Result 0 0 mm  ○ Not Read

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.     HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | Sinus |

Weight 203    Temp 98³    Pulse 66    Resp 18    Blood Pressure 132/78

**If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.**

Eye Exam: _____ OD _____ OS _____ OU

**II.     TESTING – (LPN or RN)          RESULTS**

Tuberculin Skin Test (q yr)    Date given 9/1/04  Site (L)forearm
Read on _____  Results _____ mm

| | | |
|---|---|---|
| Past Positive TB Skin Test → | **Survey Completed** | |
| (Chest x-ray if clinical symptoms) | Date _____  Results _____ | |
| RPR (q 3 yrs) | Date 5-7-02  Results NR | |
| EKG (baseline at 35, over 45 q 3 yrs) | N/A | |
| Cholesterol (at 35 then q 5 yrs) | N/A | |
| Tetanus/Diptheria (q 10 yrs) | Last Given 1997  Due 2002 | |
| (if done today) | Site given _____  Dose _____ Lot # _____ | |
| Optometry Exam (@ 50 if not already seen) | _____ | |
| Mammogram (females @ 40, q 2 yrs/other M.D. order) | Date N/A  Results _____ | |

**III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart _____
Lungs _____
Breast Exam _____
Rectal (yearly after 45)    Results _____
    with Hemoccult    Results _____
Pelvic and PAP (q 1 yr)    Date _____  Results _____

Facility Bibb    Nurse Signature B Kolgurn    Date 9/11/04

M.D. or Mid-Level Signature _____    Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Pugh, Cedric | 182373 | ▆▆▆▆ | BM |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Ollie M Pugh_        _Mother_
Name                              Relationship

_100 Song Bird Lane_        _334-738-2246_
Street Address                           Phone Number

_Union Springs_      _Al._       _36089_
City                      State               Zip Code

_Cedric Pugh_      _182373_           _9/11/04_
Inmate Signature         Doc#       S.S.#       Date

_BKelley LPN_                    _9/11/04_
Witness                                  Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Pugh, Cedric | 182373 | ▮▮▮▮ | B/m | Bibb |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ____ | ✓ |
| TB TEST CURRENT | ✓ | ____ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ____ | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: *B Bellew*          DATE: 9/11/04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X *Cedric Pugh*          DATE: 9/11/04

EXPIRATION DATE: 9/11/05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Pugh, Cedric | 182373 | ▮▮ | Bm | Bibb |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))**

# NAPHCARE
# PERIODIC HEALTH ASSESSMENT

I.    HISTORY – (Nurse)                              YES      NO        COMMENTS

Weight Change (>15 lb.)                      ___      ✓    Last weight at least 6 mos.
(Compare Weight Below)                                      ago  196
Persistent Cough                             ___      ✓    _____
Chest Pain                                   ___      ✓    _____
Blood in Urine or Stool                      ___      ✓    _____
Difficult Urination                          ___      ✓    _____
Other Illnesses (Details)                    ___      ✓    _____
Smoke, Dip or Chew                           ✓       ___   Smk 1pk day
ALLERGIES                                    ✓       ___   Sinus

Weight 185    Temp 98⁶    Pulse 96    Resp. 18    B.P. 122/80

II.    TESTING – (Nurse)

                                                   RESULTS

✱Tuberculin Skin Test (q yr.)              Date given 5-1-02 Site LFA
  (chest x-ray if clinical symptoms)       Read on 5-3-02 Results Ø mm
✱RPR (q3yrs)                               Date 5-1-02 Results _____
  EKG (baseline at 35, over 45 q 3 yrs)    · N/A
  Cholesterol (at 35 then q 5 yrs.)        N/A
  Tetanus/Diptheria (q10 years)            Last given 8-97   Due 2007
  If Done Today:                           Site given ____ Dose ____ Lot # ____
  Optometry exam (age 50 if not already seen)   N/A

III.    PHYSICAL    RESULTS

Heart                                       RRR
Lungs                                       Clear
Breast (q2 yrs. p 30)                       Date N/A Results _____
Rectal (yearly p50)                         Results N/A
With Hemoccult                              Results N A
Pelvic and PAP (q 1 yr)                     Date N/A Results _____

Emergency Addressee Beverly Mayhand              205-592-9444
Address 1408 Apt D 24th stn N B'Ham, Al 35234 Phone#
Facility Hamilton W/R Nurse Signature J Sizemore LPN Date 5-1-02
PhysicianSignature _____ Date 1/2
DOB ████████ AGE 26 RACE B SEX M SSN ████████
Inmate Name Pugh Cedric              AIS # 182323

NC070



# Tuberculin PPD for Inmates

| **Initial Skin Test** | |
|---|---|
| Date Given: 5-1-02 | Date Read: 5-3-02 |
| Site Given: LFA | Size: ∅ _____ mm |
| Lot #: 00 341 P | |
| Nurse: J Sizemore LPN | Nurse: J Sizemore LPN |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Cedric Pugh_
**Inmate Signature**

_5/1/02_
**Date**

_Sizemore LPN_
**Witness Signature**

_5-1-02_
**Date**

| Inmate Name: Pugh Cedric | ID #: 182373 | Race: B/M | Location: Hamilton W/R |
|---|---|---|---|

Tuberculin PPD for Inmates

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Staton_

Date Given: _5/8/03_

Site Given: _(L) arm_

Lot# _452563261_

Nurse _R.I. _____

Date Read _5-11-03_

Size in M.M _neg_

Nurse _9 ____ _

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _200_    Previous Weight _185_    B/P _110/72_

|  | | *circle* |
|---|---|---|
| Recent chest pain | Yes or | (No) |
| Kitchen clearance assess. done and attached | (Yes) or | No |
| Productive cough | Yes or | (No) |
| Any bleeding | Yes or | (No) |

Emergency contact _Ollie M Pugh_    Phone# _334-738-2246_

Address _P.O. Box 334    Midway    Al 36053_

Inmate signature _Cedric Pugh_    Date _5/8/03_

Witness signature _B Buckley_    Date _5/8/03_

DOB █████    AGE _27_    Race _B_    SEX _M_    SSN █████

Inmate Name _Pugh Cedric_    AIS# _182373_

NC-069

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _LUDF_

Date Given: _6/22/01_

Site Given: _LFA_

Lot# _CU521AA_

Nurse _BCash L_

Date Read _____

Size in M.M. _____

Nurse _____

**Note: Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _____  Previous Weight _189_  B/P _____

|  | | **circle** |
|---|---|---|
| Kitchen clearance assess. done and attached | Recent chest pain | Yes or No |
| | | Yes or No |
| | Productive cough | Yes or No |
| | Any bleeding | Yes or No |

Emergency contact _____  Phone# _____

Address _____

_____

Inmate signature _X_ _____  Date _____

Witness signature _BCash L_ _____  Date _____

DOB ▮▮▮▮  AGE _25_  Race _B_  SEX _M_  SSN ▮▮▮▮▮

Inmate Name _Pugh, Cedric_  AIS# _182373_

NC-069

# Health Education
# Food Service Worker Guidelines

## Caps

1. Put cap on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or cap when handling food.

## Handwashing

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## Sickness

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_____
Inmate's Signature

_____
Date

_____
Nurse's Signature

6/22/01
_____
Date

Education - Food Service Worker Guidelines

NC013

## PERIODIC HEALTH ASSESSMENT

I.    **HISTORY**              YES    NO    **COMMENTS**

Weight Change (>15 lb.)       ___    _X_   Last Weight at least 6 mo.'s ago:
(Compare Weight Below)                     _180# 6/99_
Persistent Cough              ___    _X_   _____
Chest Pain                    ___    _X_   _____
Blood in urine or stool       ___    _X_   _____
Difficult urination           ___    _X_   _____
Other illnesses (details)     ___    _X_   _____
Smoke, dip, or chew           _X_    ___   _Vepps_
ALLERGIES                     ___    _X_   _____

Weight _189_ Temp. _98.4_ Pulse _72_ Resp. _18_ B.P. _112/70_
Eye Exam: Without Glasses  O.D.____  O.S.____  O.U. _20/20_
               With Glasses  O.D.____  O.S.____  O.U.____

II.   **TESTING**                    **RESULTS**

Tuberculin skin test (q yr)          Date given _6/2/00_ Site _LA_____
(Chest x-ray if clinical symptoms)   Read on _6/4/00_ Results _0_____ mm
RPR (q 3 yr.)                        Date _8/97_ Results _nr_____
Urine dip (yearly)                   Results _neg_____
 (Glu, Pro, RBC, WBC)
EKG (baseline at 35, >45 q 3 yr.)    _NA_____
Cholesterol (at 35 then q 5 yr.)     _NA_____
Tetanus/diphtheria (q 10 yr.)        last given _8/97_ due _2007_
 If done today    Site given_____ Dose_____ Lot_____

III.  **PHYSICAL**                   **RESULTS**

Heart                                _WNL_____
Lungs                                _Clear_____
Breast (q2 yr. p 30)                 Date_____ Results_____
Rectal (yearly p 45)                 Results_____
 With Hemocult                       Results_____
Pelvic and PAP (q 1 yr)              Date_____ Results_____

Inmate Name _Pugh, Cedric_                  Ais# _182373_
DOB ▓▓▓▓ Age _24_ Race _B_ Sex _M_ SSN ▓▓▓▓▓▓
Emergency Addressee_____ Phone_____
Address_____
Facility _DONALDSON_ Nurse _G. Cash, LPN_  Date _6/2/00_
Physician Signature _____ Date _6/6/00_

# INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

Past history of hepatitis: ___ Yes ✓ No
TB test current: ✓ Yes ___ No
TB test negative: ✓ Yes ___ No

If history of positive TB test, verified completed treatment: _____ (Date)

**PHYSICAL ASSESSMENT:**

Open sores or rashes on hands, arms, face and neck: ___ Yes ✓ No
Has diarrhea: ___ Yes ✓ No
Has a cough: ___ Yes ✓ No
Lungs clear to auscultation: ___ Yes ✓ No
Signs and symptoms of other contagious diseases: ___ Yes ✓ No

Specify: _____

This inmate's Medical Record has been reviewed and he/she has been examined:

✓ He/she IS medically cleared for duty as a food service worker.
___ He/she IS NOT medically cleared for duty as a food service worker.

Signature _D. Hacker LPN_____     Date _5-19-2000_

Name: _Pugh, Cedric_
ID#/DOB: _U182373_
Location: _(4-31) Donaldson_

# FOOL SERVICE WORKER GUIDELINES

## HAIRNETS:

1. Put hairnet on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or hairnet when handling food.

## HANDWASHING:

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## SICKNESS:

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_____
Inmate Signature and Date

_____
Nurse Signature and Date

I.  HISTORY – (Nurse)                           YES    NO    COMMENTS

Weight Change (>15 lb.)                    ___    ✓     Last weight at least 6 mos.
(Compare Weight Below)                                  ago _189_
Persistent Cough                           ___    ✓     _____
Chest Pain                                 ___    ✓     _____
Blood in Urine or Stool                    ___    ✓     _____
Difficult Urination                        ___    ✓     _____
Other Illnesses (Details)                  ___    ✓     _____
Smoke, Dip or Chew                         ✓      ___   _½ ppd_
ALLERGIES                                  ___    ✓     _____

Weight _180_   Temp _98_   Pulse _84_   Resp. _24_   B.P. _160/92_

Eye Exam:        (Without Glasses)    OD _20/20_  OS _20/20_  OU _20/20_
                  With Glasses          OD _____    OS _____    OU _____

II.  TESTING – (Nurse)                          RESULTS

• Tuberculin Skin Test (q yr.)          Date given _6/29/99_  Site _R fore a_
  (chest x-ray if clinical symptoms)    Read on _7-1-99_   Results _Om._
  RPR (q3yrs)                           Date _8-20-97_   Results _NR_
• Urine Dip (yearly)                    Results _NR – WNL_
  (Glu., Pro., RBC., WBC)
  EKG (baseline at 35, over 45 q 3 yrs)  _N/A_
  Cholesterol (at 35 then q 5 yrs.)      _N/A_
  Tetanus/Diptheria (q10 years)         Last given _8-20-97_  Due _2x_
  If Done Today:                        Site given _____ Dose _____ Lot #

III.  PHYSICAL     RESULTS

Heart                                   _normal Sinus Rhythm_
Lungs                                   _BLLS C_
Breast (q2 yrs. p 30)                   Date _6/29/99_  Results _no lump_
Rectal (yearly p 45)                    Results _N/A_
With Hemoccult                          Results _N/A_
Pelvic and PAP (q 1 yr)                 Date _N/A_  Results _____

Inmate Name _Pugh Cedric_                              AIS # _182373_
DOB ▋▋▋▋  AGE _23_  RACE _Black_  SEX _M_  SSN ▋▋▋▋
Emergency Addressee _Juanita Pugh_
Address _1408 apt D 24th St North B'Ham Al 35234_   Phone# _305 324-1_
Facility _Bibb_        Nurse Signature _E. Russell m_    Date _6/29/99_
Physician Signature _____                        Date _____
                                 _M_  7/7/99

# INITIAL SKIN TEST

Date Given: _6/29/99_  
Site Given: _R fore arm_  
Lot #: _2503-11_  
Nurse: _E. Russell rn_

Date Read: _7/1/99_  
Size: _0mm_  
Nurse: _A Payton rn_

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Inmate Signature: _Cedric Pugh_  
Witness Signature: _E. Russell rn_

Date: _6/28/99_  
Date: _6/29/99_

Inmate's Name: _Pugh Cedric_  
ID #: _180373_  
Race: _Black_  
Location: _Beth_

# PERIODIC HEALTH ASSESSMENT

**I.      HISTORY - (Nurse)**

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) |  | ✓ | Last Weight at least 6 mo.'s. ago: _____ |
| Persistent Cough |  | ✓ | _____ |
| Chest Pain |  | ✓ | _____ |
| Blood In Urine or Stool |  | ✓ | _____ |
| Difficult Urination |  | ✓ | _____ |
| Other Illnesses (Details) | ✓ |  | 1ppd |
| Smoke, Dip or Chew |  | ✓ | _____ |
| ALLERGIES |  |  |  |

Weight _189_  Temp. _97.4_  Pulse _76_  Resp. _20_  B.P. _130/88_

Eye Exam:   Without Glasses    OD _20/20_ OS _20/15_ OU _20/13_
            With Glasses       OD ___ OS ___ OU ___

**II.     TESTING - (Nurse)**

RESULTS _9/8/9?_

|  |  |
|---|---|
| Tuberculin Skin Test (q yr.) (chest x-ray if clinical symptoms) | Date Given _7.30.98_ Site ⓇJuner arm) |
| | Read On _8-10-98_ Results _0_ mm |
| RPR (q 3 yrs.) | Date _8-20-97_ Results _NR_ |
| Urine Dip (yearly) (Glu., Pro., RBC., WBC.) | Results _7.30.98_ |
| EKG (baseline at 35, over 45 q 3 yrs.) | _NA_ |
| Cholesterol (at 35 then q 5 yrs.) | _NA_ |
| Tetanus/Diphtheria (q 10 yrs.) | Last Given _8-20-97_ Due _2007_ |
| If Done Today:   Site Given _NA_ | Dose ___ Lot # ___ |

**III.    PHYSICAL**                         RESULTS

| Heart | Reg rythm) |
| Lungs | (clear) |
| Breast (q 2 yrs. p 30) | Date ___ Results _Self breast exam taught_ |
| Rectal (yearly p 45) | Results _NA_ |
| With Hemocult | Results ___ |
| Pelvic and PAP (q 1 yr.) | Date _NA_ Results ___ |

Inmate Name _Pugh, Cedric_          AIS # _182323_

DOB ▓▓▓▓  Age _22_  Race _B_  Sex _M_  SSN ▓▓▓▓  Phone # _334-738-2246_

Emergency Addressee _Ollie Mae Pugh (Mom)_

Address _Route 2 Box 338, Midway, Ala, 36053_              Date _7.30.98_

Facility _Ventress_  Nurse Signature _H Johnson RPN_      Date _8/11/98_

Physician Signature _H. Burde_

# MEDICAL RECORD REVIEW:

Past history of hepatitis:
TB test current:                                                  ___ Yes    ✓ No
TB test negative:                                              ✓ Yes    ___ No
                                                                       ✓ Yes    ___ No

If history of positive TB test, verified completed treatment:        _____ (Date

# PHYSICAL ASSESSMENT:

Open sores or rashes on hands, arms, face and neck:
Has diarrhea:                                                           ___ Yes    ✓ No
Has a cough:                                                           ___ Yes    ✓ No
Lungs clear to auscultation:                                    ___ Yes    ✓ No
Signs and symptoms of other contagious diseases:    ✓ Yes    ___ No
                                                                               ___ Yes    ✓ No

Specify: _____

This inmate's Medical Record has been reviewed and he/she has been examin

___✓ He/she IS medically cleared for duty as a food service worker.
_____ He/she IS NOT medically cleared for duty as a food service worker.

Signature _I King LPN_____    Date _6/1/99_

Name:
ID#/DOB:
Location:

E-53

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

KCF

**INSTITUTION**

| INMATE NAME: Pugh Cedric | ID# 182373 | RACE: B | D.O. |
|---|---|---|---|

## INMATE QUESTIONNAIRE

(circle one)

| | | |
|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **No** |
| 2. Have you fainted or had a head injury within past six months? | Yes | **No** |
| 3. Have you been seen by a doctor in the past six months? | Yes | **No** |
| 4. Do you wear glasses or contact lenses? | Yes | **No** |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | **No** |
| 6. Do you drink wine, beer or whiskey? How often? Daily How much? Case Last time? 8 no ago | **Yes** | No |
| 7. Have you had seizures or blackouts when you stop drinking? | No | **No** |
| 8. Do you use drugs? Type crack How often Daily Last time 2 mos | **Yes** | No |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | **No** |
| 10. Are you currently detoxing? If yes, from what substance? crack | **Yes** | No |
| 11. Do you have any medical problems we should know about? | Yes | **No** |
| 12. Have you been in this facility before? | Yes | **No** |

## MENTAL HEALTH

| | | |
|---|---|---|
| 13. Have you ever been hospitalized or treated for psychiatric problem? | Yes | **No** |
| 14. Have you ever considered or attempted suicide | Yes | **No** |
| 15. Are you feeling depressed or extremely sad? | **Yes** | No |
| 16. Do you want to hurt yourself or someone else? | **Yes** | No |
| 17. Are you hearing voices?____ If yes, what are they saying? | Yes | **No** |

## FEMALE INMATES ONLY

| | | |
|---|---|---|
| 18. Are you pregnant?    LMP | Yes | No |
| 19. Do you use birth control? Type | Yes | No |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No |

(items 18-20 crossed out)

**COMMENTS: (Explain "Yes" Responses)**

**VITAL SIGNS**
HT 6'3"  WT 194  BP 120/70

Pulse____  Resp____  Temp____

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| (Uses Tobacco) | Dental Problems |

## MEDICAL HISTORY (circle terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. |
| Asthma | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistant Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

## TB HISTORY

Ever treated with TB Drugs?    Yes    **No**
Previous PPD test? Yes  No    Previous Positive Reaction?  Yes  **No**
When _____
Where  Jefferson ct. Jail
June 1997

| | |
|---|---|
| Chronic Cough/Blood | Fever |
| Recent Weight Loss | Night Sweats |
| Recent Appetite Loss | Fatique |

## MEDICATIONS

Current Medications: NA

**ALLERGIES**
Medication Allergies:    Yes    **No**
Type: _____
Other Allergies:    Yes    **No**
Type: _____

## DISPOSITION

Referrals    None

____Emergency Room (Pre-booking injury)
____Emergency Room (Acute Condition)
____Physician
____Sick Call

Placement

____Infirmary
____Detoxification
____Setting
✓ Gen Population
____Other



I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Screened by: R. Mitchel    Date: 8/20/97    Time: _____

Inmate Signature: X Cedric Pugh

Reviewed by: _____    Date: _____    Time: _____

Revised 4/28/97 (CMS 7107)

PHYSICAL ASSESSMENT

_KCF_
Institution

| INMATE NAME: Hugh Cedric # 182373 | VITAL SIGNS |
|---|---|

TYPE OF ASSESSMENT:   INITIAL_____   OTHER_____

HT____   WT____   BP____
PULSE____   RESP____   TEMP____

**FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)**

TB____   HEPATITIS____   HIV+____   HYPERTENSION____
CANCER____   ASTHMA____   EPILEPSY____   ANEMIA____
KIDNEY DISEASE____   SICKLE CELL____   SEIZURES____
MENTAL ILLNESS____   DIABETES____   HEART DISEASE____
OTHER____

**VISION (SNELLEN CHART)**
Rt: 20/20 with glasses_____
Lt: 20/20 with glasses_____

**PHYSICAL ASSESSMENT**

| Normal/Not Present Please | ✓ | Abnormal/Comment |
|---|---|---|
| SKIN: Color | | |
| Condition | ≡ | |
| Turgor | | |
| Recent Injury | | ✓ both arms |
| Tatoos | | ✓ abdomen, head |
| Scars | | |
| HEAD: Hair | | |
| Scalp (pediculi) | | |
| EARS: Appearance | | |
| Canals | | |
| MOUTH: Throat | | |
| Tongue | | |
| Tonsils | | |
| NOSE: Obstruction | | |
| Drainage | | |
| NECK: Veins | | |
| Mobility | | |
| Thyroid | | |
| Carotids | | |
| Lymph nodes | | |
| CHEST (BREASTS): Configuration | | |
| Auscultation | | |
| Respirations | | |
| Cough/Sputum | | |
| HEART: Auscultation | | |
| Radial pulse | | |
| Apical pulse | | |
| Rythm | | |
| ABDOMEN: Shape | | |
| Bowel Sounds | | |
| Palpation | | |
| Hernia | | |
| SPINE | | |
| NEUROLOGICAL: Reflexes | | |
| GENITAL/URINARY: Lesions | | |
| Discharge | | |
| RECTAL EXAM: (For 40 yrs. old and older) Hemorrhoids | | |
| Anal Warts | | |
| Stool for Occult Blood   + - | | |
| EXTREMITIES: Pulses | | |
| Edema | | |
| Joints | | |

**FEMALES ONLY**

PELVIC EXAM:
   Pap Smear
   Gonorrhea Culture
   (Admission PE only)

**IMMUNIZATION STATUS**

Date last Tetanus: 8/20/97

Other____

**TB SCREENING**
Current PPD:
Date Given: 8/20/97
Results and Date: 8/25/97 0mm
   PLEASE CIRCLE
Follow-up scheduled:   Not Indicated
                       Yes

**ORAL SCREENING**

Pain/Discomfort:_____
Condition of teeth:   poor   fair   (good)
Condition of gums:   poor   (healthy)
False teeth:   partial   plate   upper   lower
Oral Hygiene instructions given: ✓

**REMARKS**

HIV ) 8-20/97
RPR )

**REFERRAL**

mental Health Referral

Assessed by: _____

Date: 8-20-97   Time: PM

Physician Review: _____

Date: ____   Time: ____

Revised 04/28/97 (CMS)

# TUBERCULIN PPD FOR INMATES

### INITIAL SKIN TEST

Date Given: _8·8·98_

Site Given: _① inner arm_

Lot #: _2470-11_

Nurse: _H Johnson LPN_

Date Read: _8·10·98_

Size: _8 MM_ mm

Nurse: _H Johnson LPN_

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

X _Cedric Pugh  182373_
**Inmate Signature**

X _8/8/98_
**Date**

_H Johnson LPN_
**Witness Signature**

_8·8·98_
**Date**

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| _Pugh, Cedric_ | _182373_ | _B/M_ | _VCF_ |

GUIDELINES

## HAIR    TS:

1. Put hairnet on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or hairnet when handling food.

## HANDWASHING:

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## SICKNESS:

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand need for both, especially when handling food on kitchen detail.

_Cedric Pugh_
Inmate Signature and Date

_J King LPN 6/1/99_
Nurse Signature and Date

## HAIRNETS:

1. Put hairnet on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or hairnet when handling food.

## HANDWASHING:

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## SICKNESS:

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand need for both, especially when handling food on kitchen detail.

_Cedric Pugh  6/29/99_
Inmate Signature and Date

_E. Russell Jr  6/29/99_
Nurse Signature and Date



# Release of Responsibility

Cedric Pugh
**Name of Inmate**

9-4-02
**Date**

182373
**Inmate ID Number/Date of Birth**

I hereby refuse to accept the following treatment / recommendations:

Refused Dental Treatment

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Cedric Pugh 182373
**Inmate Signature**

C. Shopson COI
**Witness**

9-4-02   7 15/Am
**Date / Time**

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____
**Witness**

_____
**Date / Time**

_____
**Witness**

G-76

## CORRECTIONAL MEDICAL SERVICES
## REFERRAL TO MENTAL HEALTH

| INMATE NAME: *Push Cedric* | ID #: *182375* | LOCATION: | DOB: |
|---|---|---|---|

REASON FOR REFERRAL:

( ) CRISIS INTERVENTION
     ( ) Family problems: _____
     ( ) Problems with peers: _____
     ( ) Recent stress: _____
     ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
     ( ) Suicidal      ( ) Anxious      ( ) Physical Complaints
     ( ) Homicidal      (✓) Depressed      ( ) Sleep Disturbance
     ( ) Mutilative      ( ) Withdrawn      ( ) Hallucinations/Delusions
     ( ) Hostile, angry      ( ) Poor hygiene      ( ) Suspicious
     ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: *Inmate States that he is*
*very sad*

| Referred by: *R Mitchell* | Department: *Physical* | Date: *8/20/97* |
|---|---|---|

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

| Follow-up by: | Date | Time: |
|---|---|---|

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

--- CLIENT INFORMATION ---

Client    : Pugh, R. Cedric          Age            : 21

Sex       : Male                     Marital Status :

Education  :                         Date of Birth  : ████████

File Name  : 182373

Prepared for: DEPARTMENT OF CORRECTIONS on 08/25/97

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

PI-2 INTERPRETIVE REPORT                                        PAGE  2
EPARED FOR: DEPARTMENT OF CORRECTIONS

--- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES ---

```
         L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
110  ---  ---  ---  ---  +    ---  ---  ---  ---  ---  ---  ---  ---  ---  --- 110
     ---            +                                                     ...
     ...            +                                                     ...
     ...            +                                                     ...
     ...            +                                                     ---
100  ---            +                                                     --- 100
     ---       *    +                                                     ...
     ---            .+                                                    ...
     ...            +                                                     ...
     ...            +                              *                      ...
 90  ---            +                                                     --- 90
     ...            +                                                     ...
     ...            +                                                     ...
     ...            +                                                     ...
     ...            +                                                     ...
 80  ---            .+            *         *                             --- 80
     ...            +                                                     ...
     ...            .+                                                    ...
     ...            +                                                     ...
     ...            +                        *                            ...
 70  ---            +    *                                                --- 70
     ...            +                                                     ...
```

| | |
|---|---|
| Ave age-males: | 29 |
| Ave age-Females: | 31 |
| | |
| % of male codetypes: | 2.0% |
| % of female codetypes: | 1.7% |
| | |
| % of males within codetype: | 70.4% |
| % of females within codetype: | 29.6% |

---

Configural clinical scale interpretation is provided in the report for the following codetype(s):

6-8/8-6 (4)

---

PI-2 INTERPRETIVE REPORT                                    PAGE   4
EPARED FOR: DEPARTMENT OF CORRECTIONS

--- CONFIGURAL VALIDITY SCALE INTERPRETATION ---

There is no information available for this configuration of scores for scales L, F, and K.  Interpretation for each of the individual validity scales is presented below.

--- VALIDITY SCALES ---

? (raw) = 1

Scores in this range reflect a relatively small number of unanswered items, which in and of itself should not have an impact on the validity of the profile.

L    T = 52

L scores in this range are usually obtained by individuals who generally respond frankly and openly to the test items and are willing to admit to minor faults.

F    T = 96

scores indicating the first group and low Lo scores indicating
the second group. Individuals in both groups will often blame
others for their difficulties. The first group of individuals
may manifest psychotic behavior and a thought disorder may be
readily apparent. Ideas of reference and delusions of
persecution also may be present.

Pt (7)   T = 72

Scores in this range are typically obtained by individuals
who are worried, anxious, tense, and experiencing emotional
discomfort. They may experience irrational fears and typically
ruminate about their problems. Disabling guilt feelings may be
present. Agitation may develop. These individuals worry
excessively and may have problems in concentration. Obsessions
and compulsions are common.

Sc (8)   T = 91

Scores in this range are suggestive of serious
psychopathology including confused thinking, distorted
perceptions and other psychotic processes. Difficulties in logic
and concentration, impaired judgment, and the presence of a
thought disorder should be evaluated. Be sure that measures of
consistency and accuracy of item endorsement are within
acceptable ranges.

PI-2 INTERPRETIVE REPORT                            PAGE   8
EPARED FOR: DEPARTMENT OF CORRECTIONS

Ma (9)   T = 49

Scores in this range are considered to be within normal
limits. Normal adolescents and college students tend to score in
the upper end of this range (T-scores of 54-57). Persons older
than 60 who score in the upper end of this range are likely to be
overly energetic and active.

Si (0)   T = 55

Scores in this range are considered to be within normal
limits.

--- ADDITIONAL SCALES --

No additional scales were selected for interpretation by
the user.

```
                                                                        50
                50 ------------------------------------------*----- 50



                40 -----                                      --- 40




                30 -----                                      --- 30


                20 ----------------------------------------------- 20
                          1    2    3    4    5    6    7    8    9    0
                     L    F    K   Hs    D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score         52   98   51   68   70   64   79   52   79   72   91   49   35
Unanswered (?) Items = 1

Welsh Code:  8*6472'13-05/9:  F*L/K/
```

-- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | None | 6-8/8-6 (4) |
| Coefficient of Fit: |  |  |  | .81 |
| Scores: | ? (raw) | 1 |  |  |
|  | L | 52 |  | 51 |
|  | F | 98 |  | 100 |
|  | K | 51 |  | 38 |
|  | Hs (1) | 68 |  | 66 |
|  | D (2) | 70 |  | 71 |
|  | Hy (3) | 64 |  | 63 |
|  | Pd (4) | 79 |  | 32 |
|  | Mf (5) | 52 |  | 53 |
|  | Pa (6) | 79 |  | 94 |
|  | Pt (7) | 72 |  | 74 |
|  | Sc (8) | 91 |  | 92 |
|  | Ma (9) | 49 |  | 67 |
|  | Si (0) | 55 |  | 64 |

that the items have been endorsed consistently and accurately.

K     f = 51

Scores in this range are typically obtained by individuals who exhibit an appropriate balance between self-disclosure and self-protection. These individuals usually are psychologically well adjusted and capable of dealing with problems in their daily lives. Scores in this range are also indicative of good ego strength, sufficient personal resources to deal with problems, a positive self-image, adaptability, and a wide range of interests. Prognosis for psychological intervention is generally good.

Scores on one or more of the individual validity scales strongly suggests that the profile is invalid. Interpretive hypotheses based on clinical scale scores in the remainder of this report have a very high probability of being inaccurate. Professional users of this report should proceed with extreme caution in using any of this material in generating hypotheses about the individual being evaluated.

MMPI-2 INTERPRETIVE REPORT                                    PAGE   5
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- CONFIGURAL CLINICAL SCALE INTERPRETATION ---

6-8/8-6 (4) Codetype

Clinical Presentation:

It is important that measures of consistency and accuracy of item endorsement as well as other validity scales are within acceptable ranges. This codetype can result easily from either inconsistent or inaccurate patterns of item endorsement.

These individuals are likely to exhibit a thought disorder with paranoid features. Their thinking is often described as fragmented, autistic, tangential, circumstantial, and loose. Their thought content is likely to be bizarre and may include paranoid delusions. Difficulties in concentration and attention, memory deficits, and poor judgment are also quite common with individuals who obtain this codetype.

These individuals are likely to express significant personal distress and complain of feeling tense, worried, depressed, and alienated. Their affect is likely to be blunted and/or inappropriate. Their behavior is likely to be unpredictable and

These individuals often have strong needs for support and dependency, but are confused about how to go about meeting these needs. They often experience sexual conflicts and engage in unusual sexual practices.

The self-concept of these individuals is often quite poor. They usually have low self-esteem, lack self-confidence, and feel inferior and insecure. In addition, they often feel guilty.

The interpersonal relationships of these individuals are often characterized by suspiciousness and emotional distancing. They are suspicious and distrustful of others and exhibit poor social skills. They generally feel apathetic, socially isolated, and withdrawn, and they describe their life in similar terms. They report that they argue with family members and that their home life is not pleasant.

Treatment:

The prognosis is generally poor. The problems of these individuals most often are chronic and severe, although their ability to work may not be severely impaired.

PI-2 INTERPRETIVE REPORT                                    PAGE  6
EPARED FOR: DEPARTMENT OF CORRECTIONS

Possible Diagnoses:

        Axis I    - Rule Out Organic Disorders
                    Rule Out Schizophrenic Disorders
                         Schizophrenia: Paranoid Type
                    Rule Out Paranoid Disorders

        Axis II   - Rule Out Schizoid Personality Disorder
                    Rule Out Schizotypal Personality Disorder

                    --- CLINICAL SCALES ---

Hs (1)   T = 68

        Scores in this range are frequently obtained by individuals who are expressing excessive concern about the functioning of their bodies and are endorsing multiple vague somatic complaints. These individuals are typically self-centered, dissatisfied, demanding of attention, complaining, and generally negative and pessimistic. They may use their somatic complaints to control

frustrating and sabotaging the help of others and will often "shop" for physicians and/or therapists. Exceptions are individuals with multiple bonafide physical disorders of both chronic and acute nature.

D (2)   T = 70

Scores in this range are typical for individuals who feel depressed, unhappy, sad, and pessimistic about the future. They often feel guilty and are self-critical. Suicidal ideation and potential should be ruled out. These individuals often feel inadequate, helpless, and lacking in self-confidence. Social withdrawal, poor concentration, appetite and sleep disturbances, and low frustration tolerance are possible. Increasingly higher scores are usually associated with an increase in the number and severity of depressive symptoms.

Hy (3)   T = 64

Scores in this range are obtained by individuals who often prefer to look on the optimistic side of life and avoid thinking about or confronting unpleasant issues. They are often somewhat exhibitionistic, extroverted, and superficial in interpersonal relationships.

MMPI-2 INTERPRETIVE REPORT                                        PAGE   7
PREPARED FOR: DEPARTMENT OF CORRECTIONS

Pd (4)   T = 79

Scores in this range are typically obtained by individuals who are characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. These individuals are likely to be impulsive, unreliable, egocentric, and irresponsible. They often have little regard for social standards. They often show poor judgment and seem to have difficulty planning ahead and benefiting from their previous experiences. They make good first impressions but long term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within this range.

Mf (5)   T = 52

Scores in this range are typical for males interested in traditional masculine interests and activities.

Pa (6)   T = 79

Scores in this range are frequently obtained by 1) individuals who are suspicious, hostile, and feel as if they are being mistreated, or by 2) individuals who are hypersensitive to

**Prison Health Services**
**Treatment Record**

**Treatment Ordered:** Peroxide soaks to finger and wrap with band aid X 10 days qd

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 |
| Tx done | Tx done | Tx done | DONE | Tx done | tx done | Tx done |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 3/20 | 3/21 | 3/22 | | | | |
| Tx done | Tx done | Tx done | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|---------------|
| Pugh, Cedric | | ECC |

Treatment Continued:

BP ✓ 8 wk X 3 months

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5/19/05 | 5/26/05 | 6/3/05 | 6/10/05 | 6/17/05 | 6/24/05 | 7/1/05 |
| Ø Show | | RLAN | | Ø show | Ø show | |
| au | | | | au | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 7/8/05 | 7/15/05 | 7/22/05 | 7/29/05 | 8/7/05 | 8/14/05 | 8/21/05 |
| | | | | | No Show ak | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Pugh Cedric 182373 | NKDA | B1B3 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/13/06

**To:** Shift office

**From:** SHCU

**Inmate Name:** Pugh, Cedric     **ID#:** 182373

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Work stop x 30 days ends on 4/15/06

_____

_____

_____

**Date:** 3/13/06  **MD Signature:** V/o Peasant / HHH, LPN  **Time:** 1140p

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3-13-06

**To:** Gilmore

**From:** HCU

**Inmate Name:** Pugh, Cedric          **ID#:** 182373

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Work stop X 30 days. Return to HCU on
Thursday for follow up 3-16-06.

**Date:** 3/13/06   **MD Signature:** Dr Peasant / K Jones LPN   **Time:** _____
MD

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-24-06

**To:** Elmore

**From:** Staton

**Inmate Name:** Pugh, Cedric          **ID#:** 182373

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

No use of (R) hand x 3wks

Elevate (R) hand x 3wks, BBP x 3wk

To HCU each pm for tx x 10 days

_____

**Date:** 2/24/06  **MD Signature** _Lassituccap_          **Time:** 03



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-24-06

**To:** Elmore

**From:** Staton

**Inmate Name:** Pugh, Cedric          **ID#:** 182373

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

No use of (R) hand x 3wks

Elevate (R) hand x 3wks, BBP x 3wks

To HCU each pm for tx x 10 days —

_____

**Date:** 2/24/06 **MD Signature** Hassetucky          **Time:** 0730

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

# *Authorization for Release of Information*

To: _____          From: _____

_____          _____

_____          _____

_____          _____

Patient: _____          Inmate ID No.:_____

Alias: _____          Social Security No: _____ - _____ - _____

Date of Birth: _____          Date(s) of Service: _____

    I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[  ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ] Admission          [  ] Discharge          [  ] Operative Summary Reports

[  ] X-Ray          [  ] Special Studies Reports          [  ] HIV Test          [  ] T B Test

[  ] Laboratory Reports          [  ] Immunization History          [  ] Dental Treatment Records

[  ] Psychiatric Summary Report          [  ] Substance Abuse Treatment History & Counseling Reports

[  ] Other Records_____
(Specify information requested)

_____

    This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X  *Cedric Push*_____          _____
       (Patient's Signature)                                                                    (Date)

_____          _____
     (Witness' Signature)                                                                    (Date)

    The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

60102  (11/02)                    _____          _____
                       (Signature and Title for PHS)                                    (Date)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SHORT STAY RECORD 23

(To be used in case infirmed 23 hrs or less)

Temp _97⁷_  Pulse _64_  Resp _18_  B/P _118/72_ Weight _____ Height _____

Admission Date: _____3/2/06_____

HISTORY OF PRESENT ILLNESS:

finger caught in meat grinder

PHYSICAL EXAMINATION:

General Appearance _skin w/o touch normal appearance in color_     H - E - E - N & T _∅ complaints_

Heart _pulse rate WNL_     Lungs _WNL resp ē ease unlabored ∅ wheezing_

Abdomen _∅ swelling ∅ cyanim_     Bones, Joints, Extremities _LEPR intact except area bandaged_

Neurological _WNL_     Skin _normal appearance in color_

LABORATORY & X-RAY:

NA

CONDITION ON DISCHARGE:

DISCHARGE INSTRUCTIONS:

FINAL DIAGNOSIS:

Discharge Date: _____     _____
                                             Signature of Attending Physician

| NAME | ADC# | ROOM NO. | HOSP. NO. | ATTENDING PHYSICIAN |
|------|------|----------|-----------|---------------------|
| Pugh Cedric | 182373 | | | Dr. Pleasant, MD |

**Treatment Continued:**

BP V 2x week x 4 weeks

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 12/2/05 | 12/5 | 12/9 | 12/12 | 12/16 | 12/19 | 12/23 |
| 120/12 DM | 130/80 DM | | 124/70 | No Show DM | 130/84 | 126/86 DM |
| Initials | Initials | Initials | $2 Initials | Initials | WP Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 12/26 | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|----------------|
| Pugh, Cedric | NKA | ECC |

# 182373

## Prison Health Services

### REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Pugh, Cedric_    ID# _182373_

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication. _For Blood pressure/GERD_    ___  E.    Refused X-Ray services.

___  B.    Refused dental care.    ___  F.    Refused other diagnostic tests

___  C.    Refused an outside medical appointment.    ___  G.    Refused physical examination.

___  D.    Refused laboratory services.    ___  H.    Other (Please specify)

_____

_____

Reason For Refusal  _States "I don't need it"_

_____

_____

Potential Consequences Explained  _Stroke / Heart Attack / Death_

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

_D'Nace camp_
Witness Signature

_Michael Anderson CUT_
Witness Signature

_Cedric Pugh_
Patient Signature

_11/30/05_
Date

_1056_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _Montgomery Co. Court_
(Agency)

_____
(Address)

_____

From: _Staton Hou_
(Institution)

_____
(Address)

_(334) 567-1548_
(Telephone)

Inmate's Name: _Pugh, Cedric_

a/k/a: _182573_

D.O.B.: ██████████     SS #: _____

**Person Completing Form**

Name: _C. Hill Lpn_

Signature: _C Hill_

Date: _11/16/05_

---

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

---

| | |
|---|---|
| **Allergies:** _NKDA_ | **TB Skin Test:** (NEG) POS Date _10/24/05_ |
| | **CXR:** NEG POS Date _____ |
| **Pregnant:** Yes No (N/A) Unknown | **Test** **Treated** **Date** _10/27/05_ |
| | RPR: (NEG) POS Yes No _____ |
| | VDRL: NEG POS Yes No _____ |
| **Other Lab Data:** | GC: NEG POS Yes No _____ |
| _N/A 10/27/05_ | Other: _____ Yes No _____ |
| | HIV NEG 10/27/05 |

60109 (4/87)

**Prison Health Services**
**Treatment Record**

Treatment Ordered:

B/p ✓ qDX 14 days @ txtime

| Date 7/16 | Date 7/17 | Date 7/18 | Date 7/19 | Date 7/20 | Date 7/21 | Date 7/22 |
|---|---|---|---|---|---|---|
| | 144/92 | 128/82 | | 140/92 | | |
| | Bo | Jones | | Dm | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date 7/23 | Date 7/24 | Date 7/25 | Date 7/26 | Date 7/27 | Date 7/28 | Date 7/29 |
|---|---|---|---|---|---|---|
| 132/91 | | No Show | 110/88 | No Show | No Show | No Show |
| qn | | Cl | Jones | Cl | JC | Cl |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Pugh Cedric 183373 | NKA | Elmore |

# Prison Health Services

### REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Pugh, Cedric_     ID# _182373_

D.O.B. ████████

I, _Cedric Pugh_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic test: |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_____

_____

Reason For Refusal _____

_____

_____

Potential Consequences Explained _∅ show, sick call_

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Stanya Arn T_
Witness Signature

_D Austin Lpn_
Witness Signature

_03/05/05_
Date

_____
Patient Signature

_____
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7/15/05_

**To:** _E/mone_

**From:** _Hcu_

**Inmate Name:** _Pugh/ Cedric_    **ID#:** _182-373_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_____ BPV daily for 14 days at treatment

time !  _____

_____

_____

**Date:** _7/15/05_  **MD Signature:** _J_Blossington_  **Time:** _10.A_

60418

Staton Correctional Facility:

Sick call is performed at 7:00 pm in the health care unit Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned in by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located in the common area at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 3:30 am
2. Noon pill call: 11:00 am
3. Evening pill call: 3:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _Cedric Pugh_                     . Date: _6-23-05_

Nurse Signature: _C Helly_                          Date: _6/23/05_

4/13/04

Access to Care
Prison Health Services
Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Hugh_ _Cedric_ _____

                      LAST               FIRST          MI

DATE OF BIRTH ___█████████___   SS# ████████████

**Housing Recommendations:**

General Population___X___

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other___HTN___

Specify_____

Nurse ___C. T(ll)___    Date ___6/23/05___



**PRISON
HEALTH
SERVICES
INCORPORATED**

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: __Elmore__
(Agency)

_____
(Address)

From: __Bibb Co CF__
(Institution)

_____
(Address)

( )_____
(Telephone)

Inmate's Name: __Pugh Cedric Roman__

a/k/a: _____

D.O.B.: ▓▓▓▓▓  SS #: __182373__

Person Completing Form

Name: __Childress Ln  (Childress Ln__

Signature: __Childress Ln__

Date: __6/20/05__

---

**MEDICAL PROBLEM(S):**

See
Problem
list

**TREATMENTS/MEDICATIONS:**

CC q 3mo.
CCC apt 7/20/05

See
MAR

---

**Allergies:**  NKA

**Pregnant:**   Yes   (No)   Unknown

**Other Lab Data:**

| | TB Skin Test: | (NEG) | POS | Date 9/11/04 |
| | CXR: | NEG | POS | Date _____ |

| Test | | | Treated | | Date |
|------|-----|-----|---------|-----|------|
| RPR: | NEG | POS | Yes | No | _____ |
| VDRL: | NEG | POS | Yes | No | _____ |
| GC: | NEG | POS | Yes | No | _____ |
| Other: | _____ | | Yes | No | _____ |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS
## EYE CHART

| OLD RX Worn from | | | | to | |
|---|---|---|---|---|---|
| Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | |
| | | | | | |

**Date** 5/16/05 **Time**

**Visual Requiremnts**

**Other Visual Requirements**

**Previous Eye History**

**Chief Visual Complaints**

**Detailed History**

**General Health**

**External Examination**

OD                                    OS

OD                                    OS

**Internal Examination**

**Visual Field Screening**    OD          OS

**Tonometry**

**Instrument /**    OD          OS

| | DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| V.A. (Habitual) | Dist. | OD | OS | OU |
| | Near | OD | OS | OU |

**Dominance / Test**    /

**Pupillary Reflexes** | Size | Light
| Consensual | Near

**Tests for Squint** | Inspection
| Cover
| Corneal Reflex

**PD / PP Conv**

**PP Acc**

**Versions**

**Rotations / Fixations**

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| Bush Cedric | | 182222 | | | B |

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 6/21/04 ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bibb_

REASON FOR PROFILE _Folliculitis_

TREATMENT: _1/8" clipper cut_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _12/21/04_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
             DATE

☐ Inmate ____/____/____
            DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Pugh Cedric | | | B/m | 18237 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Cedric Pugh*

Date of Birth: ▮▮▮▮▮▮▮▮        Social Security No: ▮▮▮▮▮▮▮▮

Date: *12-13-0 3*        Time: _____ A.M. / P.M.

This is to certify that I, ___/___ *Cedric Pugh* , currently in
(Print Inmate's Name)

custody at the *Elmore Corr Facility* , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *Hep A & B*
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_*Cedric Pugh*_____        _____
(Signature of Inmate)**                    (Signature of Medical Person)

_____        _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**NaphCare**

# Treatment Request and Record

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 2/25/03 | B. Helms CRNP | ○ IP  ○ OP | |

Clinical Diagnosis

BP √'s q wk x 4

MD to Review

| Date of Onset |
|---|
| Date of Surgery |

## Area of Treatment (Circle)



### Progress Notes

3/4 — 120/80 L ✓

3/11 — No show RR 120/60 mj

3/18 120/60 mj

3/25/03 120/80

### Record of Treatment

SCC

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Name (Last, First, Middle) | Age | ID No. |
|---|---|---|
| Pugh, Cedric | 27 | 192323 |

Treatment Request and Record

NC064

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _11 / 12 / 02_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _Stata_

REASON FOR
PROFILE _____

TREATMENT: _Shave Profile X 60 days_

### SHAVE PROFILE INSTRUCTIONS



_NO mustache_

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _12 / 1 / 02_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☑ Warden _11/12/02_
       DATE
☑ Inmate _11/12/02_
      DATE

_A H Smith Lpn_ _____
NURSE'S SIGNATURE
(Distributed By)

_B Adams crnp_ _____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date of Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Pugh Cedric_ | ▮▮▮▮▮ | 26 | B/m | 182373 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate            PINK - Warden

F-13

# STATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: *Cedric Pugh*    AIS# *182373*    DATE: *6/13/02*

TIME: _____    DOB: ███████    OFFICER: _____

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. Do you want to talk to a mental health counselor? a. Did inmate respond? | ✓ | ✓ |
| 13. Do you have epilepsy? | | ✓ |
| 14. Do you have any medical problems we should know about? | | ✓ |

# DEPARTMENT OF CORRECTIONS

**EMERGENCY/** ___WDCF___ **TREATMENT RECORD**
(OTHER)

Spro 180 10

| DATE 7/4/01 | TIME 2025 AM/PM | FACILITY WDCF ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 99² (ORAL) RECTAL   RESP 16   PULSE 76   B/P 118/76   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S) "throwing up blood"
Having heartburn

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O) Sitting up in chair,
State he about every
morning wakes up throwing
up blood. Resp even,
unlabored. T/S WNL
∅ Abrasion, ∅ Contusion, ∅ Laceration
throat clear, no redness,
∅ Pain noted,

**ORDERS, MEDICATION, etc.**

P) SSC for MD to eval.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/4/01 | TIME 2040 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Moon LPN | DATE 7/4/01 | PHYSICIAN'S SIGNATURE | DATE 7/5/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Pugh, Cedric | AGE 25 | DATE OF BIRTH | R/S BM | AIS # 182373 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

O₂ Sat. 99%

| DATE 9/23/00 | TIME 1705 AM/PM | FACILITY _____ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY □ OTHER |

ALLERGIES NKDA

**CONDITION ON ADMISSION**
☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 97⁻¹ ORAL/RECTAL    RESP. 18    PULSE 67    B/P 140/84    RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

S: "The guards said I was involved in a fight"

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

O: Old burn to L forearm. No apparent bruises, cuts or scrapes noted -

**ORDERS, MEDICATION, etc.**

A: Released to DOC for house arrest.

P: Come to pink slip call if any problems arise.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 9/23/00 | TIME 1705 AM/PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE D. Rogers | DATE 9/23/00 | PHYSICIAN'S SIGNATURE C. Crawford | DATE 9/26/00 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Pugh, Cedric | AGE 25 | DATE OF BIRTH | R/S B/M | AIS # 182373 |

# CORRECTIONAL MEDICAL SERVICES

## SEGREGATION LOG

Name: _Prof. Celus_   I.D. # _182373_   D.O.B. _____   Unit _B_   Year _1999_

Trans. to Donaldson

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**KEY:** M=MEDICAL
D=DENTAL
P=PSYCHIATRIC

N/C=NO COMPLAINTS

## NURSES PLEASE SIGN AND INITIAL

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/26/99 | TIME 8 50 (AM) PM | FACILITY __Bibb__ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 99 (ORAL) RECTAL   RESP. 20   PULSE 84   B/P 133/78   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S "I'm fine. Ø problems"

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

O Alert + Oriented X3. BBS c̄
Resp even + unlabored. Skin
WD. Ø c/o or S/S g distress
noted.

A Body sheet per DOC

P Released to DOC

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/26/99 | TIME 9 (AM) PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE K Damieson | DATE 7/26/99 | PHYSICIAN'S SIGNATURE ____ | DATE 7/26/99 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Rush, Cedric | AGE 23 | DATE OF BIRTH | R/S B/M | AIS# 182373 |

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/Non-Scheduled TREATMENT RECORD
### (OTHER)

| DATE 10-20-97 | TIME ___ AM PM | FACILITY Ventress SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |

| ALLERGIES N/CA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 99.4 (ORAL) RECTAL   RESP 18   PULSE 80   B/P 120/80   RECHECK IF SYSTOLIC <100 > 50   Wt. 192

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z z | LACERATION/ SUTURES |

S- "The Officer sent me over here because I got a tooth."

**PHYSICAL EXAMINATION**

O- B/m ambulated to HCU ē assistance, c/o severe toothache, moderate amount ē edema noted to ℞ side of face.

**ORDERS, MEDICATION, etc.**

A- Alteration in comfort R/T tooth ache

P- Dr. West notified new orders received
Advil 200 mg 井 PO TID × 7 days
Pen VK 500mg PO TID × 7 days
Sign up for Dental screening

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 10/20/97 | TIME ___ AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE J. Smith RN | DATE 10-20-97 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Parish, Cedric | | AGE B/m | DATE OF BIRTH | R/S B/m | AIS # 182373 |

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

G-76

KILBY
**INSTITUTION**

Pugh, Cedric                          182373
**NAME**                             **NUMBER**        **R/S**

**Lay-in for** _____ **days from** _____ **to**

(date)

_____ **due to** _____

(date)

**Instructions:**  REPORT TO THE MENTAL #### HEALTH CLINIC ON

FRIDAY, 8/29/97 AT 3:00PM WITH DR. CAMPBELL.

*Failure to follow the directions above may result in a disciplinary.*

8/28/97                          S. Turner, Mental Health Secretary
**Date Issued**                  **Signature**

**F-53**

# RECEIVING SCREENING FORM

INMATE'S NAME: _PUGH, CEDRIC_    DATE: 8/19/97    TIME: 12:37

DOB: ▮▮▮▮▮    OFFICER: _A. Gibson_    INSTITUTION: _K1_

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X |  |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for [doctor's] care? |  | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? |  | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? |  | X |
| Is the skin in poor condition or show signs of vermin or rashes? |  | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? |  | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc) |  | X |
| Is the inmate making any verbal threats to staff or other inmates? |  | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | X |
| Does the inmate have any obvious physical handicaps? |  | X |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

___ b. Referred to health care unit

___ c. Immediately sent to the health care unit

_Anthony J. Gibson_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

_Pugh   Cedric_
Name of Inmate

_8-20-97_
Date

_182375_
Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

_Cedric Pugh_
Inmate Signature

_8-20-97_
Date

_R. Mather_
Witness

_C Tub_
Witness

CMS 7173 Rev. 4/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ~~INFORMAL~~ | |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pugh, Cedric | DIAGNOSIS (If Chg'd) |
|---|---|
| 182373 | Bactrim DS po BID x 10 days |
| D.O.B. ▓▓▓▓ | Rifampin 300 g po BID x 10 days |
| ALLERGIES: NKA | Hep in mole |
| Lemon 0950 | To Dr Chung 3/13/06 @ 0945 T/C |
| Use Second     Date 3/10/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pugh, Cedric | DIAGNOSIS |
|---|---|
| 182373 | D Cont 3ojon x 48° more |
| D.O.B. ▓▓▓▓ | ie Until 3/11/06 |
| ALLERGIES: NKA | |
| Use First     Date 3/9/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: *Pugh, Cedric*
182373
*Elmore*

D.O.B:

ALLERGIES: *NKA*

Use Last     Date *3 16 06*

DIAGNOSIS (If Chg'd)
① *Admit to M4*
② *R index finger infection*
③ *start IVF NS at 75 cc/h*
④ *Zosyn 3.375 g q6h IV x 3 days*
⑤ *Old Chart to Had chart*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Pugh Cedric*
182373
*Elmore*  1/30

D.O.B.

ALLERGIES: *NKA*

Use Fourth     Date *3 3 06*

DIAGNOSIS (If Chg'd)
*Please Fax UM for f/u visit*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Pugh, Cedric*
182373      *ECC*

D.O.B.

ALLERGIES: *NKA*

Use Third     Date *3 12 06*

DIAGNOSIS (If Chg'd)
② *MOU x 24° — start 23° forms*
④ *elevate R hand*
⑤ *Keflex 500 mg PO x 4 days*
⑥ *Motrin 800 mg TID x 10 days*
⑦ *Lortab 5 mg 2° q4° prn pain x 12 doses*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Pugh, Cedric*
182373      *ECC*

D.O.B.

ALLERGIES: *NKA*

Use Second     Date *3 12 06*

DIAGNOSIS (If Chg'd)
① *UM for FOU for Debridement of*
*R middle finger in 2WK*
② *X ray R hand — special attn t*
*R middle finger — day of*
*3/3/06 office visit — send x-rays of patient*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Pugh, Cedric*
182373

D.O.B.

ALLERGIES: *NKA*

Use First     Date *3 12 06*

DIAGNOSIS
① *UM for Dr Chung — Surgical*
*Debridement t graft R middle*
*finger*
② *CBC t set day before surgery*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT _Infected ① index finger_

Hx OF PRESENT ILLNESS _____

_____    PREVIOUS ILLNESS _____

CURRENT MEDICATIONS _____

ALLERGIES _____

Habits:

Family Hx.          Smoking

T.B. _____    Alcohol

Hypertension _____    Diabetes _____    Drugs

BP _____    Other _____    Cancer _____

T _____    P _____    R _____

|  | Normal | | Abnormal |
|---|---|---|---|
| 1. | | Head, Face & Scalp | |
| 2. | | Mouth & Throat | |
| 3. | | Ears & Eardrums | |
| 4. | | Eyes & Pupils | REMARKS |
| 5. | | Chest & Lungs | |
| 6. | | Cardiovascular | |
| 7. | | Abdomen, including Hernia | |
| 8. | | Anus & Rectum | |
| 9. | | Ext. Genitalia | |
| 10. | | Skin | |
| 11. | | Breast | |
| 12. | | Upper Extremities | |
| 13. | | Lower Extremities | |
| 14. | | Spine & Musculoskeletal | |

DIAGNOSIS _____

Date: _____

Examining Physician: _____

INMATE NAME (LAST, FIRST, MIDDLE)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

3/7/06  (S)  I feel better today. Pt pulled IV out of last
               PM stating that the IV med made his
               stomach hurt

        (D)
                        — finger swollen
                        — no order

        (A) Laceration of finger c loss of tissue
        (P) continue IV fluids & IV antibiotics
               — will restart IV

                                        JBrown ✗

03/09/06  To see MD.
          T-98.1, P-77, R-20, BP-110/60, IV c 100cc/hr.
          (S) No complaints
          (O) Laceration & suture look good — no
                odor.
          (A). Laceration of finger
          (P) Cont IV fluids
                                        [signature]

03/09/06  12N — IV restarted in (R) hand per Nurse
          Pernell, tolerated well.
                                        DAustin [signature]

3/10/06  8:30  rcvd MD visit: 98.6, 85. 20, O2S 98%, 140/82 — [signature]

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|
| 3/13/06 | MOU-MD VISIT: RE: ℞ HAND  T 57⁹  p 93  R 20 | |
| | O₂S 97 %   152/74 ——————  B B Brn | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pugh, Cedric 182373 | D.O.B.: |
|---|---|---|

2/23/06  S - I caught my hand in the mixer

O - 3rd finger (R) hand c 1/4 of side missing, mod and bleeding noted    NVS (R). chrisated and pressure dressing applied

Td given
2/23/06    P NS irrigation

A - S/p trauma (R) 3rd digit

P - To BMCS via DOC van. Rept called to P. Moneyham RN in ER.

3/3/06  N10  MOV R/t Surgery (R) finger.  T 98³, P 74, R 20
O₂ 97%, 140/94  WT: 215 lbs

3/06/06  To see HCP
T 98³ P 85 R 20 B/P 120/84  98% on RA

3/7/06  unsuccessful attempt x 2 to restart IV to (R) wrist
1300pm Pressure dressing applied to area

145am Phone call to Dr Peasant to advise him of unsuccessful attempts to restart IV and was instructed to leave IV out and advise Day shift of need for IV restart

3/8/06 LE for 3/8/06 11 25/p.

925a  S - My hand is OK - c/t's not hurting, right arm
O Awaken in bed Dsg to Rt middle finger dry intact
IV of NS @ 10 cc/hr infusing problems to left forearm
Sites benign - T 98 P 72 R 20 BP 110/60  O₂ Sat 96² -

A - Alteration in health maintenance -

P - Continue PSA

**Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 3/11/06 9A | S - "I am ok" |
| | O - Gettery up at bedside Alert & Orient X3. Resp easy. Drain W/D to lunch Temp 974 P74, R18 and B/P 130/80 IV fluids N/S enterim 5 difficult as MD ordered. No S/S of infiltration noted. No acute distress at this time |
| | A - Client in comfort |
| | P - Cont Hx plan of care ——————— dy |
| 3-11-06 11AM | S - "I'm doing ok". |
| | O - A+O+3, Resp reg & ease skin w/D to touch VS T 972, P 72 R 16 BP 116/82 O₂ sat 99%. IV NS @ 75cc/hr infusing 5 any difficulty Sol Gentamycin injection 5 any diff. WNRN ——————— marie |
| | A - Alteration in comfort ——— marie |
| | P - Cont plan of care ——— marie |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70049        **Complete Both Sides Before Using Another Sheet**

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: Pugh, Cedric

Date of Birth: _____

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 2/23/3 | | | | | | | | | | | | | | | |
| Time | 830a | | | | | | | | | | | | | | | |

**TEMPERATURE**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | |
| 100 | 983 | | | | | | | | | | | | | | | |
| 98 | 97.7 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | |
| 120 | 120/80 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |

**PULSE**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 80 | 88 93 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | | | | | | | | | | | | | | | | |
| 20 | 20 20 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |

PHS-MR-70063



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pughy Cedric  182323  ECC  Z09 | DIAGNOSIS (If Chg'd)  ① Cedric Pugh          5/31/06 ward 2 wk 5/3/06 ② HCU visit in 4 wk  ③ Return Chart to me after OR  ④ Kefled 500mg TID X1Day  ⓒ HCU 5/2/06 0200 |
|---|---|
| D.O.B. | |
| ALLERGIES: NKA | |
| Use Second    Date 5/1/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pugh, Cedric  Elmore | DIAGNOSIS  HCU visit c̄ Dr. Peasant re xray.  noted  04/16/06  5/3 examined 04/17/06 |
|---|---|
| D.O.B. | |
| ALLERGIES: NKA | |
| Use First    Date 4/12/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Pugh, Cedric

D.O.B.
ALLERGIES: NKA

18 2373
Elmore
1600

Use Last    Date 3/31/06

DIAGNOSIS (If Chg'd) Hernia finger

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pugh, Cedric
18 2373
Elmore

D.O.B.
ALLERGIES: NKA

Use Fourth    Date 3/31/00  1100

DIAGNOSIS (If Chg'd) Hern

- Please top lnn below dated 3/15/06 for Dr. Runs visit
- 315 Exam w/ Dr. Bradford ✓
- 045627 Prolute II in library Faster

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pugh, Cedric
18 2373

D.O.B.
ALLERGIES: NKA

Use Third    Date 3/15/06

DIAGNOSIS (If Chg'd)
① D/C Bactrim
② Keflex 500mg TID X 10 d
③ f/u in 1 wk in Dr.
④ lnn c Fox c Dr. Chung
given 4/13/03

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pugh, Cedric
18 2373
Elmore

D.O.B.
ALLERGIES: NKA

Use Second    Date 3/31/06

④ Work stop X 30 days
① H₂O₂ Soap qd X 14 days
② Dress c bandakel gel. X 14 days
③ HCW Wash Thursday to ✓ Hand

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pugh, Cedric
Elmore    182373

D.O.B.
ALLERGIES: NKA

Use First    Date 3/10/06

DIAGNOSIS
1) D/C Zosyn 3.375mg q 6 hrs IV.
2) Give Gentamycin 80mg IM q 8 hrs X 1 day
3) Draw Trough & Peak c 3rd dose eg. 10 am 3/11/06  V/O per Dr. Peasant / E. Ellis

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: *Pugh, Cedric*

182373

Elmore

D.O.B. ▓▓▓▓

ALLERGIES: *NKA*

Use Last    Date *3 16 06*

DIAGNOSIS (If Chg'd)

① *Admit to V4*

② *L inf finger infection*

③ *Start IVF NS at 75 cc/h*

④ *Rocephin 2.375 g q6° IV x 3 days*

⑤ *CV to start Had chart*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Pugh, Cedric*

182373

Elmore

1/30

D.O.B. ▓▓▓▓

ALLERGIES: *NKA*

Use Fourth    Date *3/3 06*

DIAGNOSIS (If Chg'd)

*Please fax UM for F/u visit*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Pugh, Cedric*

182373

ECC

D.O.B. ▓▓▓▓

ALLERGIES: *NKA*

Use Third    Date *3 12 06*

DIAGNOSIS (If Chg'd)

③ *MOU x 24° - Start 23° from*

④ *elevate R hand*

⑤ *Keflex 500 mg P.O x 4 days*

⑥ *Motrin 800 mg T.I.D x 15 days*

⑦ *Lortab 5 mg 2p q4° pm pain x12*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Pugh, Cedric*

182373

ECC

D.O.B. ▓▓▓▓

ALLERGIES: *NKA*

Use Second    Date *3 12 06*

DIAGNOSIS (If Chg'd)

① *UM for FOO for Debridement of R middle finger in 24h*

② *X ray R hand - special attn t*

③ *f/u 3/3/06 office visit - send X rays & patient*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Pugh, Cedric*

182373

D.O.B. ▓▓▓▓

ALLERGIES: *NKA*

Use First    Date *2 27 06*

DIAGNOSIS (If Chg'd)

① *UM for Dr Chung - Surgical debridement + graft R middle finger*

② *CBC C day before surgery*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Pugh, Cedrick<br><br>182373<br><br>D.O.B. ███████<br>ALLERGIES: N/A<br><br>Use Last    Date 2/23/06 | DIAGNOSIS (If Chg'd)<br>MOU Overnight to see MD in AM<br>Keflex Q8°x 5 days 500mg x 10 days<br>Lortab 5/500 ī Q4° prn pain X 3 days<br>Motrin 800 q8° prn pain X 3 days<br>po per Dr. Pleasant Small for<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br><br>D.O.B.  /  /<br>ALLERGIES:<br><br>Use Fourth    Date  /  / | DIAGNOSIS (If Chg'd)<br><br><br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Pugh / Cedric<br><br>182373<br>Elmore<br>D.O.B. ███████<br>ALLERGIES: 0915<br><br>Use Third    Date 2/24/06 | DIAGNOSIS (If Chg'd)<br>X Ray R) hand 2/27/06<br>Appt ē Dr. Chun 2/27/06 @ 1415<br>Motrin 600 mg po QID ē Puregesic ī po QID<br>(last dose KOP) X 10 days<br>Dc Lortab, Cont Keflex QID-last dose KOP<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Pugh, Cedric<br><br>182373<br>Elmore<br>D.O.B. ███████<br>ALLERGIES: 0945<br><br>Use Second    Date 2/23/06 | DIAGNOSIS (If Chg'd)<br>BMGS via DOC Van<br>Td 0.5 mg now Im<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Pugh, Cedric<br><br>182373<br>9 CE<br>D.O.B. ███████<br>ALLERGIES: N/A<br><br>Use First    Date 2/20/05 1056 | DIAGNOSIS<br>D/C HCTZ and Zantac Pt refuses<br>to take either<br>If patient has KOP, have him<br>return C Hill/p 2/11/05 0300<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Pugh, Cedric
#182373

D.O.B.
ALLERGIES: NKA

Use Last    Date 1/30/05

DIAGNOSIS (If Chg'd)    (1 of 2)
√ Eye exam w/ Dr. Bradford
√ OU 8x27 Broken
√ LA drip in house
HCTZ 25mg po ____ ____ x1000, S ___
BP √ 2x weekly x 4 weeks    D/C ____

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pugh, Cedric
#182373

D.O.B.
ALLERGIES: NKDA

Use Fourth    Date 10/4/05

DIAGNOSIS (If Chg'd)

MoL 600mg tid x 3 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pugh, Cedric
#182373

D.O.B.
ALLERGIES: NKA

Use Third    Date 8/10/05

DIAGNOSIS (If Chg'd)
D/C HCTZ

Noted 8/12/05
8/12/05  2948

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pugh, Cedric
#182373

D.O.B.
ALLERGIES: NKA

Use Second    Date 7/15/05

DIAGNOSIS (If Chg'd)    8/12/05
① BP qd x 14 days at ____
treatment time

② HCU visit 3-4 wk ⊖
recheck BP ____

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pugh, Cedric
182373

D.O.B.
ALLERGIES: NKDA

Use First    Date 5/18/05

DIAGNOSIS
HCTZ 25 mg 1 tab po 30 KOP 1st dose give now
BP qd x 3 mos  x 180 days
F/U 6 wks
CC - 3 mos
See prescriber sheet

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



## HEALTH SERVICES REQUEST FORM

Print Name: Cedric Pugh                           Date of Request: 9-9-03

ID#: 182373    Date of Birth: ▓▓▓▓▓▓▓    Housing Location: G-4-11-Top

Nature of problem or request: I'm requesting to see A doctor about my tooth. I had A feeling in my teeth and it came out. I can't eat on but one side of my mouth and when Air get to it. I need it fill or pull.

Cedric Pugh

Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: C/S

Objective: BP _____ P_____ R_____ T_____

Assessment: Request reviewed apt for 9-22 03

Plan:

P. Martt    DA    9-10 03

Refer to: ___ (A/Physician ___ Mental Health ___ Dental

Name Last Pugh, Cedric   First   Middle Initial   AIS # 182373   Stetson
Date ____   Allergies NKDA   Facility Hamilton
SIG.

Discontinue

Continue

Increase

Physician Signature:   Decrease

NC002

---

Name Last Pugh, Cedric   First   Middle Initial   AIS # 182373
Date 2-25-03   Allergies NKDA   Facility Hamilton
SIG.
B00 s 3 wk + 4
Ribavin 500 mg BID x 10   Noted 2/25/03
+ no lifting   @ 19
Physician Signature: B Helms cmp

Discontinue
Continue
Increase
Decrease

NC002

---

Name Last Pugh, Cedric   First   Middle Initial   AIS # 182373
Date 11-12-02   Allergies NKDA   Facility Hamilton
SIG.
Shine Project x 30   Noted AHS   Statum
4 142   1

Discontinue
Continue
Increase
Decrease

Physician Signature: B Helms cmp

NC002

---

Name Last Pugh, Cedric   First   Middle Initial   AIS # 182373
Date 6/17/02   Allergies NKDA   Facility Hamilton
SIG.
Pen V K 500 mg TID x 7 day   Noted
2xayt 250 mg TID x 7 day
Motrin 600 mg 10 x 7 day

Discontinue
Continue
Increase
Decrease

Signature:

NC002

Health Services Request Form

Inmate Name _Cedric Pugh_    Date of Request _2/24/03_

AIS No. _182373_    Date of Birth ▓▓▓▓▓    Housing Loc. _C3-33-Top_

Nature of problem or request _I'm requesting To see The Nurse. I'm having problem with my left Arm, When I Work out with about 225 pd or less, it hurt to move it around._

Sign here for consent to be treated by health staff for the condition described above. _Cedric Pugh_

Place this slip in Medical Box or designated area    FEB 24 2003

DO NOT WRITE BELOW THIS LINE    _Staton_

---

### Health Care Documentation

**Subjective:** _Work out 4x wkly - Always hurts p work out. - yes I've been adding salt to my Food_

**Objective:** BP $\boxed{144/104}$   P _80_   R _20_   T _97^2_   WT _205_
_ROM good c no crepitus af pain. Denies pain upon movement._

**Assessment:** _Alteration in Comfort_    2-25-03

**Plan:** _Review by MD_

Refer to:    PA/ Physician        Mental Health        Dental

**Education:** _Use Warm Pkts. q4° x 20 min. Use relaxing techniques
Take tyl. for pain. Stop work out 3 days. Start
Lifting lesser Amts. - No added salt to Food_

Protocol used: (specify) _____

Signature _S. Tarm_    Title _RN_    Time _____    Date _2-23-03_



## HEALTH SERVICES REQUEST FORM

Print Name: Cedric Pugh

ID#: 182373    Date of Birth: ▓▓▓▓▓    Date of Request: 11/8/02

Housing Location: C3-B-T

Nature of problem or request: I'm requesting to see the Noise. I can't SAVE with the SAVING powder or with the razer blAid. Cause they both broek Me out bad.

Cedric Pugh

Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

***************************************************************

## HEALTH CARE DOCUMENTATION

Subjective: Shaving Profile

Objective: BP 110/62 P 68 R 20 T 97⁴ wt 200 Pustules in groin Facial Hair

Assessment: Alteration Skin integrity    11·12·02

Plan: Shaving Profile

A.H. Smith, LPN    11/12/02

r to: ___ PA/Physician  ___ Mental Health  ___ Dental

# TRANSYSTEM TRANSFER, RM

## HEALTH STATUS

Transferring Facility: _____

Name: Reese          Cedric

Number: 182373          Race: B W H Other

Age: _____  Date of Birth: ▓▓▓▓▓▓          Sex: M F

Date: ___/___/___

Time: _____ AM PM

Food Handler Approved: Y / N

Allergies: _____

Current Acute Conditions/Problems: _____

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

    Acute Short-term Medications: _____

Chronic Long-term Medications: _____

    Chronic Psychotropic Medications: _____

Current Treatments: _____

Follow-up Care Needed: _____

Last PPD: _____ Results _____ mms          Last Physical: ___/___/___

Chronic Clinics: _____          Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____

Mental Health History/Concerns: _____  Glasses: _____  Contacts: _____

Substance Abuse: Y / N          Alcohol: Y / N          Drugs: Y / N

_____ Hx Suicide Attempt: Date: ___/___/___

_____ Hx Psychotropic Medication

_____ Previous Psychiatric Hospitalizations

Signature and Title _____  Date: ___/___/___

## TRANSFER RECEPTION SCREENING

Date: ___/___/___  Time: _____ AM PM

Receiving Facility: _____

S: Current Complaint: _____

Current Medications/Treatment: _____

_____

_____

O: Physical Appearance/Behavior: _____

_____

_____

Deformities: Acute/Chronic: _____

T ___ P ___ R ___ B/P ___/___

A: _____

_____

P: Disposition: (Instructions: Check or circle as appropriate)

_____ Routine, Sick Call

_____ Instructions Given

_____ Emergency Referral

_____ HIV/TB Instruction Given

_____ Physician Referral:

    Urgent / Routine

_____ Medication Evaluation

_____ Work/Program Limitation

_____ Special Housing

_____ Specialty Referrals

_____ Chronic Clinics

_____ Mental Health

_____ OTHER

Infirmary Placement

Other: _____

Signature and Title _____

CMS 7190

# NAPHCARE, INC.

## INTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring
Facility: BIBB

Date: 4-17-02
Time: 2:45 AM
Allergies NKA
Food Handler Approved   Y / N

Name Pugh, Cedric
AIS 180373
Age 21   Date of Birth ▓▓▓▓
Race B   Sex M

Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications- Name, Dosage, Frequency, Duration:
      Acute short term medications Ø

Chronic Long Term Medications Ø

      Chronic Psychotropic Medications Ø

Current Treatments: Ø
Follow up care Needed Ø

Last PPD 6-2-01   Results _____ mms Last Physical 08/1/01
Chronic Clinics Ø
Specialty Referals Ø
Significant Medical History Ø

Physical Disabilities/Limitations Ø
Assistive Devices/Prosthetics Ø   Glasses _____ Contacts _____
Mental Health History/Concerns Ø

Substance abuse Y/N   Alcohol Y/N   Drugs Y/N
Ø   Hx Suicide Attempt Date ___/___/___
Ø   Hx Psychotropic Medication
Ø   Previous Psychiatric Hospitalizations

Signature/Title/Date
M. Mill LPN

Transfer Reception Screening
Date 4/19/02 Time 4 am pm
S: Current complaint _____

Current medications/Treatments
_____
Ø
_____

O Physical Appearance/Behavior _____
Cooperative
Deformities: Acute/Chronic _____
T 98.6 P 70 R 18 B/P 120/80
A
_____
_____

P Disposition (Instructions: Check or
circle as appropriate)
_____ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
FHC

Signature/ Title:
A.H. Smith LP

NC 071

**NaphCare**

**PHYSICIAN PROGRESS NOTES**

Patient
Name _____ I.D. # _____ Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

CMSAL-001

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

| Transferring Facility: | Frank Lee |

Name: _Hugh Cedick_

Number: _183373A_          Race: (B) W  H  Other

Age: _____  Date of Birth: 9▓▓▓▓      Sex: (M) F

Date: _4/29/02_
Time: ___4___ AM PM
Allergies: _____NKA_____          Food Handler Approved: Y / N

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _____⌀_____

Current Medications - Name, Dosage, Frequency, Duration:
  Acute Short-term Medications: ____⌀____

Chronic Long-term Medications: _____

  Chronic Psychotropic Medications: ____⌀____

Current Treatments: _____
Follow-up Care Needed: _Physical_

Last PPD: _6/6/00_  Results _⌀_ mms          Last Physical: _6/6/00_
Chronic Clinics: _____          Specialty Referrals: _____

Significant Medical History: ____⌀____

Physical Disabilities/Limitations: ____⌀____
Assistive Devices/Prosthetics: _____   Glasses: _____   Contacts: _____
Mental Health History/Concerns:
Substance Abuse: (Y) / N      Alcohol: (Y) / N      Drugs: (Y) / N
____/ Hx Suicide Attempt:  Date: ___/___/___
____/ Hx Psychotropic Medication
____/ Previous Psychiatric Hospitalizations

Signature and Title: _A.H. Smith RN_   Date: _4/29/02_

=======================================================

**TRANSFER RECEPTION SCREENING**

Date: ___/___/___   Time: _____ AM PM
| Receiving Facility: | |

**S:** Current Complaint: _____

  Current Medications/Treatment: _____
_____
_____
_____

**O:** Physical Appearance/Behavior: _____
_____
_____
_____

  Deformities: Acute/Chronic: _____
_____

T ___ P ___ R ___ B/P ___/___

**A:** _____
_____

**P:** Disposition: (Instructions: Check or circle as appropriate)
____ Routine, Sick Call
  Instructions Given
____ Emergency Referral
____ HIV/TB Instruction Given
____ Physician Referral:
  Urgent / Routine
  ____ Medication Evaluation
  ____ Work/Program Limitation
  ____ Special Housing
  ____ Specialty Referrals
  ____ Chronic Clinics
  ____ Mental Health
  ____ OTHER
____ Infirmary Placement

Other: _____

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Pugh Cedric_     I.D. # _182373_     Institution _Bibb_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/09/ | 5⁴³ | New Intake screen done — | E Sm |
| 4-17-02 | | Rec'd @ stter (cell Smeds Vol 1 50Ehlman | |
| 4-29-02 | — | To Hamilton We Vol. I of I sent | P Mundial |
| 6-13-02 | | Rec'd @ stter (Staton Smeds Vol I 50Ehlman | |
| 5-18-5 | | WT 220 BP 144/78 P 7c R19 T97% O₂ 98% | |
| | | Cll Flu — | G Cal LPN |

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: *WDC 4*

Name: *Pugh, Cedric*

Number: *182373*    Race: B W H Other

Date: *10/9/01*

Age: _____    Date of Birth: ████    Sex: M F

Time: *0400* AM PM

Allergies: *NKA*    Food Handler Approved: Y N

Current Acute Conditions/Problems: _____ ∅

Chronic Conditions/ Problems: _____ ∅

Current Medications - Name, Dosage, Frequency, Duration:

    Acute Short-term Medications: _____ ∅

Chronic Long-term Medications: _____ ∅

    Chronic Psychotropic Medications: _____ ∅

Current Treatments: _____ ∅

Follow-up Care Needed: _____

Last PPD: *6/2/00*    Results *NR* mms    Last Physical: *6/2/00*

Chronic Clinics: _____ ∅    Specialty Referrals: _____ ∅

Significant Medical History: _____ ∅

Physical Disabilities/Limitations: _____ ∅

Assistive Devices/Prosthetics: _____ ∅    Glasses: _____    Contacts: _____

Mental Health History/Concerns:

Substance Abuse: Y / N    Alcohol: Y / N    Drugs: Y / N

    Hx Suicide Attempt:  Date: ___/___/___

    Hx Psychotropic Medication

    Previous Psychiatric Hospitalizations

*E Stubbs LPN*
Signature and Title    Date: *10/9/01*

===========================================================

**TRANSFER RECEPTION SCREENING**

Date: *10/09/01*    Time: _____ AM PM

Receiving Facility: *Ventress*

**S:** Current Complaint: _____ ∅

**P:** Disposition: (Instructions: Check or circle as appropriate)

    ✓ Routine, Sick Call

Current Medications/Treatment: _____ ∅

    ___ Instructions Given

    ___ Emergency Referral

    ___ HIV/TB Instruction Given

    ___ Physician Referral:

    Urgent / Routine

**O:** Physical Appearance/Behavior: _____

*Tatoos to Both arms Chest*
*& Back. R. old heal in Back*
*stab wound to R & abd*

Deformities: Acute/Chronic: *Gun shots to*
*L & arm, R & old stab surg wound abd*

    ___ Medication Evaluation

    ___ Work/Program Limitation

    ___ Special Housing

    ___ Specialty Referrals

    ___ Chronic Clinics

    ___ Mental Health

    ___ OTHER

    ___ Infirmary Placement

T ___  P ___ / R ___  B/P ___ / ___

**A:** *New Intake*

Other: _____

*E. Smith*
Signature and Title

CMS 7190

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Pugh Cedric_ | AIS# _182373_ |
|---|---|
| DATE_4-13-99_ | FACILITY _Bff_ |
| SIG.  Motrin 600  ī ƚ ꞵ x 3days | DISCONTINUE  CONTINUE _noted 4-13-99 3kromins_  INCREASE  DECREASE |
| Physician Signature: | |

| NAME _Pugh, Cedric_ | AIS# _1823 73_ |
|---|---|
| DATE_4/2/99_ | FACILITY_BIBB BENT CF_ |
| SIG.  Pen VK 500mg ƚ ꞵ x 7days  Motrin 600 mg BID ꝑo x 3days | DISCONTINUE  CONTINUE _noted 4/2/99 3:05_  INCREASE  DECREASE _J Paxton RN_ |
| Physician Signature: _Dr West/Pringle, RN_ | |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Pugh Cedric    I.D. # 182373    Institution Bibb Co.

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/13/06 | (P) | seen by dentist c N/D received / processed @ this time | |
| | | for pain needs P visit. | A Kimmer, LPN |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pugh, Cedric    182373 | D.O.B.: |
|---|---|---|

3/15/06  20 y/o Pt re: ✓ hand

Ⓢ Pt c̄ complaint. today X itchy + swelling of
     face

Ⓞ alrt NAD
     mild swelling of eyelids
     3rd degree Ⓡ hand healing well

Ⓐ —3rd degree healing
     —possible allergic reaction to food    2nd to Benadryl

Ⓡ —D/c Bactrim
        cont Rifampin
        call today

4/12/06  Reviewed radiology report dated 3/14/06
that revealed distal tuft fracture of Ⓡ
middle finger. Pt seen by Dr. Chung.
Awaiting approval of UM, will refax UM.
Pt currently being followed by Dr. Pleasant.
Will schedule f/u appt c̄ Dr. Pleasant re
X ray. —————————— A. Robinson CRA

5/1/06  20 y/o Pt re: f/u Ⓡ x-ray
     Ⓢ Pt c̄ h/o hand injury caught in head grate
        Pt c/o being some discharge from finger
     Ⓞ Partial amputation of Ⓡ middle finger
        c̄ fracture of (distal) c̄ dysphemia of
        of present =
                                      over.

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 5/1/06 | Wound c fresh tissue forming, no odor | |
| | & drainage | |
| | (A) (R) middle finger injury c hld change | |
| | (P) nightly | |
| | (e) call c & drainage | |
| 5/31/06 | John Roe re finger | |
| 5/31/06 430 | Noll you FWA 98⁴ 130/70 20 80 —— AH Smith LPN | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Baptist So. Hospital_
(Agency)
_Southern Blvd_
(Address)
_Montgomery, Al._

From: _Elmore Corr. Center_
(Institution)
_P.O. Box 56, Elmore, Al. 36025_
(Address)
_(334) 567-1548_
(Telephone)

Inmate's Name: _Pugh, Cedric_

a/k/a: _____

D.O.B.: ▓▓▓▓▓  SS #: ▓▓▓▓▓

**Person Completing Form**

Name: _D. Austin hpw_

Signature: _L Austin hpw_

Date: _02/23/06_

---

**MEDICAL PROBLEM(S):**

(L) hand caught in mixer.
3rd finger (R) hand c 140
side missing

**TREATMENTS/MEDICATIONS:**

Irrigation
pressure dsg.

---

**Allergies:** NKA

**Pregnant:** Yes (No) Unknown

**Other Lab Data:**

| | | | | |
|---|---|---|---|---|
| TB Skin Test: | (NEG) | POS | Date | 10/12/00 |
| CXR: | NEG | POS | Date | 05/18/05 |

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR | NEG | POS | Yes No | 10/27/05 |
| VDRL | NEG | POS | Yes No | |
| GC: | NEG | POS | Yes No | |
| Other: | HIV, RPR | | Yes No | 10/27/05 Neg. |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

Elmore

| ADMISSION DATE 2/23/06 | TIME 940 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98² | ORAL RECTAL | RESP. 20 | PULSE 76 | B/P 124/76 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S – 11 "I got my finger caught in the mixer!!"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O – Has 1/3 of outer aspect of ring finger on (R) hand, missing. Mod amt of bleeding noted to area.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| A – body chart per DOC request. Given Mottin 800mg Rx Cogesic ? | 7/8/06 2/23/06 915A | |
| P – (1) area cleansed and bandage Tetnus Given in (2) Transported to Baptist South (L) Deltoid ER per DOC van | 7/8/06 2/23/06 915A | |

**DIAGNOSIS** Injury to (R) ring finger

**INSTRUCTIONS TO PATIENT** RTC as needed

| DISCHARGE DATE 2/23/06 | TIME 10⁰⁰ AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSES SIGNATURE | DATE 2/23/06 | PHYSICIAN'S SIGNATURE 2/22/06 | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Pugh, Cedric | DOC# 182373 | DOB | R/S B/M | FAC Elmore |
|---|---|---|---|---|



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pugh, Cedric | D.O.B.: ████████ |
|---|---|---|

8/12/05 — 20YO CP re: f/u B/P

8/2 — B/P 138/66

BP log 130-140/80 to low 90s

Pt denies family Hx. Non smoker

Pt Does not want to take BP Meds

O. A & O 3

A. Borderline HTN

P. Counseled about HTN + de sequalae

Pt will focus on Diet/exercse

F/U PRN

---

2/24/06 — Tu HCP Pw evcl: 132/98, 97⁵, 99, 97%

---

2/27/06 — Back from FWA 98² P 67 R 16 O2 98%

3³⁵pm — 138/98 no complaints voiced — K Jonez LPN

(S) Return fm FWA c̄ Dr. Chung

for (R) hand injury

(R) surgical debridmt + graft

recommended fm (R)

middle finger — Skin

graft fm groin

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

3/2/06 — Returned from FWA: V/S 142/98, 20, 90, 984

@ FWA c̄ Dr. Chung for debridement of
of R̂ index finger

© finger in dressing

Ⓐ Debridement of R̂ index finger
℞ To MOU @ 24°
For c̄ Dr. Chung in 2wk / [signature]
c̄ X-ray of R̂
hand.

3/13/06 — M.O.U. Return from FWA R.E.: R̂ middle finger
10:50AM T 98.5, P 84 O₂sat 97/90 13½/97 S. Taylor CPN

FWA c̄ Dr. Chung

③ Partial amputation of R̂ middle finger
Review — stitches removed
Wound care
F/U visit in 3wk [signature]
c̄ Dr. Chung

**PHS**

*Elmore*

## Nursing Evaluation Tool:

**Abscess / Boil(s)**

Facility: ~~Staton~~ Correctional Facility

Patient Name: _Pugh_          _Cedric_
                    Last          First          MI

Inmate Number: _182373_     Date of Birth: ▓▓▓▓▓▓

Date of Report: _03_/_28_/_06_          Time Seen: _754_  **AM**/ PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): _My finger is still draining + I still have_

Onset: _Pain 02/23/06_

History: _Meat Grinder on 02/23/06_
(Continue on back if necessary)

Drainage: ☑No ☐ Yes    History of Diabetes? ☑No ☐ Yes    Recent hospitalization? ☐ No ☑ Yes _Last Week._  ☐ Check Here if additional notes on back

Contact with MRSA infected patients? ☐ No ☑ Yes    Previous diagnosis or treatment for MRSA? ☑ No ☐ Yes

**Objective:** Vital Signs: (As Indicated) T: _97.6_  P: _68_  RR: _18_  B/P: _130_ / _74 wgt 21_

Abscess Description: ☑Tense  ☐ Fluctuant  ☐ Drainage (Sample of Drainage Obtained for Culture?) ☐ YES ☑NO
Check all that apply

Size(measurement) of Abscess: _∅_          Location of Abscess: _∅_

☐Additional Examination: _∅ drainage c̄ present. Loss of part of (R) middle_
(Continue on back if necessary)
_finger noted. dried but slight infection noted. c̄w pain._

**Assessment:** (Referral Status)          ☐ Check Here if continued on back

☐ **Referral NOT Required**          Preliminary Determination(s): _____

Referral may not be required if the following parameters have been met:
(1) Small, Non-fluctuant abscess (2) No drainage/pus (3) Afebrile **and** (4) Patient is not HIV+ or a diabetic.

☑ **Referral Required** due to the following: (Check all that apply)
☐ Febrile          ☐ Presence of inflammation / edema of surrounding area    ☐ Drainage   ☐ Diabetes
☐ Recurrent Complaint (More than 2 visits for the same complaint)  ☐ Other (Describe): _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Dry, sterile, dressing applied.
☐ Obtain sample of drainage for culture and sensitivity if significant or persistent infection exists
☐ Instruct patient to apply warm compresses x 20 minutes 2-4 times daily.
☐ Contact isolation (not required if lesion is small, easily covered, and inmate understands and is compliant.
          Required for: Any inmate who is unable/unwilling to understand follow-up management or who is non-compliant with active therapy.
          Any inmate with a large abscess, boil, or draining lesion that cannot be adequately covered and kept clean and dry.
☐ Education. The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should
          do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Report made to security and infection control team regarding possible MRSA.  ☐ Entry made in MRSA log of potential case.
☐ Instructions to return if condition worsens.
☑ Other: _Was in MOU for finger_
          (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _WCP_          Date for referral: _03_/_28_/_06_
                                                                    MM  DD  YYYY

Referral Type: ☐Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _D Austin Lpn_          Name: _D Austin Lpn_          _Austin Lpn 388_
    Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Cedric Pugh                Date of Request: 3-26-06

ID # 182373                Date of Birth: ▉▉▉ Location: B2-146-

Nature of problem or request: I'm requesting to see the doctor about my injured finger. They took me off medication but I'm still in pain and my finger's still draining. Thanks

Cedric Pugh
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 03/27/06

Time: _____ (AM) PM

Allergies: NKA

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 3-27-06              │
│ Time: 1100 pm             │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S):**   T: 97.6    P: 68    R: 18    BP: 130/74    WT: 216

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:    ROUTINE (✓)    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY
*Elmore*

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 3/14/06 | 2125 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ SICK CALL  ☐ EMERGENCY | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

VITAL SIGNS: TEMP ___98⁸___ ORAL/RECTAL   RESP. _20_   PULSE _80_   B/P _ /R P_   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- Yesterday my face started itching - Started around my (R) eye" "I scratched the child off under my eye" "my face started swelling and itching" - "I've been itching ever since I started the new medicine"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- A+O x 3  &SOB  skin w/d to touch face noted to have small amounts puffiness around eye area - small raised flesh colored papules noted to cheeks and forehead. Small abrasion to corner inner corner (R) eye. Sclera red & purulent drainage.

A- Outralive in comfort

P- MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| See today | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  ✓ pill call for Medication Order

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 3/14/06 | 2140 AM/PM | ☑ DOC  ☐ AMBULANCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| A. Mullican RN | 3/14/06 | A. Kasituu | 3/14/06 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Dunlap, Cedric | 182373 | | B/m | Ecc |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Elmore*

Pugh, Cedric          **PROGRESS NOTES**

| Date/Time | Inmate's Name: Pugh, Cedric   # 182373   D.O.B.:   /   / |
|-----------|-----------------------------------------------------------|
| 0012 | S: "The nurse who did the treatment says my finger doesn't look good. Will the Doctor check it in the morning? She put a new dressing on it." |
| | O: Awake in bed. Low fowlers position. Dressing to Rt finger clean, dry, intact. Skin W/D. RRE = ease. A+O x 3. T 98³ P 85 R 20 BP 120/84 O₂ Sat 98%. |
| | A- Alteration in skin integrity and comfort. |
| | P- Continue POC. ————— G Johnson RN |
| 3/7/06 | S: "I feel like I've got indigestion. It might be." |
| | O: A+O x 3. Resp c ease. Skin W/D to touch. C/O indigestion. IV NS infusing in left hand s difficulty @ 100cc/hr. Antacid, Tylenol PO given |
| | A: alt in comfort |
| | P: cont c POC ————— C Aug RN |
| | S: "I pull the IV so I could take care of myself." |
| | O: "IV to left hand out per inmate. MD notified. Orders received to restart IV. RN Johnson attempted x 2 s success. — CHN |
| | A: alt in health maintenance / comfort |
| | P: cont c POC ————— C Aug RN |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_     Date of Request: _8-4-05_
ID # _182373_     Date of Birth: ▮▮▮    Location: _B2-141-Top_
Nature of problem or request: _I'm requesting to get A Fellow up on my ~~profile~~ shaving profile. It about to exsprie on the 22nd of this Month._

_Cedric Pugh_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _8/4/05_
Time: _2/00_
Receiving Nurse Intials _SM_

_Sick Call_

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:** No show 08/05/05

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_D Austin_
*SIGNATURE AND TITLE*

TE:   INMATES MEDICAL FILE
LOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: _____ | NKA |

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
- ☐ Population
- ☐ Infirmary
- ☐ Isolation

RELEASED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM
RELEASE FROM:
- ☐ Infirmary   ☐ Segregation
- ☐ Population   ☐ Mental Health
- ☐ Other _____

RELEASE TO:
- ☐ DOC   ☐ Infirmary   ☐ Mental Health
- ☐ _____
Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKA

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading _____

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | _____ | ☐ | ☐ | Wears Glasses/Contacts | ☐ | ☐ |
| Urinalysis | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☐ |
| | | | | Hearing Aide | ☐ | ☐ |
| | | | | Other Prosthesis | ☐ | ☐ |

Recieving Nurse _C. Hell___

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | |
|---|---|---|
| HCTZ 25mg : po. qd | MEDICATIONS | ☐ Sent w / inmate  ☐ Not sent w / inmate |
| | X-RAY FILM | ☐ Sent w / inmate  ☐ Not sent w / inmate |
| Zantac 150mg ÷ po. bid. | HEALTH RECORD | ☐ Sent w / inmate  ☐ Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☒ Received | ☐ Not Received |
| X-RAY FILM | ☐ Received | ☒ Not Received |
| HEALTH RECORD | ☒ Received | ☐ Not Received |
| CHART REVIEWED | ☒ YES | ☐ NO |

Received by: _____

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Signature of Receiving Nurse _C. Hell___
Date 6/23/06 Time: 2830 AM/PM

FOLLOW-UP CARE NEEDED       Date       Time       With Whom - - Location (Sending Nurse)       Date/Appt. Made w/Whom (Rec. Nurs

- ☐ Medical   ☐ Dental   _____
- ☐ Mental Health   _____

| HISTORY (Noted from health record documentation) | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

| STATUS | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT
_____

| SKIN (Noted from inmate assessment) | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

INTAKE

Sick Call Procedures Explained ___ CB___
Height   6'2
Weight   210
Blood Pressure   138/80
Temperature   986
Pulse Resp.   80/22
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)       Date

Signature of Intake Screening Nurse (Receiving Nurse) _C. Hell___   6/23/06

INMATE NAME (LAST, FIRST, MIDDLE)   DOC#   DOB   Race/Sex   FAC



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: _Pugh, Cedric_ | D.O.B.: |
|---|---|---|
| 6/21/05 11⁰⁰A | R'cvd ECC/SHCU val. I & I Ø meds ——— C. Hall, m. | |
| 08/05/05 | Ø show, sick call ——— Austin, Lp.— | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_  Date of Request: _5-18-05_
ID # _182373_  Date of Birth: ▓  Location: _F1-41-Top_
Nature of problem or request: _I Need To see The Doctor Seon_
_As possible. I am having some type of bumps_
_growing out of my head, Also my Back is hurting, my Elbo is_
_too, Also I Need A tooth pull._

_Cedric Pugh_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _6/4/05_
Time: _12:05 AM_ PM
Allergies: _NKA_

RECEIVED
Date:
Time: MAY 1 8 2005
Receiving Nurse Intials _WB_

**(S)ubjective:**

Warts on my head

**(O)bjective**   (V/S): T: _970_  P: _66_  R: _18_  BP: _130/92_  WT: _205_

C/O small non-discolored bumps to shoven scalp.

**(A)ssessment:**

Altered skin integrity.

**(P)lan:**

Refer chart for MD eval.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One:  ROUTINE ( / )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____ RN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_                Date of Request: _4-13-04_
ID # _182373_                Date of Birth: ▮▮▮▮    Location: _D3-46-13_
Nature of problem or request: _Im requesting to see the Nurse_
_ASAP._

_Cedric Pugh_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/13/05_
Time: _13⁰_    (AM) PM
Allergies: _NKOA_

RECEIVED
Date
Time:    APR 13 2005
Receiving Nurse Intials _____

**(S)ubjective:** I need something for cold

**(O)bjective** (V/S): T: _98.2_   P: _70_   R: _20_   BP: _128/98_   WT: _216_
Nasal drainage
Dry cough Non productive
lungs clear
**(A)ssessment:**

**(P)lan:** See MD orders

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( ✓ )
Was MD/PA on call notified:   Yes ( )   No ( ✓ )

_C Childrey L_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_     Date of Request: _4-13-04_

ID # _182373_     Date of Birth: ▓▓▓   Location: _D3-46-B_

Nature of problem or request: _I'm requesting to see the Nurse._
_ASAP._

_Cedric Pugh_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/13/04_

Time: _130_   AM (PM)

Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I need something for cold_

**(O)bjective**   **(V/S):** T: _98.2_   P: _70_   R: _20_   BP: _128/98_   WT: _216_

_Nasal drainage_
_Dry cough Non productive_
_lungs clear_

**(A)ssessment:**

**(P)lan:** _See MD orders_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( √ ) EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )   No (√)

    Was MD/PA on call notified:   Yes ( )   No (√)

_CC Wildness_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_     Date of Request: _12-22-04_

ID # _182373_     Date of Birth: ▮▮▮    Location: _D3-46-B_

Nature of problem or request: _I'm requesting to get A follow up on A saving profile._

_Cedric Pugh_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _12/22/04_
Time: _2300_   AM / **PM**
Allergies: _NKA_

RECEIVED
Date
Time   DEC 2 2 2004
Receiving Nurse Intials

**(S)ubjective:** _I need A Sheve Profile. Renewed_

**(O)bjective (V/S): T:** _98_   **P:** _108_   **R:** _20_   **BP:** _100/hr_   **WT:** _205_

_BM A + O X3. QSIS ⊙ Distres MAE's well_
_Skin W + O. Doin Discolor~ Sheve Prob_

**(A)ssessment:** _Alt ⊙ Comfort 2° to Shaving_

**(P)lan:** _Sleve Profile._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No (✓)
    Was MD/PA on call notified:   Yes ( )   No (✓)

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_    Date of Request: _6-16-04_
ID # _182373_    Date of Birth: ▮▮▮▮    Location: _D3-46-T_
Nature of problem or request: _I'm requesting to see the Nurse_
_soon As possible. I Need to get A profile_
_for shaving. I can't shave with out A profile._
_Razer And shaving powder Bump me up._
_Cedric Pugh_
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/21/04_
Time: _12:16_ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _2D_ |

**(S)ubjective:** _#I've chronic Rash to face caused by shaving_
_with Razor & request Shave profile_

**(O)bjective** (V/S): T: _98.7_  P: _64_  R: _20_  BP: _36/8_  WT: _20_

_Inmate has visible Kollicuritis to facial areas_

**(A)ssessment:** _Alt Skin integrity_

**(P)lan:** _Request Shave Profile_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( ✓ )
        Was MD/PA on call notified:   Yes ( )   No ( ✓ )

_____   _6/22/04_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_     Date of Request: _6-16-04_

ID #: _182373_     Date of Birth: ▓▓▓▓     Location: _D3-46-7_

Nature of problem or request: _am requesting to see the nurse_
_now as possible. I need to get a profile_
_for shaving. I can't shave with out a profile._
_Razor Ahld shaving points. Bump me up._

_Cedric Pugh_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/21/04_
Time: _12:10_ AM PM
Allergies: _NKA_

┌─────────────────────────┐
│        RECEIVED         │
│  Date:                  │
│  Time:                  │
│  Receiving Nurse Intials _JD_ │
└─────────────────────────┘

**(S)ubjective:** _"I've chronic Rash to face caused by Shavg_
_with Razor & request Shav prf 36"_

**(O)bjective** (V/S): **T:** _98.7_  **P:** _64_  **R:** _20_  **BP:** _118/81_  **WT:** _20_

_Inmate has visible folliculitis to facial areas_

**(A)ssessment:** _Alt Skin integrity_

**(P)lan:** _Request Shav Profile_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( ✓ )
Was MD/PA on call notified:   Yes ( )   No ( ✓ )

_Andrea LPN_     _6/22/04_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_          Date of Request: _6-14-04_

ID # _182373_          Date of Birth: ▮▮▮▮ Location: _D3-46-ToP_

Nature of problem or request: _I'm requesting to see the nurse once Again out of two request slip. I Still haven't being seen. I need to see the Nurse About A shaving profile And the dentis About getting my tooth pulled._

_Cedric Pugh_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date
Time: JUN 15 2004
Receiving Nurse Initials

**(S)ubjective:**

NO Show

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_  Date of Request: _6-14-04_
ID # _182373_  Date of Birth: ▮▮▮▮ Location: _D-26 Top_
Nature of problem or request: _I'm requesting to see the nurse_
_once again out of tub request slip. I still haven't_
_being seen. I need to see the nurse about a shaveing_
_profile and the dents about getting my tooth pulled._
                              _Cedric Pugh_
                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

                    NO Show

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Cedric Pugh_         Date of Request: _6-8-04_
ID # _182373_                Date of Birth: ▮▮▮▮  Location: _D3-46-Top_
Nature of problem or request: _I'm requesting to see the Nurse._
_I need to get A profile. I can't shave with_
_A Razer or shave powder without Bumping_
_up real Bad. Thank You._

_Cedric Pugh_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Time:
JUN 0 9 2004
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**          NO
Show

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_     Date of Request: _6-8-04_
ID # _182373_    Date of Birth: ▓▓▓▓ Location: _D3-467oD_
Nature of problem or request: _I'm requesting to see the Nurse_
_I need to get A profile I can't shave with_
_A Razor or shave potter with out Bumping_
_up real Bad. Thank You._

                 _Cedric Pugh_
                       Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**      NO Show

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                          CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

_____
                 SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _Kcf_ | Institution: _K._ | _NKDA_ |
| Date: _3/16/04_ Time: _16 40 P_ AM/PM | Date: ___ Time: ___ AM/PM | **PHYSICAL EXAMINATION** |
| RECEIVED FROM: | RELEASE FROM: | Date of last exam: _5/9/03_ |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_KCC_

RELEASE FROM:
- [ ] Infirmary  [ ] Segregation
- [ ] Population  [ ] Mental Health
- [ ] Other ___

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASE TO:
- [ ] DOC  [ ] Infirmary  [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: _5/9/03_
Chest X-Ray Date: ___ Result ___
PPD Reading _5/11/03_
Classification: ___
Limitations: ___

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | _5/7/02_ | [ ] | [ ] | Wears Glasses/Contacts | [ ] | [✓] | |
| Urinalysis | _3/7/02_ | [✓] | [ ] | Dental Prosthesis | [ ] | [✓] | |
| | | | | Hearing Aide | [ ] | [✓] | _Celenda Tyrec L_ |
| | | | | Other Prosthesis | [ ] | [✓] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: _Kcf_ | | |
| | Date _3/16/04_ Time: _16 40 P_ AM/PM | |
| MEDICATIONS | [ ] Received | [✓] Not Received |
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |
| Received by: _Celenda Tyree lr_ | | |
| Signature of Receiving Nurse | | |
| Date _3/16/04_ Time: _16 40 P_ AM/PM | | |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: ___ LAST CLINIC: ___

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurs
- [ ] Medical  [ ] Dental    ___    ___    ___    ___
- [ ] Mental Health    ___    ___    ___    ___

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No | NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | | SKIN | Open Sores | | | ✓ | Sick Call Procedures Explained | _Yes_ |
| | Mental Illness | | | | Lice | | | ✓ | Height | _6'2"_ |
| | Suicide Attempt | | | | Edema | | | ✓ | Weight | _215_ |
| | Chronic Care | | | | Warm & Dry | | ✓ | | Blood Pressure | _130/8_ |
| | | | | | Cool & Moist | | | | Temperature | _98.4_ |
| STATUS | Special Diet | | | CONDITION | Alert | | ✓ | | Pulse Resp. | _84  2_ |
| | Appearance | | | | Oriented | | ✓ | | Other | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Uncooperative | | | | | |
| | | | | | Depressed | | | | | |

Signature of Nurse Completing Assessment (Sending Nurse)    Date

_Celenda Tyree lr_    _3/16/04_
Signature of Intake Screening Nurse (Receiving Nurse)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Pugh, Cedric_ | _182373_ | | _B_ | _KCF_ |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: MCWC

Date: 1/31/04  Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
Elmore

RECEIVING MEDICAL STATUS

[X] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: Elmore

Date: 1/29/04  Time: 225  AM/(PM)

RELEASE FROM:
[ ] Infirmary    [ ] Segregation
[X] Population   [ ] Mental Health
[ ] Other

RELEASE TO:
[ ] DOC    [ ] Infirmary    [ ] Mental Health
[X] Montgcwc
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKA

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading  5-11-03   ∅

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

|  | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 5-7-02 | [ ] | [ ] |
| Urinalysis | 5-7-02 | [X] | [ ] |
|  |  | [ ] | [ ] |

|  | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [X] |
| Dental Prosthesis | [ ] | [X] |
| Hearing Aide | [ ] | [X] |
| Other Prosthesis | [ ] | [X] |

*Katie Baily*
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

MEDICATIONS    [ ] Sent w / inmate   [X] Not sent w / inmate
X-RAY FILM     [ ] Sent w / inmate   [X] Not sent w / inmate
HEALTH RECORD  [X] Sent w / inmate   [ ] Not sent w / inmate
Released to: Montg cwc

Date: 1-28-04   Time: 225   AM/(PM)

MEDICATIONS    [ ] Received   [ ] Not Received
X-RAY FILM     [ ] Received   [ ] Not Received
HEALTH RECORD  [X] Received   [ ] Not Received
CHART REVIEWED [X] YES        [ ] NO
Received by *Katie Baily*
Signature of Receiving Nurse
Date: 1/31/04   Time: _____ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____   LAST CLINIC: _____

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nur |
|---|---|---|---|---|
| [ ] Medical   [ ] Dental | | | | |
| [ ] Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | [X] |
| | Mental Illness | | [X] |
| | Suicide Attempt | | [X] |
| | Chronic Care | | [X] |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | [X] |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | [X] |
| | Lice | | [X] |
| | Edema | | [X] |
| | Warm & Dry | [X] | |
| | Cool & Moist | | [X] |

| CONDITION | | | |
|---|---|---|---|
| | Alert | [X] | |
| | Oriented | [X] | |
| | Uncooperative | | [X] |
| | Depressed | | [X] |

INTAKE

Sick Call Procedures Explained   yes

Height   5'11"

Weight   213

Blood Pressure   120/83

Temperature   98.5

Pulse Resp.   76-19

Other   _____

*Manuel Lou* 1/29/04
Signature of Nurse Completing Assessment (Sending Nurse)    Date

*Katie Baily*    1/31/04
Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Pugh, Cedric | 182373 | [blacked out] | B/M | ECC |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**



# Physician's
# Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|------|------|-----------------------------------|
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |
|      |      |                                   |

| Name - Last | First | Middle | Inmate No. |
|-------------|-------|--------|------------|
| Pugh, Cedric |     |        | 182373     |

# Physician's Progress Notes ☐ Continued on Reverse

NC0