# RASYSTEM TRANSFER ...M

DEFENDANT'S EXHIBIT
A-2

## HEALTH STATUS

Transferring Facility: Bibb

Name: Pugh, Cedric

Number: 182373    Race: (B) W H Other

Date: 10/5/99

Age: 23    Date of Birth: ▓▓▓▓    Sex: (M) F

Time: 0900 (AM) PM

Allergies: _____    Food Handler Approved: (Y) N

Current Acute Conditions/Problems: ___ None ___

Chronic Conditions/ Problems: ___ None ___

Current Medications - Name, Dosage, Frequency, Duration:

  Acute Short-term Medications: ___ None ___

Chronic Long-term Medications: ___ None ___

  Chronic Psychotropic Medications: ___ None ___

Current Treatments: _____

Follow-up Care Needed: _____

Last PPD: 7-1-99    Results 0 mms    Last Physical: 6/29/99

Chronic Clinics: None    Specialty Referrals: None

Significant Medical History: Has 0 medical problems or c/o @ this time

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: None    Glasses: No    Contacts: No

Mental Health History/Concerns:

Substance Abuse: Y / N    Alcohol: Y / N    Drugs: Y / N

  0    Hx Suicide Attempt: Date: _/_/_

  0    Hx Psychotropic Medication

  0    Previous Psychiatric Hospitalizations

Signature and Title: P Simmy LPN    Date: 10/5/99

## TRANSFER RECEPTION SCREENING

Date: 5/19/00    Time: ___ AM PM

Receiving Facility: Donaldson

S: Current Complaint: none

Current Medications/Treatment: none

O: Physical Appearance/Behavior: normal

Behavior: calm - cooperative

Deformities: Acute/Chronic: _____

T 91⁸ P 7 R 110 B/P 110/70

A: SPO₂ 97%

P: Disposition: (Instructions: Check or circle as appr

  ___ Routine, Sick Call
  ___ Instructions Given
  ___ Emergency Referral
  ___ HIV/TB Instruction Given
  ___ Physician Referral:
  ___ Urgent / Routine
  ___ Medication Evaluatio
  ___ Work/Program Limita
  ___ Special Housing
  ___ Specialty Referrals
  ___ Chronic Clinics
  ___ Mental Health
  ___ OTHER
  ___ Infirmary Placement

Other: _____

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: **VENTRESS**

Name: Pugh Cedric
Number: 1802'373    Race: (B) W H Other
Age: 23    Date of Birth: ▮▮▮▮    Sex: (M) F

Date: 10.29.98
Time: _____ (AM) PM    Food Handler Approved: Y / N
Allergies: NKA
Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø
Follow-up Care Needed: Ø

Last PPD: 7-30-98 Results Ø mms    Last Physical: 2/30/98
Chronic Clinics: Ø    Specialty Referrals: Ø

Significant Medical History: Ø

Physical Disabilities/Limitations: Ø    Glasses: Ø    Contacts: Ø
Assistive Devices/Prosthetics: Ø
Mental Health History/Concerns:
Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: (Y) N
_____ Hx Suicide Attempt  Date: /  /
_____ Hx Psychotropic Medication    N. Burks, R ___ Date 10.29.98
_____ Previous Psychiatric Hospitalizations    Signature and Title

## TRANSFER RECEPTION SCREENING

Receiving Facility: BBCF ✓

Date: 10/29/98 Time: 1720 AM (PM)
S: Current Complaint: None

Current Medications/Treatment:
None    192H

O: Physical Appearance/Behavior:
(-) aur (-) aur tatos

Deformities: Acute/Chronic: _____

T 99.4 P 84 R 20 B/P 140/82
A: New inmate screen

P: Disposition: (Instructions: Check or circle as appropriate)
_____ Routine. Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
_____ Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing .
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Other:
_____
Signature and Title

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Pugh, Cedric_      I.D. # _182373_      Institution _VCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-19-98 | | See dental record. Advil 200 mg #tt tid x 5 days | |
| | | Noted 2-1998 CDavimyLPN | |

FORM #7113 8/94

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Pugh, Cedric_    I.D. # _182373_    Institution _VCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-04 | | Rec'd DUF | |
| 2/20/98 | 1300 | S- "I need a shaving profile. My face breaks out." | |
| | | O- B/M to HCU requesting shaving profile. Slight facial irritation noted č any blisters. | |
| | | A - Impaired Skin Integrity | |
| | | P - Shaving profile denied —J.N.____(RN) | |

FORM #7113 8/94

**CORRECTIONAL MEDICAL SYSTEMS**
**HEALTH SERVICES REQUEST FORM**

RECEIVED
FEB 05 1998
By_____

Print Name: Cedric Pugh _____ Date of Request: 2-05-98

ID #: 182373 _____ Date of Birth: ▇▇▇▇ _____ Housing Location: 6A-27T

Nature of problem or request: I need to get Something for Shaving bumps, I've tried razors and shaving powder And both of the m. Break me out it's very irratating Thank You

I consent to be treated by health staff for the condition described.

_Cedric Pugh_
**SIGNATURE**

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: "I need a shaving profile. I'm allergic to the shaving powder and razor."

Objective: BP 112/80 P 68 R 22 T 98.8 Wt. 198
Very small number of bumps noted to face. No redness edema, noted. No signs of irritation noted @ this time

Assessment: Request shaving profile

Plan: Inmate education given. Advised to report to HCU cleanly shaven to discuss profile.

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature C. Thompkins Title: LPN Date: 2-5-98 Time: 2047

CMS 7166 REV. 3/93

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

NOV 2 5 1997

Print Name: _CERIC Pugh_ _____ Date of Request: _11/24/97_

ID #: _18 23 23_ ___ Date of Birth: ███████ ___ Housing Location: _8-B_

Nature of problem or request: _I have an bad teeth ake. I want to get it pull too._

I consent to be treated by health staff for the condition described.

_CERIC Pugh_
### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: _January 7th ext?_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _D. Moore_ _____ Title: _D.A._ ___ Date: _1/06/97_ Time: _____

CMS 7166 REV. 3/93

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME *Pugh, Cedric* | AIS# *182373* |
|---|---|
| DATE *10-20-97* | FACILITY *Ventress* |
| SIG (1) Advil 200mg ℥ PO TID X 7 days | DISCONTINUE |
| (2) Pen VK 500mg PO TID X 7 days | CONTINUE *noted J. Smith* |
| (3) Sign up for Dental screening | INCREASE |
| Physician Signature: Phone Order Dr. Siddy / J. Smith | DECREASE |

| NAME *Pugh, Cedric* | AIS# *182373* |
|---|---|
| DATE *10-20-97* | FACILITY *Ventress* |
| SIG Advil 200mg ℥ PO TID X 7 days | DISCONTINUE *noted* |
| Pen 500mg PO TID X 7 days | CONTINUE |
| Sign up for Dental screening Wed. 10/22/97 | INCREASE |
| Physician Signature: Phone Order Dr. West / J. Smith | DECREASE |

| NAME *Pugh, Cedric* | AIS# *182373* |
|---|---|
| DATE *8/27/97* 3 A & 6 p NKA | FACILITY *Kilby* |
| SIG 1. Motrin 600g Bid X 5 days | DISCONTINUE |
| 2. Retorin 1000g Bid X 7 dys | CONTINUE |
| Physician Signature: C/O Dr. nu | |

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

*Transferring Facility:* KCF

Name: Pugh, Cedric

Number: 182373    Race: (B) W H Other

Age: _____    Date of Birth: ▪▪▪▪▪▪    Sex: (M) F

Date: 9/16/97
Time: 1710 AM PM
Allergies: NKDA _____    Food Handler Approved: Y / N
Current Acute Conditions/Problems: uses tobacco _____
Chronic Conditions/ Problems: NA _____

Current Medications - Name, Dosage, Frequency, Duration:
   Acute Short-term Medications: NA _____

Chronic Long-term Medications: NA _____

   Chronic Psychotropic Medications: NA _____

Current Treatments: NA _____
Follow-up Care Needed: NA _____

Last PPD: 8 2097    Results: 0 mms    Last Physical: 8/20/97
Chronic Clinics: NA    Specialty Referrals: NA

Significant Medical History: NA

Physical Disabilities/Limitations: _____
Assistive Devices/Prosthetics: _____    Glasses: no    Contacts: no
Mental Health History/Concerns:
Substance Abuse: (Y)/ N    Alcohol: (Y)/ N    Drugs (Y)/ N
_____ Hx Suicide Attempt:  Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title: R Mayfr    Date: 9/16/97

**TRANSFER RECEPTION SCREENING**
Date: 9/17/97    Time: 1305 AM (PM)    *Receiving Facility:* Ventress
S: Current Complaint: ___ toothache ___

Current Medications/Treatment: None

O: Physical Appearance/Behavior: Ambulatory
c steady gait A:0x3 Cooperative

Deformities: Acute/Chronic: Stab wound
Jan '97 - bullet scar Rt Occipital Arm.
T 99  P 88  R 20  B/P 140/76  Wt 194
A: ADL's WNL

P: Disposition: (Instructions: Check or circle as appropriate)
✓  Routine, Sick Call
___  Instructions Given
___  Emergency Referral
___  HIV/TB Instruction Given
      Physician Referral:
___  Urgent / Routine
___  Medication Evaluation
___  Work/Program Limitation
___  Special Housing
___  Specialty Referrals
___  Chronic Clinics
___  Mental Health
___  OTHER
      Infirmary Placement

Other: _____

Signature and Title: S Hatton

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Pugh  Cedric_ | AIS# _18233_ |
|---|---|
| DATE_8/20/97_ | FACILITY__KCF_ |
| SIG. _Mental Health Referral_ | DISCONTINUE |
| _8/20/97_ | CONTINUE |
| | INCREASE |
| Physician Signature: _G. Tahl_ | DECREASE |

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Cedric Pugh_    Date of Request: _8/26/97_

ID #: _182373_    Date of Birth: _▓▓▓▓▓_    Housing Location: _G-76_

Nature of problem or request: _Stomach + back pains_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_____Cedric Pugh_____
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: _Back pain_

Objective: BP _140/80_ P _88_ R _20_ T _98_ _194Lbs_
_ambulate well — Denies any old injury_
_Bends from waist well ⊼ problem / states_
_was playing Basket Ball yesterday_

Assessment: _Back ache_

Plan: _meds_ ———— _mobile w_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _M.D.le_    Title: _ɔ_    Date: _8/26/97_ Time: _0620_

CMS 7166 REV. 10/94

*II*

| Facility Name: Elmore | | Month/Year of Charting: 03/06 |

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Zosyn 3.375mg IV q 6 hrs x 2 days (48°)**
Hour: 6A, 12N, 6P, 12MN, QN
Start Date: 03/09/06  Stop Date: 03/11/06  Prescriber: Dr. Peasant  RX #:

**Bactrim DS PO BID x 10 days**
Hour: 6a, 6p
Start Date: 3/10/06  Stop Date: 3/20/06  Prescriber: Smith crp  RX #:

**Rifampin 300 PO BID x 10 days**
Hour: 6a, 6p
Start Date: 3/10/06  Stop Date: 3/20/06  Prescriber: Smith crp  RX #:

**Gentamycin 80mg IM q 10° x 3 doses. Draw Peak & Trough c̄ 3rd dose**
Hour: 2a, 10a, 6p
"3rd dose for P&T"
Start Date: 3/10/06  Stop Date: 3/11/06  Prescriber: Dr. Peasant  RX #:

**Peak & Trough c̄ 3rd dose on 3/11/06 (5:45pm → 8:00pm)**
Hour: 5:45p — "Peak Draw", 6:00p — "Gentamycin 8mg IM (3rd dose", 8:00p — "Trough Draw"
Start Date:  Stop Date:  Prescriber:  RX #:

**Keflex 500mg TID x 10 days**
Hour: 6, 11, 6
Start Date: 3/15/06  Stop Date: 3/25/06  Prescriber: Peasant  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | D. Austin RN | | B. B. | | 1 Discontinued Order |
| Allergies NKA | | | M. — RN | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | D. Sewell RN | | 4 Charted in Error |
| Patient ID Number: 18-2373 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| Push, Cedric | | | Date of Birth: 09/__/__ | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: Eastmore

Month/Year of Charting: 3/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Keflex 500 mg PO qic x 10 days**
Hour: 6A / 12N / 4P / 12m
Start Date: 2/23/06   Prescriber: Peasant
Stop Date: 3/05/06   RX #:

**Keflex 500mg ↑ PO QID X4 (d)**
Hour: 6A / 12N / 6P / 12MN
Start Date: 3-2-06   Prescriber: J. Peasant, MD
Stop Date: 3-7-06   RX #:

**Motrin 800mg PO TID x 15 (d)**
Hour: 6A / 12N / 6P
Start Date: 3-2-06   Prescriber: J. Peasant, MD
Stop Date: 3-17-06   RX #:

**Lortab 5mg ↑ PO q4° PRN (pain) x 12 (doses)**
Start Date: 3-2-06   Prescriber: J. Peasant, MD
Stop Date: 3-6-06   RX #:

**Keep Rt hand Elevated**
Hour: F / Y / I
Start Date: 3/2/06   Prescriber: J. Peasant
Stop Date:   RX #:

**Zosyn 3.375mg IV q6° X3d NS @ 75cc/hr**
Hour: 6A / 12N / 6P / 12MN
Start Date: 03/06/06   Prescriber: Dr. Peasant
Stop Date: 03/08/06   RX #:
Reordered 03/09/06

Diagnosis:

Allergies: NKA

Housing Unit: ECC

Patient ID Number: 182373

Patient Name: Pugh, Cedric

Date of Birth: 9-21-75

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | J2 | | |
| S. Faulkner | ST | Robinson, LPN | |
| M? | MD | Bows, LPN | B? |
| J. Snell | DF | | |

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Elmore

Month/Year of Charting: 2/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Keflex 500 mg po
q6° x 10 days

6
11
6
12 mN

Start Date: 2/23/06   Prescriber: Pleasant
Stop Date: 3/05/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lortab 5/500 II
po q4° prn pain
x 3 days

1600

Start Date: 2/23/06   Prescriber: Pleasant
Stop Date: 2/26/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800 mg po
q8° PRN x 3 days

1600

Start Date: 2/23/06   Prescriber: Pleasant
Stop Date: 2/26/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 182373
Patient Name:
Pugh Cedric

Nurse's Signature: Smillie   Initial    Nurse's Signature    Initial

Documentation Codes
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show
10 Other

Date of Birth: 9-21-75

| Facility Name: | Elmore Correctional Facility | | Month/Year of Charting: | 11/05 |

| Ranitidine HCl 150MG Tab    60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ranitidine HCl 150MG Tab    60.00

6A

6p

Take 1 tablet(s) by mouth twice daily

Start Date: 06-29-2005    Prescriber: Peasant, John

Stop Date: 11-15-2005    RX #: 250082941

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| Patient ID Number: 182373 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Pugh, Cedric** | | | | | 9 No Show |
| | Date of Birth: | | | | 10 Other |

Facility Name:  Elmore Correctional Facility

Month/Year of Charting:  10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Ranitidine HCl 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

Start Date:  06-29-2005
Stop Date:  11-15-2005

Prescriber:  Peasant, John
RX #:  250082941

HCTZ 25 mg ǂ PO
q̄ D.          KOP

Start Date:  8/15/05
Stop Date:  11/18/05

Prescriber:
RX #:

Motrin 600mg ǂ po
TID x 3d

Start Date: 10-4-05
Stop Date: 10-7-05

Prescriber: Wright
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Documentation Codes
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show
10 Other

Allergies

Housing Unit:  Population
Patient ID Number:  182373
Patient Name:

**Pugh, Cedric**

Date of Birth:

| Facility Name: **Elmore Correctional Facility** | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: | | | **09/05** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Ranitidine HCl 150MG Tab    60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | 6 a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **06-29-2005**  Prescriber: **Peasant, John**
Stop Date: **11-15-2005**  RX #: **250082941**

| HCTZ 25mg 1po q̄d | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 a | | | | | | | | | | | | | | | *Cedric Pugh* | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | 9-13-05 | | | | | | | | | | | | | | | | |

Start Date: **8-15-05**  Prescriber:
Stop Date: **11-15-05**  RX #: **250082948**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | β2 | | Da | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | Austin LPN | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 182373 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Pugh, Cedric** | | | Date of Birth: | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | Elmore Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | 08/05 | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine HCl 150MG Tab    60.00 <br> Take 1 tablet(s) by mouth twice daily <br> KcP | 6A <br> 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 06-29-2005    Prescriber: Peasant, John
Stop Date: 11-15-2005    RX #: 250082941

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25MG Tab    30.00 <br> Take 1 tablet(s) by mouth daily <br> KcP | 6A <br> D/C 8/12/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 06-29-2005    Prescriber: Peasant, John
Stop Date: 11-15-2005    RX #: 250082945

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | YBarrett | MP | 1 Discontinued Order <br> 2 Refused <br> 3 Patient out of facility <br> 4 Charted in Error <br> 5 Lock Down <br> 6 Self Administered <br> 7 Medication out of Stock <br> 8 Medication Held <br> 9 No Show |

Allergies: NKDA

Housing Unit: Population
Patient ID Number: 182373
Patient Name:
**Push, Cedric**

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg ✝po BID | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-20-05 → 11-15-05 | KCP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ 25mg ✝ po qd | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-20-05 → 11-15-05 | KCP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 7-1-05          THROUGH 7-30-05

Physician Reasent

Alt Physician

Telephone No

Alt Telephone

Medical Record N

ergies NKDA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: M Barrett | Title: | Date: 6/25/05 |
|---|---|---|---|---|

PATIENT
Pugh Cedric

PATIENT CODE 184293    ROOM NO    BED  FACI

# MEDICATION ADMINISTRATION RECORD

06/01/2005

STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY *KEEP<br>ON PERSON*<br>RX:  7430575 HAMBY, N.P. , DEBBIE , NP<br>START - 05/20/2005    STOP - 11/15/2005 | 9A | | | | | | | VA | | | | | | | | | | | | | | | | | | | | | |
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON<br>PERSON*<br>RX:  7430777 HAMBY, N.P. , DEBBIE , NP<br>START - 05/20/2005    STOP - 11/15/2005 | 9A<br>3P | | | | | | | VT | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | HAMBY, N.P. , DEBBIE | | Telephone No. | | Medical Record I |
| Alt. Physician | | | Alt. Telephone | | |
| llergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: WOODS | Title: Lpn | Date: 5-2 |
| PATIENT | | | PATIENT CODE | ROOM NO | BED | FACI |
| PUGH CEDRIC | | | | | |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HcTZ 25mg ī tab PO    Kop
QD X 180 days  Kop
                      9A

5/18/05 — 11/19/05  Whitley/ac

Zantac 150 mg tab ī PO
BID X 180 days (Kop)    9A
                        3p

5/19/05 — 11/19/05  Whitley/ac

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1/05  THROUGH 5/31/05

Physician Whitley
Alt. Physician

Telephone No.
Alt. Telephone

Medical Record N

llergies

Rehabilitative
Potential

Diagnosis

Medicaid Number     Medicare Number

Compare Entries Checked:
By: A. King

Title: LPN    Date: 5/18/

PATIENT Pugh Cedric

PATIENT CODE 182373    ROOM NO    BED    FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entex 600/120 BID x7days | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | an | | | | | | | | |
| 4/14 Tylenol 325mg PO BID x 7days | P 3A R 3P | | | | | | | | | | | | | (PRN) | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  4/14   THROUGH  4/30

Physician  Whitley

Alt Physician

Telephone No

Alt Telephone

Medical Record

Allergies  NKDA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Completed Entries Checked By: C Childress L | Title: | Date: 4 |
|---|---|---|---|---|

PATIENT

PATIENT CODE | ROOM NO | BED | FAC

# MEDICATION ADMINISTRATION RECORD
01/01/2005

(BBB-456) BIBB CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENALAPRIL (VASOTEC) 5MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY RX: 5994765 WHITLEY, M.D., JAMES P, MD START - 07/30/2004   STOP - 01/25/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 01/01/2005 | THROUGH | 01/31/2005 | | |
|---|---|---|---|---|---|
| Physician | WHITLEY, M.D., JAMES P | | Telephone No | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | *Col* | Title: *LPN* | Date: |
| PATIENT | | PATIENT CODE | ROOM NO. | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

12/01/2004
STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENALAPRIL (VASOTEC) 5MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY  RX: 5994765 WHITLEY, M.D., JAMES P, MD START - 07/30/2004   STOP - 01/25/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 12/01/2004 | THROUGH | 12/31/2004 | | |
|---|---|---|---|---|---|
| Physician | WHITLEY, M.D., JAMES P | | Telephone No | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| llergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: LIPN | Date: 11/2 |
|---|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD
11/01/2004

STDT01

(BBB-456) BIBB CORRECTIONAL FAC



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ENALAPRIL (VASOTEC) 5MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY

RX:  5994765 WHITLEY, M.D., JAMES P, MD
START - 07/30/2004    STOP - 01/25/2005

KOP

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 11/01/2004 | THROUGH | 11/30/2004 |
|---|---|---|---|

Physician   WHITLEY, M.D., JAMES P

Alt Physician

Telephone No

Alt. Telephone

Medical Record N

Allergies   NONE KNOWN

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Childress | Title: | Date: |
|---|---|---|---|---|---|

PATIENT

PUGH, CEDRIC

PATIENT CODE | ROOM NO | BED | FACIL

# MEDICATION ADMINISTRATION RECORD

10/01/2004
STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ENALAPRIL (VASOTEC) 5MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY

RX:   5994765 WHITLEY, M.D., JAMES P, MD
START - 07/30/2004    STOP - 01/25/2005

K
O
P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 10/01/2004 | THROUGH | 10/31/2004 | | |
|---|---|---|---|---|---|
| Physician | WHITLEY, M.D., JAMES P | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: T. Melton | | Title: LPN | Date: 10/5 |
|---|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO | BED | FACI |

# MEDICATION ADMINISTRATION RECORD

09/01/2004

STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ENALAPRIL (VASOTEC) 5MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY

RX:   5994765 WHITLEY, M.D., JAMES P, MD
START - 07/30/2004      STOP - 01/25/2005

Rec'd 30pills 7/29/04

3A

K
O
P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 09/01/2004 | THROUGH | 09/30/2004 | |
|---|---|---|---|---|
| Physician   WHITLEY, M.D., JAMES P | | Telephone No | | Medical Record |
| Alt. Physician | | Alt. Telephone | | |
| llergies    NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: B.Kelley | | |
|---|---|---|---|---|
| | | | Title: LPN | Date: 8/29 |
| PATIENT | | PATIENT CODE | ROOM NO | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

08/01/2004
STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENALAPRIL (VASOTEC) 5MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY RX: 5539332 WHITLEY, M.D., JAMES P, MD START - 04/25/2004 STOP - 10/21/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Rec'd #30  7-29-04*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR  08/01/2004  THROUGH  08/31/2004 | | |
| Physician  WHITLEY, M.D., JAMES P | Telephone No. | Medical Record |
| Alt Physician | Alt Telephone | |
| Allergies  NONE KNOWN | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | |
|---|---|---|---|
| | | By: _O'Connor_ | Title: _R_  Date: 8-2 |

| PATIENT | PATIENT CODE | ROOM NO. | BED | FAC |
|---|---|---|---|---|
| PUGH, CEDRIC | | | | |

# MEDICATION ADMINISTRATION RECORD

STDTC1

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg TID
X 3 days PRN Whitley/lab  3A
                          9A
7-29-04        7-31-04    3P

Vasotec 5 mg qd x 180d   K
    Whitley/lab          Q
    Stop 10-23-04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-04 THROUGH 7-31-04

Physician Whitley

Alt. Physician

Telephone No

Alt. Telephone

Medical Record N

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:
By: Wm Bingham   Title: RN   Date: 7-2

PATIENT CODE   ROOM NO   BED   FACIL

# MEDICATION ADMINISTRATION RECORD
07/01/2004

STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENALAPRIL (VASOTEC) 5MG TAB<br>TAKE 1 TABLET(S) BY MOUTH, DAILY<br>RX:  5539332 WHITLEY, M.D., JAMES P, MD<br>START - 04/25/2004    STOP - 10/21/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

30 pills 7-2-04

CHARTING FOR                07/01/2004
NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARTING FOR    07/01/2004    THROUGH    07/31/2004

| Physician | WHITLEY, M.D., JAMES P | Telephone No. | | Medical Record N |
|---|---|---|---|---|
| Alt. Physician | | Alt Telephone | | |
| llergies | NONE KNOWN | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| PATIENT | | By: MMull | Title: LPN | Date: 7- |
| PUGH, CEDRIC | | PATIENT CODE 182375 | ROOM NO 1 | BED FACILI |

# MEDICATION ADMINISTRATION RECORD
06/01/2004

(BBB-456) BIBB CORRECTIONAL FAC

STDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENALAPRIL (VASOTEC) 5MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY<br><br>RX:  5539332 WHITLEY, M.D., JAMES P, MD<br>START - 04/25/2004    STOP - 10/21/2004 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 06/01/2004 | THROUGH | 06/30/2004 | |
|---|---|---|---|---|
| Physician   WHITLEY, M.D., JAMES P | | Telephone No | | Medical Record N |
| Alt. Physician | | Alt. Telephone | | |
| Allergies   NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: B Kelley | Title: LPN | Date: 5/3 |
|---|---|---|---|---|
| PATIENT<br>PUGH, CEDRIC | | | PATIENT CODE<br>182375 | ROOM NO<br>1 | BED | FACI |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vasotec 5mg PO ↑ qd x 180 days 4/23/04 - 10/23/04 Whitley | 9a | | | | | | | | B | B | | | | | | B | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | |
|---|---|
| CHARTING FOR | 5/1/04 THROUGH 5/31/04 |
| Physician | Whitley |
| Alt. Physician | |
| Allergies | NKA |
| Diagnosis | |
| Medicaid Number | Medicare Number |

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record N

Complete Entries Checked:
By:

PATIENT

Title:
Date:
PATIENT CODE     ROOM NO     BED | FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Vasotec 5mg ÷ PO
qd x 180days
4/23/04 - 10/23/04  Whitley/ma    9a

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 4/1/04 THROUGH 4/30/04

Physician Whitley

Att. Physician

| | Telephone No | | Medical Record No |
|---|---|---|---|
| | Alt Telephone | | |

Allergies NKA

| | Rehabilitative Potential |
|---|---|

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: RN | Date: 4/1/04 |

PATIENT
Bush, Cedric

| | PATIENT CODE | ROOM NO | BED | FACILI |
|---|---|---|---|---|