# MEDICATION ADMINISTRATION RECORD

12/01/2003
STDT01

**DEFENDANT'S EXHIBIT**
A-3

(ELM-454) E

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH  IN THE MORNING
*KEEP ON PERSON*
RX:   4794157 SONNIER, M.D. (MD DI, MARC , MD
START - 11/12/2003    STOP - 05/09/2004

VERAPAMIL SR (CALAN SR) 240MG TAB
TAKE 1 TABLET(S) BY MOUTH  IN THE MORNING
*KEEP ON PERSON*
RX:   4794164 SONNIER, M.D. (MD DI, MARC , MD
START - 11/12/2003    STOP - 05/09/2004

GUAIFENESIN 200MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

RX:   4794205 SONNIER, M.D. (MD DI, MARC , MD
START - 11/12/2003    STOP - 12/11/2003

ENALAPRIL (VASOTEC) 5MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON PERSON*
RX:   4814706 SONNIER, M.D. (MD DI, MARC , MD
START - 11/15/2003    STOP - 06/01/2004

flu vaccine 0.5cc IM given

12-14-03  Dr Sonnier mbz

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR        12/01/2003        THROUGH        12/31/2003

| | | | |
|---|---|---|---|
| Physician  SONNIER, M.D. (MD DI, MARC | | Telephone No | Medical Record |
| Alt Physician | | Alt Telephone | |
| Allergies  NONE KNOWN | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By | Title | Date |
|---|---|---|---|---|

PATIENT
PURTEDY, ANDRE

# MEDICATION
# ADMINISTRATION RECORD   NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robaxin 500mg<br>ī PO BID X 10d<br>2/25/03 – 3/7/03 | 6<br>6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*(blank medication rows with HOUR scales 1–30 repeated)*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/1/03 THROUGH 3/30/03

Physician: Sonnier
Alt. Physician:
Allergies: NKA
Diagnosis:

Telephone Number:
Alt. Telephone:
Rehabilitative Potential:

Inmate No: 182373

Medicaid Number:
Medicare Number:
Complete Entries Checked By: B Bush Lyn    Title:    Date:

PATIENT: Pugh Cedric

PATIENT CODE | ROOM NO. | BED | FACILITY C
See

# MEDICATION
# ADMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pen VK 500 mg; po tid x 7d 6/17 - 6/24/n Mies | 6 / 12 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flagyl 250 mg; po tid x 7d 6/17 - 6/24/n Mies | 6 / 12 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600 mg; po tid x 7d 6/17 - 6/24/n Mies | 6 / 12 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| | | |
|---|---|---|
| CHARTING FOR **6-1-06** | THROUGH **6-31-06** | |
| Physician **Taylor** | Telephone Number | Inmate No. **182375** |
| Alt. Physician **Miere** | Alt. Telephone | |
| Allergies **NKDA** | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: L. Mereccle  Title: W  Date: 6/17/06 |
| PATIENT **Pugh, Cedric** | PATIENT CODE | ROOM NO | BED | FACILITY **SCC** |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(handwritten, illegible)* PO TID x 3 dys *(handwritten)* | 0800 1200 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH |
|---|---|

Physician ___ Fsh

Alt. Physician

| Telephone No | |
|---|---|
| Alt. Telephone | Medical Record |

Allergies ___ NKA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: ___ | Title: | Date: |
|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pen VK 500 mg PO TID X 7 days 4/2/99 – 4/9/99   West | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600 mg PO BID X 3 days 4/2/99 – 4/5/99   West | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 4/2/99 | THROUGH 4/30/99 | |
| Physician Fish | Telephone No. | Medical Record |
| Alt. Physician West | Alt. Telephone | |
| Allergies NKA | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By J Payton LPN | Date: 4/2 |
| PATIENT Pruh, Cedric | | PATIENT CODE | ROOM NO | BED | FA |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | A | A | A A | A | A | | | | |
| | | | | | | | | | | | | | | | | | | | | | A | A | A | A | A | | | | |
| | | | | | | | | | | | | | | | | | | | | | A | M | M | A | A | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR _____ THROUGH _____

Physician _____

Alt. Physician _____

Allergies NKA

Telephone No _____

Alt. Telephone _____

Medical Record N _____

Rehabilitative Potential _____

Diagnosis _____

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|

PATIENT: _____

| PATIENT CODE | ROOM NO | BED | FACIL |
|---|---|---|---|

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | | | | | |
|---|---|---|---|---|---|

Advil 200mg ⋮⋮⋮ PO
TID x n days    7&    5A  11A  5P
10-20-97 - 10-27-97 Dr. West

A A A A A A X
B B B B A A X
M BGM R G X

Pen VK 500mg PO TID    5A
x n days    7&    11A  5P
10-20-97 - 10-27-97 Dr. West

A A A A A A X
B B B B A A X
M BGM R G X

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR

| Physician | THROUGH | Telephone No | Medical Record |
|---|---|---|---|
| At. Physician | Oct. 31, 1997 | Alt. Telephone | |
| Allergies   N/A | | Rehabilitative Potential | |

Diagnosis

| Patient Name | Medicare Number | Complete Entries Checked: | |
|---|---|---|---|
| Pugh, Cedric  182373 | | By:   J. Smith pn | Date: |
| | | PATIENT CODE    ROOM NO | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mg bid x 5 days 8/27 - 9/1 | 09 | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 1000 mg bid x 7 days 8/27 - 9/3 | 09 | A | A | A | X | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | A | A | A | X | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 1/1/47 | THROUGH 1/30/97 | |
| Physician | Telephone No | Medical Record |
| Alt. Physician | Alt Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: |
| | | By: |
| PATIENT Pugh, Cedric | PATIENT CODE | ROOM NO | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Motrin 600mg BID x 5 days 8/27/97    8/1/97 | 0900 | ⟶ |
| | 1800 | ⟶ |
| Robaxin 1000mg BID x 7 days 8/27/97    9/3/97 | 0900 | ⟶ |
| | 1800 | ⟶ |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/1/97    THROUGH 8/31/97

Physician Dr. McInerry
Alt. Physician
Allergies

Telephone No
Alt. Telephone

Rehabilitative Potential

Medical Record

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked:
By: A. Parks    Title: LPN    Date: 8/2

PATIENT Pugh Cedric
PATIENT CODE    ROOM NO    BED    FACI

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pugh, Cedric | **Inmate Number:** | 182373PU |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 04/03/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16049862 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

---

#### Clinical Summary or Attached Report

### *** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: | | |
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

**Form must be Complete and Legible. You must Type**

Please send this f... the Authorization Letter to the service provider ...me of the Appointment

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Pugh, Cedric | 03.15.06 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567-1548 | 182373 | ▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567-1538 | 182373 | 08.06.97 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** ▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 08. .07 |

Responsible party: ☐ PHS ☐ Auto Ins.    ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:**

_(signature)_ 3/15/06

☐ Se... meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields**

| | |
|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR)  ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) |
| ☑ Routine | ☐ Urgent |

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy

**Number of Visits/Treatments:** 1  ☐ Other:

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**

F/U r finger    5/1/06 @ 215

**Diagnosis:** R middle finger laceration + tissue loss

**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

---

**History of illness/injury/sypmtoms with Date of Onset:**

F/U for learning of 3rd R hand @ hand s/p debridement

**Results of a complaint directed physical examination:**

R middle finger laceration c tissue loss — wound healing well — sutures out

**Previous treatment and response (including medications):**

F/U s/p debridement of R middle finger

Need Approval of out...

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

_(X-ray notation)_

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_(mm/dd/yy)_

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

Please send this form ... Authorization Letter to the service provider at ... of the Appointment

**PHS 2**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** 843 - STATON | **Patient Name: (Last, First.)** Pugh, Cedric | **Date: (mm/dd/yy)** 3 10 2 06 |
| **Site Phone #** 334-567-1548 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** ▮▮▮▮▮ |
| **Site Fax #** 334-567-7167 | **Inmate #** 182373 | **PHS Custody Date: (mm/dd/yy)** 08 06 97 |
| **Will there be a charge?** ☑ Yes ☐ No | **Sex** ☑ Male ☐ Female **SS Number** ▮▮▮▮▮ | **Potential Release Date: (mm/dd/yy)** 08 ▮ 01 |

**Responsible party:** ☑ PHS ☐ Auto Ins.    ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):___

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

**J. M. Peasant, Sr., M.D.**

**Facility Medical Director Signature and Date:**
J M Peasant Sr 2/2/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __3 1 3 06__
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___1___  ☐ Other:___

**Specialist referred to:** Dr Chung, orthopedist
**Type of Consultation, Treatment, Procedure or Surgery:**
FOV (R) middle finger debridement

**Diagnosis:** (R) middle finger soft tissue loss
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
S/P middle finger debridement today

**Results of a complaint directed physical examination:**
finger c̄ pressure dressing

**Previous treatment and response (including medications):**
FOV needed in 2 WK (approx. 3/16/06))

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here)

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    **Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral Review

FAXED 3/10/06

A Humphrey 3/10/06

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Pugh, Cedric | Inmate Number: | 182373PU |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Surgical Followup Referral | Effective Dates: | 03/13/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16049964 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

### *** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

Form must be Complete and Legible. You must Type or Print

Please send this form t... ...Authorization Letter to the service provider at t... ...of the Appointment

**PHS 2**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **843 - STATON** | Pugh, Cedric | 3.02.06 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| **334-567-1548** | | |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| **334-567-7167** | 182373 | 08.06.91 |
| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
| ☑ Yes ☐ No | ☑ Male ☐ Female | | 08. .0 .1 |

Responsible party: ☑ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

| Requesting Provider: ☑ Physician   ☐ NP, PA   ☐ Dental | History of Illness/Injury/symptoms with Date of Onset: |
|---|---|
| **J. M. Peasant, Sr., M.D.** | S/P middle finger |
| Facility Medical Director Signature and Date: | debridment today |
| J. M. Peasant Sr. 3/2/06 | |
| ☐ Service meets criteria for approval via protocol: | |

Place a check mark (√) in the Service Type requested (one only) and complete additional applicable fields.

| ☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA) | Results of a complaint directed physical examination: |
|---|---|
| ☐ Outpatient Surgery (OS)   ☐ Dialysis (DX) | |
| ☑ Routine   ☐ Urgent | ↑ finger c̄ pressure dressing |
| Estimated Date of Service (mm/dd/yy)  3.13.06 | |
| (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments:  ☐ Radiation Therapy | |
| Number of Visits/Treatments:  1   ☐ Chemotherapy  ☐ Other: | |

| Specialist referred to: Dr Churng orthopedist | Previous treatment and response (including medications): |
|---|---|
| Type of Consultation, Treatment, Procedure or Surgery: | F/V needed in 2 WK appoint. |
| F/V (R) middle finger debridment | 3/16/06 )) |
| Diagnosis: (R) middle finger soft tissue loss | |
| ICD-9 code: | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. | |
| ☑ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

## UM DETERMINATION:   ☑ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)    Date resubmitted: _/_/_
☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date required:    _____ 04.2006 (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type | Med Class | CPT code: | UR Auth #: |
|---|---|---|---|
| UR | DV | 99024 | 1104 99464 |

05a - UM Referral Form v5.0

FAXED
3/10/06

A. Hemphemeyer
3/10/06

Form must be Complete and Legible. You must Type o...

*Please send this f... ...n the Authorization Letter to the service provider at ...ne of the Appointment*

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Pugh, Cedric | 03 1 5 06 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567-1548 | 182373 | |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567-1538 | 182373 | 08.06.97 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☐ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 08 __ 10 |

**Responsible party:** ☐ PHS ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:** 3/15/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)
☑ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** 1 ☐ Other:_____

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:** F.U. R finger

**Diagnosis:** R middle finger Laceration + tissue loss
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
F.U. for burning of 3rd digit R hand S/P. debridement

**Results of a complaint directed physical examination:**
R middle finger laceration c tissue loss – wound healing well – sutures out

**Previous treatment and response (including medications):**
F.U. S/P debridement of R middle finger
Need Appoint on 1/2/06

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information. **Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

---
Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Usa - UM Referral review form

PHS 2

**Please send this form** ~~Authorization Letter to the service provider at t~~ of the Appointment

This form must be Complete and Legible. You must Type or P----

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **843 - STATON** | *Pugh, Cedric* | 3.02.06 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| **334-567-1548** | | ▓▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| **334-567-7167** | *182373* | 08.06.97 |

| Will there be a charge? | Sex | SS Number | Potential Release Date (mm/dd/yy) |
|---|---|---|---|
| ☑ Yes ☐ No | ☑ Male ☐ Female | ▓▓▓▓▓▓ | 08, /01 |

| Responsible party: | ☑ PHS | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) |
|---|---|---|
| | ☐ Auto Ins. | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):___ |

## CLINICAL DATA

| Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental |
|---|
| **J. M. Peasant, Sr., M.D.** |

Facility Medical Director Signature and Date:

*J M Peasant Sr    2/2/06*

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy)    3.13.06

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:    ☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: ____1____    ☐ Other:___

Specialist referred to: *Dr Chung orthopedist*

Type of Consultation, Treatment, Procedure or Surgery:
*FOV (R) middle finger debridment*

Diagnosis: *(R) middle finger loss of tissue*
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☑ Pertinent Documents have been attached and faxed.

---

History of illness/injury/sypmtoms with Date of Onset:

*S/P middle finger*
*debridment today*

Results of a complaint directed physical examination:

*finger c̄ pressure dressing*

Previous treatment and response (including medications):

*FOV needed in 2WK (approx*
*3/16/06))*

***For security and safety, please do not inform patient of possible follow-up appointments***

---

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____/_____/_____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

*For copy of Dr Chung note 2/2/06*

**FAXED**
*F 3/10/06*

*A. Humphrey*
*3/10/06*

*Pugh, Cedric  AIS 1823B* (handwritten)

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

*The patient amputated @ middle finger* (handwritten)

*the wound clean* (handwritten)

*@ Remove stitches. Cont wound care. Examine* (handwritten)

*See in 3 wks* (handwritten)

---

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

---

Signature of Consulting Physician: _(signature)_           Date _____ Time _____

Reviewed and Signed By
Medical Director: _(signature)_   3/13/05   Date _____ Time _____

05/20/2004



E0606100177    PUGH, CEDRIC
DOB: 09/21/75  Age: 30Y  MR #: 279152
Admit Date/Time: 03/02/06  0854A
2015 CHUNG, TAI Q

Patient Information

**✝ Baptist** HEALTH

# PHYSICIAN'S ORDERS

Height: _____  Weight: _____
Drug Sensitivities and Allergies  ❑ NKDA  ❑ Yes, list: _____

**New Admissions Only:**
**1. Diagnosis:**
**2. Admit Status:**  ❑ Inpatient Admission  ❑ Outpatient Status  ❑ Observation Status

| Date | Time | | |
|------|------|--|--|
| | | D/C | |
| 3/2/06 | | Give my orders to his attendents to | |
| | | return to the facility | |
| | | | |
| | | Keep @ head elevated | |
| | | Change dressing pru — | |
| | | Cephalexin 500 mg po qid x 2 days | |
| | | Vicodin ī po q4h prn pain | |
| | | See me in 2 wk | |
| | | | Chung |
| | | | |
| | | | |

Physician Signature: _____

**The following abbreviations are not to be written or used!**

| Q.O.D., QOD, q.o.d, qod | Trailing zero (X.0 mg) | Lack of leading zero (.X mg) | MS | MSO4 | MgSO4 | U | q.d., QD, qd | 1U |

PH 350

Form #PH 35001 Revised 11/18/05



E0606100177   PUGH,CEDRIC
DOB: 09/21/75  Age:30Y  MR #:279152
Admit Date/Time: 03/02/06  0854A
2015 CHUNG,TAI Q
Patient Information




## Baptist HEALTH — OUTPATIENT SURGERY POSTOP INSTRUCTIONS

You are urged to follow the specified instructions carefully. In order to continue your care at home, please follow the instructions checked below.

### 1. GENERAL ANESTHESIA, LOCAL ANESTHESIA WITH SEDATION OR REGIONAL ANESTHESIA
- ☑ Do not drive, operate machinery, power tools or cook a meal for 24 hours.
- ☑ Do not consume alcohol, tranquilizers, sleeping medications or any non-prescribed medication for 24 hours.
- ☑ Do not make important decisions or sign any important papers in the next 24 hours.
- ☐ You should have someone with you tonight at home.
- ☐ Children may appear flushed for several hours after surgery. Do not ride a bicycle, skateboard, or play on gym sets for 24 hours.
- ☐ The blocked extremity may be numb for several hours. Keep in a sling until all function returns.
- ☐ You may experience a slight sore throat. You may gargle with salt water or use a throat lozenge.

### 2. ACTIVITY
- ☐ You are advised to go directly home. Restrict your activities today. Resume light to normal activity tomorrow.
- ☐ You may resume normal activity today.
- ☐ Specific activity instructions:_____
- ☐ Go to physical therapy.
- ☐ Do not engage in strenuous activity that may place stress on your incision.

### 3. FLUIDS AND DIET
- ☐ Begin with clear liquids, boullion, dry toast or soda crackers.
- ☑ If not nauseated, you may go to a regular diet when you desire. Greasy and spicy foods are not advised
- ☐ Special diet_____
- ☐ If nauseated, refrain from heavy foods. Try dry crackers, clear liquids and jello. If nausea persists, notify your doctor.

### 4. MEDICATIONS
- ☐ Prescription sent with you. Use as directed. When taking pain medications you may experience dizziness or drowsiness. Do not drink alcohol or drive when you are taking these medications. Prescriptions:_____
- ☐ You may take a non-prescription "headache remedy" medication that you normally use with surgeon's approval. Preferably not containing aspirin.
- ☐ You may resume your daily prescription medication schedule.
- ☐ You may receive a pain injection during your stay with us. Be aware that the injection may leave a small bruise and the site may be sore to the touch for several days.

### 5. OPERATIVE SITE
- ☐ Keep dressing clean and dry.
- ☐ Do not change dressing unless instructed by physician.
- ☐ Change dressing when soiled or wet.
- ☐ May remove dressing:_____

### 6. EXTREMITIES, ARMS, HANDS, LEGS, FEET
- ☐ Keep operative extremity elevated as much as possible to lessen swelling and discomfort.
- ☐ Apply ice as directed.
- ☐ Observe the affected extremity for circulation or nerve impairment, coldness, change in color, numbness or tingling.

### 7. GYNECOLOGICAL PROCEDURES
- ☐ D & C and Laparoscopic patients may have varying amounts of vaginal discharge for a few days.
- ☐ Laparoscopic patients may develop shoulder pain in first 24 hours from residual gas.

### 8. EAR, NOSE OR THROAT
- ☐ No water or foreign objects in ear.
- ☐ Voice rest for:_____
- ☐ May change the nasal tip dressing as needed and as demonstrated.
- ☐ Keep head of bed elevated.

### 9. FOLLOW UP CARE
- ☐ Your return office appointment is:_____ Call Dr. Chung _____
- ☐ Return to work as instructed by physician.

Call your surgeon if you have any problems that concern you. After office hours, you can reach your physician through his/her answering service. If you need immediate attention, go to the emergency room nearest you.

### SPECIFIC COMPLICATIONS TO WATCH FOR
- Fever over 101° F by mouth
- Pain not relieved by medication ordered
- Swelling around operative area
- Increased redness, warmth, hardness of area
- Difficulty breathing
- Persistent nausea and vomiting
- Numbness, tingling, discoloration or cold fingers/toes
- Blood-soaked dressing (small amounts of oozing is normal)
- Increasing drainage from surgical area of exam site.
- Inability to urinate

OTHER INSTRUCTIONS:_____
_____

Your Name: Frederick Barton     Relation to patient:_____     Phone:_____

Date: 3/2/06   Time: 400   Signature:_____     NURSE



WHITE- Medical Record     YELLOW- Patient     FORM # DI 14408  REV. 6/30/04 (Replaces HE-051)

DI 1440

Case 2:06-cv-00363-MEF-WC    Document 22-4    Filed 06/27/2006    Page 20 of 62
State Employees' Insurance Board- Inmate Healthcare Inquiry

Page 1 of 1

<< Back    Print



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

3/2/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PUGH , CEDRIC ROMAN** | **Inmate #** | **00182373** |
| **Facility Name** | **ELMORE CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 8** | | |
| **Facility Address2** | | | |
| **City** | **ELMORE** | | |
| **State** | **AL** | | |
| **Zipcode** | **36022** | | |

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**

All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624645779** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**

All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973  Ext 14

**For charges not covered under SEIB - BC/BS Program:**

For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

PHS ①

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Pugh, Cedric | **Date: (mm/dd/yy)** 02 28 06 Urgent |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▮▮▮▮▮ |
| **Site Fax #** (334) 567-1538 | **Inmate #** 182312 | **PHS Custody Date: (mm/dd/yy)** 08,06,97 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** ▮▮▮▮▮ | **Potential Release Date: (mm/dd/yy)** 08, 07 |

**Responsible party:** ☐ PHS ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental

*(signature)*

**Facility Medical Director Signature and Date:** *(signature)* 2/28/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Baptist South @ Dr Cheng

**Type of Consultation, Treatment, Procedure or Surgery:** Surgical debridement of ® index finger & cocaderation

**Diagnosis:** Avulsion tip of ® index finger
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:** 30 y/o B ♂ caught finger in mixer. Loosely approx 1/3 of distal aspect of ® middle finger. Pt seen by Ortho & needs graft & debri

**Results of a complaint directed physical examination:** bone fragt on x-ray - missing tissue



**Previous treatment and response (including medications):** ER / Ortho visit. Pt need debridement & possible groin graft

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.  **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

USa - UM Referral review form



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: |
|---|---|---|
| 2/27/06 | 30 y/o (R)-Handed [illegible] job @ [illegible] finger caught in meat grinder [illegible] ago. Seen @ Baptist South [illegible] [illegible]. | |
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| | allergy → | |
| | Ex | |
| | pulp missing [illegible] | |

radial

ulnar

PL [illegible] OR for repair.
skin graft for [illegible] finger
[illegible]

[signature]

[signature]
2/27/00

TAI Q. CHUNG M.D.

DATE  2/12/06

NAME  Cedric Tyh

PHONE ____ HOME _____ WORK _____

PROCEDURE  Debridement & repair @ middle finger,
            Skin graft from groin

DX  Partial amputation          CPT _____

WHERE _____ (OUTPATIENT )

TIME NEEDED  20'

ANETHESIA  GENERAL____ BLOCK____ LOCAL____ (CHOICE )

SPEICAL EQUIPMENT _____

ASSISTANT _____

LABS _____

BLOOD TRANSFUSIONS _____

OTHER INSTRUCTIONS _____

SURGERY OR TEST DATE _____

INSURANCE INFORMATION _____



*Cedric Pugh*

Patient Information



**Baptist** HEALTH

## PHYSICIAN'S ORDERS

Height:_____ Weight:_____
Drug Sensitivities and Allergies  ❑ NKDA  ❑ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | .Xmg | 0.Xmg | µg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | 'X' mg | AD, AS, AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | ROUTINE PRE OPERATIVE ORDERS |
|---|---|---|

**ROUTINE PRE OPERATIVE ORDERS**
**DR.** *Tai Chen*

2/1/08

1. Operative permit for _____
   *Debridement + repair (R) middle fgr, possible*
   *skin graft from groin*

2. **LAB: check appropriate diagnosis**
   A. ___✓___ **CBC:**
       _____ Pre op patient [V72 83]   _____ Abdominal pain
       _____ Long term use of medications  _____ Other
       _____ Fever
   B. _____ **TYPE & SCREEN**
   C. _____ **CHEM 7:**
       _____ Edema   _____ Nephropathology
       _____ Hypertensive disease   _____ Dizziness
       _____ Long term use of medications  _____ Other
       _____ Diabetic
   D. _____ **PT PTT**
       _____ Known or suspected   _____ Cirrhosis hepatitis
       coagulation abnormality   _____ CHF
       _____ Anticoagulatn therapy   _____ Cardiac dysrhythmia
       _____ Hemorrhage or anemia   _____ Dysfunctional uterine bleeding
       _____ Pulmonary congestion   _____ Menorrhagia
       _____ Other
   E. _____ **DRUG LEVELS:  circle appropriate drug**
       _____ Patients taking  Digoxin  Tegretol  Theophylline  Dilantin  Depakote
       Phenobarb
       _____ Other
   F. _____ **URINE PREGNANCY**
       _____ On all menstruating females

**Page 1 of 2**
**page 2 continued on back**



PH 350

DO NOT WRITE BELOW THIS LINE

| Date | Time | ROUTINE PRE OPERATIVE ORDERS<br>DR. _____ |
|------|------|---|
| | | **G.** _____ **UA:**<br>_____ Diabetic          _____ Fever<br>_____ Renal glycosuria          _____ Dysuria<br>_____ Dehydration          _____ Abdominal & pelvic pain<br>_____ Stress incontinence     _____ Long term use medication<br>**H. ADDITIONAL LAB TESTS:**<br>_____ _____<br>_____ _____<br><br>**3.   EKG:**<br>_____ MVP/murmer or other  _____ Tachycardia/palpitation<br>          valve disorder          _____ Ischemic heart disease (hx MI)<br>_____ Chest pain discomfort  _____ Dizziness<br>          pressure          _____ Other<br>_____ Hypertensive disease<br>_____ Pulmonary congestion & hypostasis (CHF)<br>_____ Electrolyte/fluid abnormality |
| | | **4.   CHEST XRAY:**<br>_____ Existing pulmonary disease (asthma COPD etc)<br>          Specify _____<br>_____ Existing cardiac disease (hypertension CHF etc)<br>_____ Internal Injury<br>_____ Fever<br>_____ Cough<br>_____ Disorders of bone & cartilage (arthritis)<br>_____ Other |
| | | **5.**     _____ Antibiotic: _____ |
| | | **6.**     _____ NPO after midnight |
| | | **7.**     _____ ❏ TED or ❏ SCD hose prior to surgery |
| | | **8.**     _____ **Other Orders** _____<br>          _____<br>          _____ |
| | | **9.**     Anesthesia Consult  ❏ Yes     ❏ No |
| | | |
| | | |
| | | **Page 2 of 2** |
| | Physician Signature: | |

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** 843 - STATON | **Patient Name: (Last, First,)** Pugh, Cedric | **Date: (mm/dd/yy)** 02.24.06 |
| **Site Phone #** 334-567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▬▬▬ |
| **Site Fax #** 334-567-7167 | **Inmate #** 182373 ECC | **PHS Custody Date: (mm/dd/yy)** 8 . 6 . 97 |
| **Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** ▬▬▬ | **Potential Release Date: (mm/dd/yy)** 8 . . 2007 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific: (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☑ NP, PA  ☐ Dental

**J. M. Peasant, Sr., M.D.** / L. Peasant men

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**
☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** 1   ☐ Other:

**Specialist referred to:** Dr Chang

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate & tx

**Diagnosis:** Partial Traumatic amputation (R) 3rd digit
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.   x
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
2/23/06 → Got finger caught in mixer ē ≅ 1/4 of finger amputated (R) 3rd digit. Sent to BMCS for tx; needs to see ortho for ffu

**Results of a complaint directed physical examination:**
(R) 3rd finger wrapped ē pressure dsg. Dsg not removed @ this time. Prior to ER visit 1/4 of finger ē traumatic amputation

FAXED 2/24/06

**Previous treatment and response (including medications):**
Appt scheduled ē Dr Chang on 2/27/06 @ 1415   ① URGENT
TAKE XRAYS to APPT

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

E. Ellis, RN



BAPTIST MEDICAL CENTER
Nursing Service Department
Emergency Room

INSTRUCTIONS FOR THE CARE OF LACERATIONS

Keep wound elevated above the level of the heart.

Keep dressing clean and dry.

If possible, clean 1 times a day with soap and water; keep
covered with layer of Neosporin ointment at all times.

swelling, redness, pain and some drainage is expected after any
d is stitched.  Any increase in any of these suggests the possibility
infection.

Observe for sign of infection.

Your wound was cleaned in the Emergency Department but infection
is still possible.  Signs of infection are:

a.  Swelling.
b.  Excessive redness.
c.  Increasing pain or tenderness.
d.  Heat - either locally or elevated temperature.
e.  Excessive drainage from the wound.

CD4507
REVISED 4-2004



BC605400391    PUGH,CEDRIC
DOB: [REDACTED]  Age:30Y   MR #:598203
Admit Date/Time: 02/23/06      1132A
919 RIOS,JULIO E

**t Health**                                                Page 1 of 1
**gency Room**
**Discharge Instructions**

## DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | Location **South** |

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. |

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma          ☐ Crutches        ☐ Head Injury       ☐ Threatened Ab        Return for signs of infection
☐ Back Pain       ☐ Fever           ☐ Otitis Media      ☑ Vomiting / Diarrhea       > Redness
☐ Cast / Splint Care  ☐ Fracture    ☐ Sprains / Bruises ☑ Wound Care            > Swelling
                                     ☐ STD               ☐ Other(s)              > Drainage
                                                                                 > Heat

Additional Instructions:
① Neosporin dressing                          Return 3-5 days
② Keep Wound Clean + dry                      for checkup
③ F/U 3d - 5d

Referred to:
☑ Dr.  Curtis 613-9000
Phone:
☑ Call on next business day for follow-up appointment
in _____ days / weeks     ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☑ If no improvement or your condition worsens, call your private physician
or return to the Emergency Department for a recheck.
☐ Learning needs assessed      ☐ Instructions Modified: _____
☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X  Cedric Pugh
☑ Patient
☐ Relative
☐ Other_____
Time Released > 1458 Hrs.

Instructed By:  M. Dunn, RN  HS
Physician:

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for_____ days*
Restrictions: _____
☐ -------------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated

BSB-0082 (06/02)

# EYE EXAMINATION SHEET

| TO: (Service Physician) Dr. Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) Elmore Corr Center | Date of Request: 12/23/05 |
|---|---|---|
| Reason For Request: (Complaints and Finding) | | |

Eyes DC @ 1018AM

| Past History | |
|---|---|
| Ø GL 4/D | |
| Old Rx | |
| Signature | Type of Consult  ☐ Emergency   ☐ Routine |

## CONSULTATION REPORT

Subjective:  OD 20/20 ⊙
OS 20/20 ⊙   OU 20/20 ⊙

OPHTH:  20/6 °(w)/ WM

New Rx:  OD
OS

Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

IDP & Time:

PH/
PH/  NOT
Q'd

Frame:
Size:
Color:

MD    12/23/05

OPTOMETRIST'S SIGNATURE

| Patients Last Name Rush Coder | First | Middle | Age 30 | R/S B/M | I D No. 182373 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 138-205-5208-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ECC                         FASTING: Y
                            DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PUGH,CEDRIC | M | 30 / 7 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/17/2006 | 13:27 | 5/18/2006 | 5/19/2006 | 7:46 | 5053 |

| CLINICAL INFORMATION |
|---|
| CD-41147610579 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 182373 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | MB |
| Chemistries | | | | |
| Glucose, Serum | 87 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.4 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 10 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 9 | | 8 - 27 | |
| Sodium, Serum | 142 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.7 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.6 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.8 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.9 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 81 | IU/L | 25 - 150 | MB |
| LDH | 139 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 23 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 32 | IU/L | 0 - 55 | MB |
| GGT | 24 | IU/L | 0 - 65 | MB |
| Iron, Serum | 97 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 185 | mg/dL | 100 - 199 | MB |
| Triglycerides | 43 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 52 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 9 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 124 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 3.6 | ratio units | 0.0 - 5.0 |
|---|---|---|---|
| Estimated CHD Risk | 0.5 | times avg. | 0.0 - 1.0 |

|  | T. Chol/HDL Ratio | |
|---|---|---|
| | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: PUGH,CEDRIC | Pat ID: 182373 | Spec #: 138-205-5208-0 | Seq #: 5053 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 138-205-5208-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ECC
FASTING: Y
DOB

| CLINICAL INFORMATION |
|---|
| CD- 41147610579 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PUGH,CEDRIC | M | 30 / 7 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 182373 |
|---|---|

PT. ADD.:

**ACCOUNT:** Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore        AL   36205-0000
**ACCOUNT NUMBER:** 01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/17/2006 | 13:27 | 5/18/2006 | 5/19/2006 | 7:46 | 5053 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | 3X Avg.Risk | 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | | MB |
| Thyroid | | | | MB |
| TSH | 0.668 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.8 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 31 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.7 | | 1.2 - 4.9 | |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| > White Blood Cell(WBC)Count | 3.9L | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.28 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.4 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.1 | % | 36.0 - 50.0 | MB |
| MCV | 87 | fL | 80 - 98 | MB |
| MCH | 29.1 | pg | 27.0 - 34.0 | MB |
| MCHC | 33.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.2 | % | 11.7 - 15.0 | MB |
| Platelets | 226 | x10E3/uL | 140 - 415 | MB |
| > Neutrophils | 28 L | % | 40 - 74 | MB |
| > Lymphs | 59 H | % | 14 - 46 | MB |
| Monocytes | 12 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| > Neutrophils (Absolute) | 1.1L | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.3 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  PUGH,CEDRIC | Pat ID: 182373 | Spec #:  138-205-5208-0 | Seq #: 5053 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp®**

| | Specimen # | | Type | Primary | Report Status | |
|---|---|---|---|---|---|---|

Additional Information

Clinical Information

| Physician ID | | | Patient ID | |
|---|---|---|---|---|

| Patient Name | | | Sex | Age (Yr/Mos) |
|---|---|---|---|---|

Account

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Urobilinogen,Semiquan | 4.0 | | mg/dL | 0.0 - 1.0 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | |
| Microscopic follows if indicated. | | | | | |
| | | | | | |
| Microalbumin, Random Urine | | | | | |
| Microalbumin, U, Random | 6.2 | | mg/dL | 0.0 - 17.0 | 03 |

LabCorp Birmingham    Director: John Elgin, MD
1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 205-581-3600 Lab: 205 581 3807

LAST PAGE OF REPORT

©2005 Laboratory Corporation of America® Holdings
All Rights Reserved

# ELMORE COMMUNITY HOSPITAL LABORATORY

### 500 HOSPITAL DRIVE
### WETUMPKA, AL 36092
### PH: (334)567-4311 FAX (334)514-0723
### THANK YOU FOR SELECTING OUR FACILITY!

| Name: | PUGH, CEDRIC | | | | Accession: 156172 | STAT |
|---|---|---|---|---|---|---|
| Patient Number: | 054655 | | | | Fasting: UNKNOWN | |
| Birth: | | Age: 30 years | Sex M | | Collected-Drawn: 3 12 2006 09:28 PM | |
| DOCTOR: | STATON CORR FACILITY | | | | Received in Lab: 3 12 2006 09:28 PM | |
| Home Phone: | (000)000-0000 | | | | | |
| HOSPITAL NO | 378498 | | | | | |
| DR NAME | PEASANT | | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **GENTAMYCIN, TROUGH** | | | | *Run By: NJC on 3 12 2006 11:09 39 PM* |
| GENTAMYCIN TR | 0.4 | MCG ML | | 0.0  -  2.0 |
| Test performed at Community Hospital in Tallassee, Alabama | | | | |

--- *End Of Report* ---

Reviewed By _____  Date _____

3-15-06

Accession: 156172    Patient Number: 054655
Lab Results For: PUGH, CEDRIC

# ELMORE COMMUNITY HOSPITAL LABORATORY

### 500 HOSPITAL DRIVE
### WETUMPKA, AL 36092
### PH: (334)567-4311 FAX (334)514-0723
### THANK YOU FOR SELECTING OUR FACILITY!

| Name: | PUGH, CEDRIC | | | | Accession: 156171 | STAT |
|---|---|---|---|---|---|---|
| Patient Number: | 054655 | | | | Fasting: UNKNOWN | |
| Birth: | | Age: 30 years | Sex: M | | Collected/Drawn: 3/12/2006 09:27 PM | CBN |
| DOCTOR: | STATON CORR FACILITY | | | | Received in Lab: 3/12/2006 09:27 PM | NJC |

| Home Phone: | (000)000-0000 |
|---|---|
| HOSPITAL NO. | 328498 |
| DR NAME | PEASANT |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **GENTAMYCIN, PEAK** | | | | *Run By NJC on 3/12/2006 at 09 29 PM* |
| GENTAMYCIN PEAK | 0.5 | MCG/ML | LOW | 5 0   -   12 0 |

Test performed at Community Hospital in Tallasee, Alabama

--- *End Of Report* ---

Reviewed By: _____     Date: _____

**KILBY CORRECTIONAL FACILITY**
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
*Pugh Cedric*

PRISON ID
182343

DATE SUBMITTED
5/7/02

*Hmw/R69*

| TEST NAME | | RESULT | | REFERENCE RANGE | | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| HIV ANTIBODY | | | | NEGATIVE (NEG) | | |
| | | | | | | |
| RPR | | ✓ NR | | NON-REACTIVE (NR) | | |
| | | | | | | |
| URINALYSIS | | | | | | |
| APPEARANCE | | | | | | |
| pH | | | | pH 5- pH 6 | | |
| PROTEIN | | | | NEGATIVE (NEG) | | |
| GLUCOSE | | | | NEGATIVE (NEG) | | |
| KETONES | | | | NEGATIVE (NEG) | | |
| BILIRUBIN | | | | NEGATIVE (NEG) | | |
| BLOOD | | | | < 5 RBC/MCL | | |
| NITRITE | | | | NEGATIVE (NEG) | | |
| UROBILINOGEN | | | | < 1.0 MG/DL | | |
| LEUK. ESTERASE | | | | NEGATIVE (NEG) | | |
| SPECIFIC GRAVITY | | | | 1.016-1.022 | | |

"A"    These results are unreliable due to the age of the specimen.

"H"    These results are unreliable due to the hemolyzed condition of the specimen.

"A+H"    These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PUGH, DEBRIE                                    # 511118-95389  182373

| TEST | RESULT | OUT OF RANGE | UNITS | LIMITS | LAB |
|------|--------|--------------|-------|--------|-----|



## VENTRESS
## U/A DIPSTICK REPORT

NAME _Pugh, Cedric_

DOB _███████_

DATE _7/30/98_

AIS# _182373_

R/S _BM_

TIME _0842_

APPERANCE:     COLOR _yellow_

CLARITY _clear_

BLOOD: _neg_

BILLIRUBIN: _neg_

URUBILLNOGEN: _4_

KETONES: _neg_

PROTEIN: _neg_

NITRATE: _neg_

GLUCOSE: _neg_

PH _8_

SPECIFIC GRAVITY _1.010_

LEUCOCYTES _neg_          HEMOGLOBIN _neg_

_✓_ WNL                    _✓_ ABNORMAL

OBTAINING NURSE'S SIGNATURE _S. Neal RN_

MD SIGNATURE _____

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

**PATIENT NAME** Pugh Cidric

**PRISON ID** 182373

**DATE SUBMITTED** 8-20-97

na 118

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY ✓ | NR | NEGATIVE (NEG) | |
| RPR ✓ | NR | NON-REACTIVE (NR) | |
| URINALYSIS ✓ | neg | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.  01D0706289

**GEORGE A. LYRENE, MD**
**MEDICAL DIRECTOR**

**WAYNE D. MERCER, PHD**
**LABORATORY DIRECTOR**

**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000          Phone: 334-263-5745

**LabCorp** Laboratory Corporation of America

| SPECIMEN 343-684-3278-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

ECC                    FASTING: Y
                       DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PUGH,CEDRIC | M | 30 / 2 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/08/2005 | 12:20 | 12/09/2005 | 12/10/2005 | 8:27 | 2003 |

**CLINICAL INFORMATION**
CD- 41147608487

| PHYSICIAN ID. PEASANT J | PATIENT ID. 182373 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore          AL 36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | YX |
| Chemistries | | | | YX |
| Glucose, Serum | 78 | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 5.9 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 10 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 9 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 5.0 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | YX |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 3.0 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 8.1 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.6 | g/dL | 3.5 - 5.5 | YX |
| Globulin, Total | 3.5 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.8 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 99 | IU/L | 25 - 150 | YX |
| LDH | 151 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 20 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 28 | IU/L | 0 - 55 | YX |
| GGT | 17 | IU/L | 0 - 65 | YX |
| Iron, Serum | 150 | ug/dL | 40 - 155 | YX |
| | | . | | YX |
| Lipids | | | | YX |
| Cholesterol, Total | 188 | mg/dL | 100 - 199 | YX |
| Triglycerides | 52 | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 44 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 10 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 134 H | mg/dL | 0 - 99 | |
| Comment | | | | YX |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | | |
|---|---|---|---|---|
| T. Chol/HDL Ratio | 4.3 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.8 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: PUGH,CEDRIC | Pat ID: 182373 | Spec #: 343-684-3278-0 | Seq #: 2003 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp** Laboratory Corporation of America    LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000                    Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 343-684-3278-0 | S | YX | COMPLETE | Page #: | 2 |

| ADDITIONAL INFORMATION | | |
|---|---|---|
| ECC | FASTING: Y DOB: | |

| CLINICAL INFORMATION |
|---|
| CD- 41147608487 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PEASANT J | 182373 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PUGH,CEDRIC | M | 30 / 2 |

PT. ADD.:

| ACCOUNT: | Staton Correctional Facility |
|---|---|
| | Prison Health Services |
| | 2690 Marion Spillway Road |
| | Elmore                    AL   36205-0000 |
| ACCOUNT NUMBER: | 01308900 |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/08/2005 | 12:20 | 12/09/2005 | 12/10/2005 | 8:27 | 2003 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | 3X Avg.Risk 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| Thyroid | | | | | YX |
| | | | | | YX |
| TSH | 0.368 | uIU/mL | 0.350 | – 5.500 | MB |
| Thyroxine (T4) | 8.5 | ug/dL | 4.5 | – 12.0 | MB |
| T3 Uptake | 31 | % | 24 | – 39 | MB |
| Free Thyroxine Index | 2.6 | | 1.2 | – 4.9 | |
| | | | | | YX |
| CBC, Platelet Ct, and Diff | | | | | YX |
| | | | | | YX |
| White Blood Cell(WBC)Count | 5.7 | x10E3/uL | 4.0 | – 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.20 | x10E6/uL | 4.10 | – 5.60 | YX |
| Hemoglobin | 15.6 | g/dL | 12.5 | – 17.0 | YX |
| Hematocrit | 44.6 | % | 36.0 | – 50.0 | YX |
| MCV | 86 | fL | 80 | – 98 | YX |
| MCH | 30.0 | pg | 27.0 | – 34.0 | YX |
| MCHC | 35.0 | g/dL | 32.0 | – 36.0 | YX |
| RDW | 14.2 | % | 11.7 | – 15.0 | YX |
| Platelets | 266 | x10E3/uL | 140 | – 415 | YX |
| Neutrophils | 49 | % | 40 | – 74 | YX |
| Lymphs | 40 | % | 14 | – 46 | YX |
| Monocytes | 8 | % | 4 | – 13 | YX |
| Eos | 1 | % | 0 | – 7 | YX |
| Basos | 2 | % | 0 | – 3 | YX |
| Neutrophils (Absolute) | 2.8 | x10E3/uL | 1.8 | – 7.8 | YX |
| Lymphs (Absolute) | 2.3 | x10E3/uL | 0.7 | – 4.5 | YX |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 | – 1.0 | YX |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 | – 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 | – 0.2 | YX |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

LAB: YX LabCorp Montgomery Hull              DIRECTOR: Alton Sturtevant B PhD

| Pat Name: PUGH,CEDRIC | Pat ID: 182373 | Spec #: 343-684-3278-0 | Seq #: 2003 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America     543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 343-684-3278-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 3 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ECC                    FASTING: Y
                       DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41147608487 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 182373 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **PUGH,CEDRIC** | M | 30 / 2 |

ACCOUNT:  Staton Correctional Facility
          Prison Health Services
          2690 Marion Spillway Road
          Elmore            AL   36205-0000
ACCOUNT NUMBER:   01308900

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/08/2005 | 12:20 | 12/09/2005 | 12/10/2005 | 8:27 | 2003 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

543 Hull Street, Montgomery,  AL 36104-0000

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 10/28/2005
TIME OF REPORT: 10:16 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 16/182373 | CEDRIC PUGH | ECC |

| DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|
| 10/12/05 | 8:30 AM | 10/27/05 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

Comment:    Results may be unreliable due to age of specimen

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

LabCorp

| | Specimen # | | Age | Primary Lab | Report Status | |
| Additional Information | | | | | | |

Clinical Information

Physician ID

Patient ID

Account

Patient Name: TOWN, CEDRI...

Sex

Age (Yr/Mos)

Patient Address

| Date Collected | Date Entered | Date Reported |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Chemistries | | | | | |
| Glucose, Serum | 92 | | mg/dL | 65 - 99 | |
| Uric Acid, Serum | 5.5 | | mg/dL | 2.4 - 5.9 | MB |
| BUN | 9 | | mg/dL | 7 - 25 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 8 | LOW | | 8 - 27 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.5 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.5 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.7 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 90 | | IU/L | 25 - 150 | MB |
| LDH | 146 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 16 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 20 | | IU/L | 0 - 40 | MB |
| GGT | 16 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 69 | | ug/dL | 40 - 155 | MB |
| Lipids | | | | | |
| Cholesterol, Total | 179 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 87 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 43 | | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 17 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 119 | High | mg/dL | 0 - 99 | |

Comment:

If initial LDL cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

Risk Category  LDL Goal  LDL Level (mg/dL)  LDL Level (mg/dL)
               mg/dL     at which to initiate  at which to
                         Therapeutic Lifestyle  consider Drug
                         Changes (TLC)          Therapy

CHD                    <100       >100          >or=130
2+ Risk Factors        <130       >or=130       >or=130
0-1 Risk Factors       <160       >or=160       >or=190
Chol/HDL Ratio         4.2        ratio units   3.3 - 5.0
Estimated CHD Risk     0.7        times avg.    0.0 - 1.0
                                  Chol/HDL Ratio
                                  Men   Women
                                  LDL/HDL Risk  1.0

FINAL

©2005 Laboratory Corporation of America® Holdings
All Rights Reserved

LabCorp

Specimen    Type    Primary Lab    Report Status

Additional Information

Clinical Information

Physician ID    WENDY    Patient ID
Bibb Correction
Account
Wilson Health Services
565 Bibb Lane
Brent AL    35034
205-926-5252
GROUP

Patient Name    CEDRIC    Sex    Age (Yr/Mo)

Patient Address

Date Collected    Date Entered    Date Reported

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| | | | | 2X Avg Risk  3.6 — 7.1 | |
| | | | | 3X Avg Risk 23.4 — 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio. Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Thyroid | | | | | |
| TSH | 0.411 | | uIU/ml | 0.350 — 5.500 | MB |
| Thyroxine (T4) | 8.1 | | ug/dL | 4.5 — 12.0 | MB |
| T3 Uptake | 31 | | % | 24 — 39 | |
| Free Thyroxine Index | 2.5 | | | 1.2 — 4.4 | |
| | | | | | |
| CBC, Platelet Ct, and Diff | | | | | |
| White Blood Cell (WBC) Count | 4.8 | | x10E3/uL | 4.0 — 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.15 | | x10E6/uL | 4.10 — 5.60 | MB |
| Hemoglobin | 14.5 | | g/dL | 12.5 — 17.0 | MB |
| Hematocrit | 44.1 | | % | 36.0 — 50.0 | MB |
| MCV | 86 | | fL | 80 — 98 | MB |
| MCH | 28.1 | | pg | 27.0 — 34.0 | MB |
| MCHC | 32.9 | | g/dL | 32.0 — 36.0 | |
| RDW | 13.1 | | % | 11.7 — 15.0 | MB |
| Platelets | 233 | | x10E3/uL | 140 — 415 | |
| Neutrophils | 51 | | % | 40 — 74 | MB |
| Lymphs | 40 | | % | 14 — 46 | MB |
| Monocytes | 7 | | % | 4 — 13 | MB |
| Eos | 1 | | % | 0 — 7 | |
| Basos | 1 | | % | 0 — 3 | MB |
| Neutrophils (Absolute) | 2.4 | | x10E3/uL | 1.8 — 7.8 | MB |
| Lymphs (Absolute) | 1.9 | | x10E3/uL | 0.7 — 4.5 | |
| Monocytes (Absolute) | 0.3 | | x10E3/uL | 0.1 — 1.3 | MB |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 — 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 — 0.2 | MB |
| | | | | | |
| Urinalysis, Routine | | | | | |
| Urinalysis Gross Exam | | | | | MB |
| Specific Gravity | 1.025 | | | 1.005 — 1.030 | MB |
| pH | 5.5 | | | 5.0 — 7.5 | MB |
| Urine Color | Yellow | | | Yellow | |
| Appearance | Clear | | | Clear | MB |
| WBC Esterase | Negative | | | Negative | |
| Protein | Negative | | | Negative, Trace | MB |
| Glucose | Negative | | | Negative | |
| Ketones | Negative | | | Negative | MB |
| Occult Blood | Negative | | | Negative | |

FINAL



pugh,cedric
ID: 182373

D.O.B.:
MALE
Meds:
Class:
Dr:        hamby
Tech:      dunnican

29 YEARS

05/31/2005 9:43:04

Vent. Rate:          61 bpm
RR Interval:         968 ms
PR Interval:         172 ms
QRS Duration:        98 ms
QT Interval:         392 ms
QTc Interval:        393 ms
QT Dispersion:       32 ms
P-R-T AXIS:    5°    64°    9°

SINUS RHYTHM
rSr' pattern in V1 or V2
PROBABLE NORMAL VARIANT

Summary: NORMAL ECG

* Unconfirmed Analysis

QTc=Hodges

Atria 3000 Int.ref20050202061.0004)

Serial #:92700-001627

L: 10 mm/mV
C: 10 mm/mV

B-188

"STABLE 25 mm/s
540 Hz

HCX

## HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

Name: *I. g. i CEDrIC*

State ID No.: *182373*

INSTITUTION: *Elmore*

DOB ▮▮▮▮▮▮▮

Race: *B*     Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Pea Sint* | *3-14-06* | | | | |

HISTORY/DIAGNOSIS:

*MO ABN*

### X-RAY REQUEST

| ABDOMEN/KUB | | FINGERS (R) MI DRE | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
|---|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | ORBITS | | STERNUM |
| ANKLE | | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | SKULL | | |

Pugh

### REPORT

RIGHT MIDDLE FINGER: There is evidence of fracture of the distal tuft without significant displacement of fracture fragments.

IMPRESSION:  DISTAL TUFT FRACTURE.

D & T: 03-15-06  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

*RE CRVP 1130*
*4/12/06*

HCX

Name: _Pugh, Cedric_

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: ___

DOB ___

INSTITUTION: _Elmore_

Race: _B_    Sex: _m_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Pleasant | 2/20/06 | 750 | X | | |

HISTORY/DIAGNOSIS:

R/O Ft Right Hand / 3rd finger

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND R & left | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Pugh

### REPORT

RIGHT MIDDLE FINGER: There is mild deformity of the distal phalanx of the right middle finger. This may be due to old trauma but an acute fracture cannot be completely excluded. Clinical correlation and follow up are suggested.

D: & T: 03-02-06  Howard P. Schiele, M.D./jhi Board Certified Radiologist  (Signature on file)

_3-3-06_

J. Kerlin RX
X-RAY TECHNOLOGIST'S NAME (PRINT)         X-RAY TECHNOLOGIST'S SIGNATURE

2-27-06
DATE, TIME EXAM PERFORMED

HCX

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**

Name: Pugh Cedric

State ID No: 182375

INSTITUTION: BIBB

DOB:

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| CRNP Hambry | 5-18-05 | | K | | |

HISTORY/DIAGNOSIS:

1. (R) elbow — Pain after lifting wghts
2. LS spine — Pain going ↓ left leg
3. CXR — HTN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | X error (LS) | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | X | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | X | SACRO-ILLIAC JOINTS | | WRIST |
| ELBOW (Right) | X | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

### REPORT

Pugh

RIGHT ELBOW: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D: & T: 05-20-05 Thomas J. Payne, III, M.D./jhi Board Certified Radiologist (Signature on file)

J. Kubek, RT.

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE

5-18-05
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 11-26-97 | | | Dental Screen. scheduled appt January 7th (pm) |
| 2-19-98 | 5 | NBC | 2 carps, 2% x/lo 1:100,000 Ep used w buccal + PA/ATM infiltration; simple forcep Ext. #5; Oral POI given. Meds given: ATB for op. |
| 4-2-99 | 32 | | Appt scheduled April 13 (S. martin) Gums swollen. |
| 4-13-99 | 32 | Ext | Rx 1.8cc 2% Lido ē epi. A/C POI Mons |
| 8/27/4 | | | Dental physical— |
| 12-3-01 | | | Sick call – Pt to RTC on 12-6-01 for Ext. 30 |
| 12-17-01 | | | IRM ē ANEST. #2 +3 · Do EXTS IF PAIN RECURS |
| 4/4/02 | | | Gingival inflammation indurgent int. 14-15 area. 1.8cc sed epi. evoled, sa Med. V. Refer to Des would be ext of malpositioned #13. |
| 9/4/02 | | | Pt. signed waiver for possible ext #13. |
| 4-22-03 | 3 | | Deep POL– Rem. 1.7a (3)/. L-2 ē ē ill? prognosis |
| 7-22-04 | 14 | Ext | Buccal undone flap 72mg lidocol ē .036mg Ep Buccal undone flap #4 delir ē #150 POI + meds w/ history |
| 10-4-05 | 21 | | Removed Ref: Pt presented in a c/c "My tooth is loose and it hurts." PA #21 was taken w/ generalized #21 – Severe alveolar bone loss w swelling, w tooth being a Lingl. Exam'd periol. Fractds #21 - Single Ext 2% Lid — w/ Rx/W/RX/pow 1.8 cc x 1.0 cc POI given. w/ follow Rx Mot 600 Lido x 3 days |
| 3/23/06 | 30 | | Ref: Ref/Rx. PA #30 tlc Exam'd carious #30 ok w/ Lign 2% Lid — w/ Rx/pow 1.8 cc Rx) POI given to pt |
| | | | |
| | | | |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| NAME: *PUGH, CEDRIC* | ID #: *182373* | RACE: *B* | DOB: |
|---|---|---|---|

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| | TOOTH | PRIORITY LIST |
|---|---|---|
| Date of Initial Examination: *8·20·97* | | |
| Initial Classification: *6-2-00* | | |
| Oral Pathology: *8/27/14* | | |
|   Gingivitis | | |
|   Vincent's Infection | | |
|   Stomatis | | |
|   Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
|   Periapical | | |
|   Bitewing | | |
|   Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS 7103 REV. 10/94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Cedric      Pugh_                    AIS #: _182573_

1.    I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Cedric Pugh_                                        _3-23-06_
**Patient's Signature**                              **Date**

                                                    _3-23-06_
**Dentist's Signature**                             **Date**

60528-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_    Date of Request: _1-24-06_
ID # _182373_    Date of Birth: _____ Location: _B2-146-B_
Nature of problem or request: _I'm requesting to inform that, I sign up for sick call to see the dentist About 2 Month Ago, And still hadn't seen the dentist yet. My 3 dollar was remove off My Account And I hadn't sign ANything for it to be remove._
_Cedric Pugh_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _1/25/06_
Time: _2200_
Receiving Nurse Intials _M_    Dental

**(S)ubjective:** _Charged and not seen_

**(O)bjective    (V/S): T:** ____ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

_Dental screening_

**(A)ssessment:** _Request reviewed_

**(P)lan:** _Saw Dentist 10-4-05 — last time charged by Dental — Signed up for filling and placed on list. On filling list    thank you_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Anne Gantt DA_
SIGNATURE AND TITLE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Cedric Pugh_                AIS #: _183373_

1.    I agree to having dental x-rays taken of my teeth and jaws in order to determine my
      dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation
      of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side
      effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


_Cedric Pugh_                                    _3-23-06_
**Patient's Signature**                          **Date**

_(signature)_                                    _3-23-06_
**Dentist's Signature**                          **Date**



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name _Cedric Pugh_____ AIS# _182373_

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth.  Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

## SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 21 | Extraction | 10-4-05 |
| | | |
| | | |
| | | |

_Cedric Pugh_
Patient's Signature

_____
Dentist's Signature

_10-4-05_
Date

_10-4-05_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** *Cedric Pugh*        **AIS #:** *182373*

1. I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

_____          _____
**Patient's Signature**                              **Date** 10-4-05

_____          _____
**Dentist's Signature**                              **Date** 10-4-08



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cedric Pugh_    Date of Request: _9-30-05_
ID # _182373_    Date of Birth: ▓▓▓▓    Location: _A2-65-70P_
Nature of problem or request: _I'm requesting to see the dentist,_
_to get A tooth pull soon as possible._
_Thank You_

_Cedric Pugh_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _10-1-05_ |
| Time: _2100_ |
| Receiving Nurse Intials _SM_ |

_Dental_

**(S)ubjective:** _Tooth pulled_

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_Dental screening_

**(A)ssessment:** _Request reviewed_

**(P)lan:** _Apt made Watch Newsletter_
_Thank you_

Refer to:    MD/PA    Mental Health    (Dental)    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Anne Garrett RN_
SIGNATURE AND TITLE



RECEIVED
DEC 03 2001

## HEALTH SERVICES REQUEST FORM

Print Name: _Cedric Pugh_                     Date of Request: _12/2/01_

ID#: _182375_     Date of Birth: ▓▓▓▓▓     Housing Location: _C2-29-Top_

Nature of problem or request: _I'm requesting to see the doctor_
_to get a tooth pull. Thank You._

_Cedric Pugh_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
*********************************************************************
*********************************************************************

## HEALTH CARE DOCUMENTATION

**Subjective:** " My back tooth is botheing me. 1)

**Objective: BP** _____ **P** _____ **R** _____ **T** _____

# 30
Broken — toothache

**Assessment:**
Alteration to Comfort,

**Plan:**
Pt to RTC on 12-6-01
for ext 30

**Refer to:** ____ **PA/Physician** ____ **Mental Health** _X_ **Dental**

_M Will_     **Title:** _Dental_     **Date:** _12/5/01_     **Time:** _____

**INMATE REQUEST SLIP**

Name _Cedric Pugh_____ Quarters _____ Date _3/31/99_

AIS # _182373_____

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     (✓) Other _____

Briefly Outline Your Request - **Then Drop In Mail Box**

I'm writeing To see wheN can I see A Doctor to ~~keep~~ pull My wisdom TeeTH. I CAN'T even eaT ON ONE side of My MOUTH AT All or Sleep AT NighT.

Do Not Write Below This Line - **For Reply Only**

"It hurts real bad" Started Tues. I tak Tylenol. Didn't help"

#32 - gums swollen - tooth is erupting through.

4-13-99

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (Check One)

( ) Warden     ( ) Deputy Warden     ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary Public     ( ) Record Office

N176

*NaphCare*

# Health Services Request Form

Print Name __Cedric Pugh__          Date of Request __6/14/02__

ID No. __182373__    Date of Birth ████████    Housing Location __G3-25-Top__

Nature of problem or request __I am having A bad tooth eak, And I can't sleep or eat on this, So I Need to see A dentist seen as possible To get it pulled. Thank you.__

_____

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------

### Health Care Documentation

Subjective   S/C upper back tooth bothers him for cold air and water to hit it — Has been hurting constantly for 3 days. Eats on the other side.

Objective    BP_____  P_____  R_____  T_____

Assessment   SHCU @ 600

Plan

Dental

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Cedric Pugh    Date of Request: 7-8-04

ID # 182373    Date of Birth    Location: D3-46-Top

Nature of problem or request: In requesting to see the dentist.
I need to get my tooth pull soon as possible
Thank You.

Cedric Pugh
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _____ / _____ / _____
Time: _____ AM PM
Allergies: _____

RECEIVED

Date: _____
Time: _____
Receiving Nurse Intials _____

RECEIVED JUL 11

(S)ubjective:

(O)bjective    (V/S):    T: _____    P: _____    R: _____    BP: _____    WT:

(A)ssessment:



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Cedric Pugh _____ Date of Request: 6-30-04

ID # 183873 _____ Date of Birth: ▓▓▓▓ Location: D3-46-70P

Nature of problem or request: I'm requesting to see the dentist to get a tooth pull.

_____

_____

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time: JUN 3 0 2004
Receiving Nurse Intials

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** Appt. 7-6-04
N/S

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )