IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-363-MEF |
| | ) |
| ALABAMA CORRECTIONAL INDUSTRIES | ) |
| COMMISSIONER BUTCH CALLOWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for thirty days within which to file response to answers filed by the plaintiff on June 22, 2006 (Court Doc. No. 21), and as no response is presently due from the plaintiff, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that upon receipt of all requisite answers and reports from the defendants the court will enter an order allowing him an opportunity to file a response to such documents.

Done this 29th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE