IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC PUGH, #182373,                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    CIVIL ACTION NO. 2:06-CV-363-MEF
                                         )
ALABAMA CORRECTIONAL INDUSTRIES          )
COMMISSIONER BUTCH CALLOWAY, et al.,     )
                                         )
        Defendants.                      )

**ORDER ON MOTION**

Upon consideration of the motion to quash service filed by defendant Julio E. Rios

on July 14, 2006 (Court Doc. No. 27), and as at this stage of the proceedings the court finds

that it would be a waste of limited judicial resources to quash service and require that the

United States Marshal execute service on this defendant, it is

ORDERED that the motion to quash be and is hereby DENIED.

Done this 14th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE