IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC PUGH, (AIS# 182373),                    *

      Plaintiff,                              *

V.                                             *          2:06-CV-363-MEF

ALABAMA CORRECTIONAL INDUSTRIES              *
COMMISSIONER BUTCH CALLOWAY, et al.
                                               *
      Defendants.
                                               *

## SPECIAL REPORT OF DEFENDANT JULIO E. RIOS, M.D.

COMES NOW Defendant Julio E. Rios, M.D., in response to this Honorable

Court's Order in this regard, and presents the following Special Report with regard to this

matter:

## I. INTRODUCTION

The Plaintiff, Cedric Pugh (AIS# 182373), is an inmate confined at Elmore

Correctional Facility located in Elmore County, Alabama.  In addition to various

employees of the Alabama Department of Corrections and Prison Health Services, Inc.,

Pugh has filed allegations alleging that he received improper treatment from this

Defendant, who is an emergency physician at Baptist Medical Center South in

Montgomery.  **Dr. Rios, however, did not treat the Plaintiff at Baptist Medical**

**Center South – and has in fact never been asked to evaluate or treat the plaintiff.**

(See Exhibit "A").  As directed, Dr. Rios has undertaken a review of the Plaintiff's claims

and is submitting this Special Report, which is supported by his own Affidavit (attached

hereto as Exhibit "A") and a copy of Plaintiff's Pugh's medical records from Baptist Medical Center South (attached hereto as Exhibit "B"). These evidentiary materials demonstrate that Plaintiff Pugh was never seen or treated by Dr. Rios. Moreover, these evidentiary materials further prove that all care and treatment of Mr. Pugh at Baptist Medical Center South was appropriate and proper on the occasion in question – and that the Plaintiff's allegations of improper care have no merit whatsoever.

## II. NARRATIVE SUMMARY OF FACTS

Dr. Julio Rios is a medical doctor who has been licensed as a physician in Alabama since 1998. Dr. Rios is board certified in the specialty of emergency medicine and currently serves as the Medical Director for the Emergency Department at Baptist Medical Center South in Montgomery, Alabama. (See Exhibit "A").

Cedric Pugh has filed a lawsuit against Dr. Rios based on an allegation that he was provided with inappropriate medical evaluation or treatment when presented to the Baptist emergency room on February 23, 2006. (See Complaint). Contrary to the Plaintiff's allegations, however, Dr. Rios did not evaluate or treat Mr. Pugh in any fashion whatsoever on February 23, 2006. (See Exhibits "A" and "B"). Rather, the physician who evaluated and treated him on that occasion was Dr. John Moorehouse, another emergency physician who is on staff at Baptist South. (Id.) Dr. Pugh has reviewed the Baptist South Emergency Department records regarding Cedric Pugh. (Id.) Although the "sticker" affixed to Mr. Pugh's chart indicates that Dr. Pugh was the physician who treated him on this occasion, this was a clerical error as all physician documentation in the chart is that of Dr. Moorehouse rather than Dr. Rios. (Id.)

At no time was Dr. Rios ever been asked to provide medical care, evaluation, or treatment to Cedric Pugh. (Id.). Dr. Rios has never had a physician-patient relationship with Pugh and has never provided him with any medical services whatsoever. (Id.)

Mr. Pugh was provided with appropriate and proper treatment at all times that he was in the Emergency Department at Baptist on February 23, 2006. (Id.) Mr. Pugh presented with a laceration to the middle finger of his right hand after it had been caught in a meat grinder. (Id.) Mr. Pugh was provided appropriate anesthesia, including a digital block to the finger in question with Marcaine, after which the wound was washed with saline, explored, and debrided. (Id.) A bulky dressing was then placed on the finger. (Id.) Mr. Pugh was given a Tetanus Diphtheria shot as well as an appropriate shot of Ancef, an antibiotic, in order to prevent infection. (Id.) He was discharged with a prescription for Lortab pain medication as well as Keflex, an oral antibiotic. (Id.) He was also given instructions to apply Neosporin dressing to the wound, to keep it clean and dry, and to follow up with an orthopedic surgeon. (Id.)

The treatment provided to Mr. Pugh in the Baptist South Emergency Department was appropriate and proper in all respects. (Id.) The involved personnel all met the applicable standard of care in their care, evaluation, and treatment of Mr. Pugh. (Id.) Mr. Pugh was not caused to suffer any injury or damages by any acts or omissions of any of the health care providers in the Baptist Emergency Department – or as a result of any of the care and treatment provided to him in the Emergency Department. (Id.) Mr. Pugh was not denied any needed medical treatment at the Baptist South Emergency Department, nor did anyone in the Emergency Department act with deliberate indifference to any serious medical need of Mr. Pugh. (Id.)

## III. DEFENSES

Defendant Rios asserts the following defenses to the Plaintiff's claims:

1.    The Defendant denies each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

2.    The Defendant pleads not guilty to the charges in the Plaintiff's Complaint.

3.    The Plaintiff's Complaint fails to state a claim against the Defendant for which relief can be granted.

4.    The Defendant affirmatively denies any and all alleged claims by the Plaintiff.

5.    The Plaintiff is not entitled to any relief requested in the Complaint.

6.    The Defendant pleads the defense of qualified immunity and avers that the actions taken by the Defendant were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.    The Defendant is entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendant has violated any clearly established constitutional right.

8.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

9.    The allegations contained in the Plaintiff's Complaint against the Defendant sued in his individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities.

See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

10.     The Defendant pleads all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

11.     The Defendant avers that he was at all times acting under color of state law and, therefore, is entitled to substantive immunity under the law of the State of Alabama.

12.     The Defendant pleads the general issue.

13.     This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendant would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

14.     The Defendant pleads the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render him liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

15.     The Defendant pleads the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

16.     The Defendant pleads the affirmative defense that the Plaintiff has failed to mitigate his own damages.

17.     The Defendant pleads the affirmative defense that he is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

5

18.    The Defendant adopts and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

19.    The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). The Plaintiff has failed to pursue the administrative remedies available to him.  See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning Defendant's deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

20.    The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendant who is entitled to immunity.

21.    The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e).

22.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

23.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendant who is a state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

24.    The Defendant asserts that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award this Defendant reasonable attorney's fees and costs incurred in the defense of this case.

## IV. ARGUMENT

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002) (citing Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Pugh's medical records reveals that Pugh has been given appropriate medical treatment at all times. (See Exhibits "A" & "B"). All of the allegations contained within Pugh's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Pugh's claims against this Defendant are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Pugh must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Pugh must allege and prove that he suffered from a serious medical need, that the Defendant was deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler

County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

Dr. Rios may only be liable if he had knowledge of Pugh's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Pugh cannot carry his burden. The evidence submitted with this Special Report clearly shows that Dr. Rios did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. **The evidence demonstrates, to the contrary, that Dr. Rios had no involvement whatsoever in Pugh's medical care – and that appropriate standards of care were nonetheless followed at all times by those who did care for him.** (Id.) These facts

8

clearly disprove any claim that the Defendant acted intentionally or recklessly to deny treatment or care.

A Montgomery federal court held that "[w]here a plaintiff does not allege that a defendant personally participated in alleged constitutional deprivations, the plaintiff must establish an affirmative causal connection between the act or omission complained of and the alleged constitutional deprivations in order to sustain a § 1983 cause of action against the defendant.' Ludlam v. Coffee County, 993 F.Supp. 1421 (M.D. Ala. 1998). The Plaintiff fails to identify any act of omission by Dr. Rios that resulted in a constitutional violation. Accordingly, Plaintiff fails to meet the standard by which a § 1983 claim can be sustained against Dr. Rios.

It is unclear whether the Plaintiff brings a state law claim for medical malpractice against Dr. Rios. In any event, the Plaintiff cannot establish any such state law claim against Dr. Rios. Under Alabama law:

> In order to establish a cause of action for medical malpractice, a plaintiff must establish, generally by expert testimony: (1) the appropriate standard of care, (2) a breach of that standard of care, and (3) a proximate causal connection between the defendant doctor's act or omission constituting the breach and the injuries sustained by the plaintiff. Unless, the cause and effect relationship between the breach and the standard of care and the subsequent complication or injury is so readily understood that a lay person can reliably determine the issue of causation, a plaintiff must establish causation through expert testimony.

Prowell v. Children's Hospital of Alabama, 2006 WL 130497 (Ala. 2006) (internal quotations and citations omitted). The Plaintiff has not and cannot establish through medical expert testimony that any act or omission by Dr. Rios violated the applicable standard of care. Indeed, Dr. Rios did not ever have any involvement in the Plaintiff's medical care.

Finally, pursuant to the Court's Order, the Defendant requests that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment. The Defendant has demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to him and that he is, therefore, entitled to a judgment in his favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

## V. <u>CONCLUSION</u>

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. Accordingly, the Defendant requests that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in his favor.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Julio E. Rios, M.D.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> J. Matt Bledsoe, Esq,
> Office of the Attorney General
> 11 South Union Street
> Montgomery, Alabama 36130
>
> E. Ham Wilson, Jr., Esq.
> Ball, Ball, Matthews & Novak, P.A.
> P.O. Box 2148
> Montgomery, Alabama 36102-2148

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Cedric Pugh (AIS# 182373)
> Elmore Correctional Facility
> P.O. Box 8
> Elmore, AL 36025

s/L. Peyton Chapman, III

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC PUGH, (AIS# 182373),                    *

     Plaintiff,                                   *

V.                                             *    2:06-CV-363-MEF

ALABAMA CORRECTIONAL INDUSTRIES              *
COMMISSIONER BUTCH CALLOWAY, et al.
                                               *
     Defendants.                                  
                                               *

### AFFIDAVIT OF JULIO E. RIOS, M.D.

**BEFORE ME,** Barbara A. Green, a notary public in and for said

County and State, personally appeared **JULIO E. RIOS, M.D.**, and being duly sworn,

deposed and says on oath that the averments contained in the foregoing are true to the

best of his ability, information, knowledge and belief, as follows:

"My name is Julio E. Rios. I am a medical doctor and am over 21 years of age. I

am personally familiar with all of the facts set forth in this affidavit. I have been licensed

as a physician in Alabama since 1998. I am board certified in the specialty of emergency

medicine. I currently serve as the Medical Director for the Emergency Department at

Baptist Medical Center South in Montgomery, Alabama.

I understand that an individual named Cedric Pugh has filed a lawsuit against me

based on an allegation that I provided him with inappropriate medical evaluation or

treatment when he presented to the Baptist emergency room on February 23, 2006.

Contrary to the Plaintiff's allegations, however, I did not evaluate or treat Mr. Pugh in

any fashion whatsoever on February 23, 2006. Rather, the physician who evaluated and



EXHIBIT

A

treated him on that occasion was Dr. John Moorehouse, another emergency physician who is on staff at Baptist South. I have reviewed the Baptist South Emergency Department records regarding Cedric Pugh (copies of which are being produced to the Court along with this Affidavit). Although the "sticker" affixed to Mr. Pugh's chart indicates that I was the physician who treated him on this occasion, this was a clerical error as all physician documentation in the chart is that of Dr. Moorehouse rather than myself. At no time have I ever been asked to, nor have I, provided medical care, evaluation, or treatment to Cedric Pugh. In other words, I have never had a physician-patient relationship with Dr. Pugh and have never provided him with any medical services whatsoever.

Based on my review of Mr. Pugh's chart from the Baptist Emergency Department, however, I <u>can</u> say with certainty that Mr. Pugh was provided with appropriate and proper treatment at all times that he was in the Emergency Department on February 23, 2006. Mr. Pugh presented with a laceration to the middle finger of his right hand after it had been caught in a meat grinder. Mr. Pugh was provided appropriate anesthesia, including a digital block to the finger in question with Marcaine, after which the wound was washed with saline, explored, and debrided. A bulky dressing was then placed on the finger. Mr. Pugh was given a Tetanus Diphtheria shot as well as an appropriate shot of Ancef, an antibiotic, in order to prevent infection. He was discharged with a prescription for Lortab pain medication as well as Keflex, an oral antibiotic. He was also given instructions to apply Neosporin dressing to the wound, to keep it clean and dry, and to follow up with an orthopedic surgeon.

The treatment provided to Mr. Pugh in the Baptist South Emergency Department was appropriate and proper in all respects. The involved personnel all met the applicable standard of care in their care, evaluation, and treatment of Mr. Pugh. Mr. Pugh was not caused to suffer any injury or damages by any act or omission of any of the health care providers in the Baptist Emergency Department – or as a result of any of the care and treatment provided to him in the Emergency Department. Mr. Pugh was not denied any needed medical treatment at the Baptist South Emergency Department, nor did anyone in the Emergency Department act with deliberate indifference to any serious medical need of Mr. Pugh."

Further affiant sayeth not.

**JULIO E. RIOS, M.D.**

STATE OF ALABAMA        )
                        )
COUNTY OF MONTGOMERY    )

Sworn to and subscribed before me on this the _14th_ day of _August, 2006_, 2006.

Notary Public
MyCommissionExpires

MY COMMISSION EXPIRES
8-30-08

3



BG805400391    PUGH, CEDRIC
DOB: 09/21/75    Age: 30Y    MR #: 598203
Admit Date/Time: 02/23/06    1132A
918 RIOS, JULIO E

*Pugh*



## Baptist HEALTH — Nursing Chart Long Form
Page 1

**Patient Name:** Pugh    **Arrival Time:** 10 30 am
**Family Doctor:** Ø    **Triage Time:** 11 30

---

**Date:** 2/23    **Source:** ☑ Patient  O Other: _____    **Birthdate:** _____    **Age:** 30    O Pediatric (>29 days – 12 years)

**Sex:** ☑ M  O F   **LMP:** _____   **Weight** 220 lbs / kg (Actual)   **Height** _____   **Immunization status:** Unk   **Last Tetanus:** 2005 1991

**Allergies:** ☑ NKA  O Latex    **Allergy Reaction:** _____

### CHIEF COMPLAINT/Reason for Visit:
O Return visit Same Day
O Return visit within 72 hours
O Workers Comp

Laceration ® 3rd dig T
(grinding auger)

### MODE / METHOD OF ACCESS

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | |
|---|---|---|---|---|
| ☑ Automobile/Other | ☑ Ambulatory | ☑ Home | O None | O O2 Therapy    O IV |
| O Ambulance / Air | O Wheelchair | O Physician Office | O Ice | O Airway    O Medications |
| O Law enforcement | O Stretcher | O Nursing Home | O Dressing(s) | O Intubation    O CPR |
| O Auto Assist | O Carried | O Hospital | O Splint(s) | O Monitor    O Glucose _____ |
|  | O Other | ☑ Other Jail | O C-collar/Backboard | O ACLS Protocol   O Decon |

### VITAL SIGNS TAKEN:  O SITTING  O LYING  O STANDING

**Orthostatic Vital Signs**

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | Time | 〉10 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 30 | 98.9 | PO | 66 | 16 | 150/83 | 100 | Pulse B/P | | | |

**PAIN SCALE**

Numeric Scale  0=No Pain  10=Worst Pain Imaginable
O  **Pain Intensity Rate:** _____  @ rest: _____
O  **Face Scale:** (Faces Scale/Wong & Baker) / FLACC

**Level of consciousness:** ☑ A&O x3   O disoriented to: person / place / time / situation
O dementia   O decreased LOC   O unconscious/comatose

**Skin:** ☑ Warm & Dry  O Hot  O Cool  O Cold  O Clammy  O Diaphoretic  O Pale

**Safe in home:** O Yes  O No  Intervention: _____

**ADVANCE DIRECTIVES:** O DNR  O LIVING WILL  ☑ NONE  O Information Given
**Past Medical History:** O Denies   O Unable to Assess
Exposure to: O HIV  O Aids  O SARS  O STD  Symptoms: _____
Vaccinations: O Pneumonia  O Influenza  O Information Provided
Tobacco 1 Pack/day  Alcohol _____ drinks/day  Substance Abuse _____  O Cessation Advised
Neuro: CVA  TIA  Migraines  Seizures
EENT: Cataract  Glaucoma  HOH  Blind
Cardiac: MI  CHF  CABG  HTN  Pacer  Dysrhythmia
Pulmonary: Asthma  Bronchitis  COPD  Pneumonia
GI: Ulcers  GI Bleed  Constipation  Diverticulitis
GU: UTI  Kidney Stone  Prostate  Dialysis  AV Shunt
GYN: Pregnant now  Ectopic
Ortho: Osteo  Arthritis  Back pain
Endo: Thyroid  Diabetes
Cancer: _____
Psychiatric: Depression  Alzheimer
Autism  Parkinson's  Bi-polar
Schizophrenia  Prior Psych Admit
Hostile on admission

**Onset of pain:** _____
**Location of pain:** _____
**Quality:** _____

**Trauma Assessment** ☑ Yes  O No
O Assault    O MVC Speed _____
O Stab    Impact: Rear / Front / T-Bone
O GSW    O Driver  O Passenger
O Fire    O Front  O Rear
O Fall    O Airbag  O Restrained
      O Motorcycle  O Bicycle
    Helmet O Yes  O No
☑ Other Laceration

**Pain Scale faces:**
0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORST

### CURRENT MEDICATION(S)    Meds Disposition: O Patient  O Family  O Other

| ☑ None | O See Medication List (attached) | | Nurse 1 |
|---|---|---|---|
| O Narcotics | Drug: | Count _____ | Nurse 2 |

**TRIAGE INTERVENTION(s):** O Ice/Elevation  O Dressing/Splint  O Glucose _____  O EKG  O C-Collar  O Respiratory Precautions

| Triage Category: | Triage disposition time 11 30 TO O ER Bed _____  O FT Bed _____ | Triage Nurse Signature:  ID # |
|---|---|---|
| ① ② Ø ④ ⑤ | O Waiting Room  O Hallway Bed  Report to Cunningham | Cunningham |

EA160    ...ED BY: mrussell    DATE 7/7/2006    For...

**EXHIBIT B**

Nursing Chart Long Form Page 2

| Airway and C-spine | O Clear    O Obstructed | Patient Label |
| --- | --- | --- |
| ☑ WNL | O Intubated size _____ cm @ lip _____ | |
| O Abnormal | O C-spine secured by ED staff | |

**Breath Sounds**

| | Rales | Rhonchi | Wheezes | Diminished | Absent |
| --- | --- | --- | --- | --- | --- |
| ☑ WNL / Clear | | | | | |
| O Abnormal | R. O | O | O | O | O |
| | L O | O | O | O | O |

| Respiratory | O Labored | O Apneic | O Expiratory Grunting | O Home Oxygen ____ L/min |
| --- | --- | --- | --- | --- |
| O WNL | O Rapid | O Retractions | O Cough - Productive | |
| O Abnormal | O Shallow | O Stridor | O Cough - Non-productive | |
| | O Nasal Flaring | O Tracheal deviation | O Sputum: color ____ | |

| Cardiovascular | O Thready/weak | O Chest Pain/Tightness | O Irregular | Notes: Monitor Rhythm |
| --- | --- | --- | --- | --- |
| ☑ WNL | O Diaphoresis | O Dizziness | O Cyanosis | |
| O Abnormal | O Arrhythmia | O Edema | O Pulses X 4 | O See Strips   O ICD |

| Neurological | O LOC | O Combative | O Lethargic | Notes: |
| --- | --- | --- | --- | --- |
| ☑ WNL | O Headache | O Syncope | O Tremors | O Seizure precautions |
| O Not Assessed | O Disoriented | O Seizures | O Vertigo/Dizzy | O Neuro vital signs (see NN) |
| O Playful | O Speech difficulty / slurred | O Confusion | O Unresponsive | O Glasgow Coma Scale |
| O Interactive with | O Responds to Voice only | O Responds to Pain only | O Follows | O CVA Protocol (NIH Stroke Scale) |
| environment | O Change in mental status | O Moves all extremities | commands | |

| GI | O N/V/D | O Cramping | O Constipation | O Rigid Abd | O Nutritional risk   Yes  No |
| --- | --- | --- | --- | --- | --- |
| O WNL | vomiting x ___ | O Pain | O Distention | O Tender Abd | O Dentures  Upper  Lower |
| ☑ Not Assessed | O BS + - | O Bleeding | O Weight Loss / Gain | O Last BM____ | O Meal Given |

| GU / GYN | O Pregnant | O Pain | O Freq/urgency | O Amenorrhea | Notes: |
| --- | --- | --- | --- | --- | --- |
| O WNL | G__P__A__ | O Distention | O Incontinent | O Dysmenorrhea | O Ostomy _____ |
| O Not Assessed | EDC _____ | O Hematuria | O Flank pain L R | O Vaginal Bleeding | O Foley size _____ |
| | O FHTs ____ | O Burning | O Blood at Meatus | O Discharge | Urine description: |

| Musculo-skeletal | O Pain | O Unable to Assess Gait | O Splinting | Notes:  R  L  Handed |
| --- | --- | --- | --- | --- |
| O WNL | O Swelling | O Unsteady gait | O Weakness | Gait Device: Cane  Walker |
| O Not Assessed | O Deformity | O Assist Device | O History of falls | Crutches  W/C  Prosthesis |

| Integumentary | O Bruises | O Wound | O Pale  O Cyanotic  O Jaundice | Notes: |
| --- | --- | --- | --- | --- |
| O Intact | O Rash | O Laceration | O Fistula : Location_____ | O Exposure to Chemicals |
| O Not Assessed | O Abrasions | O Lesions | O Bruit + -    O Thrill + - | O Burns |

| EENT: | O Eye R L Both Pupil size R ____ mm L ___ mm  Hearing Aid: R L B | O Visual Acuity |
| --- | --- | --- |
| O WNL | O Ear R L Both  O Drainage  O Itching  O Pain | R 20/___  L 20/___  B 20/___ |
| ☑ Not Assessed | O Nose R L  O Throat  O Dental  O Congestion  O Redness | Glasses  Contacts |

| Psychiatric: | O Memory changes  O Delusions | O Calm  O Suicidal ideations | Notes: |
| --- | --- | --- | --- |
| ☑ WNL | O Depression  O Insomnia | O Hostile  O Homicidal ideations | O Environment secured |
| O Not Assessed | O Anxiety  O Hallucinations | O Agitated  Plan?  Yes  No | O Restraints Present |

| Suspected:  ☑ None | Communication Deficit: | Barriers to learning:  O None | Support System: |
| --- | --- | --- | --- |
| O Child/Elder Abuse | O No deficit | O Physical limits _____ | O Lives Alone |
| O Sexual Assault | O Language barrier | O Emotional _____ | O Family/Significant Other |
| O Domestic Violence | O Hearing Impaired | O Cultural _____ | O Minor w / Parent |
| O Victim of Violent Crime | O Uses Sign Language | O Religious/Spiritual _____ | O Minor w/o Parent |
| Referrals/Reporting: | O Visually Impaired | O Suspected low literacy skills | O Nursing Home |
| O Social Service | O Altered Mental Status | O Developmental disability | O Assisted Living Home |
| O Behavioral Health | O Translator | | O Other |
| O Police / Security | Dominant Language: _____ | Safety measures addressed | Marital Status:  S  M  W  D |
| O CPS / APS / DHHR | | O Side rails Up  O ID Bracelet On | |
| O Animal Bite | | O Risk of falls  O Falls Bracelet | |
| O Poison Control | Developmental Milestones | | |
| O SART / SANE | O Achieved  O Delayed | Nurse Signature (Nurse completing assessment) | Date 8100 | Time 2730 |



BU805400391    PUGH,CEDRIC
DOB: 09/21/75    Age:30Y    MR #:698203
Admit Date/Time: 02/23/06    1132A
919 RIOS,JULIO E

**Baptist** HEALTH

Nursing Chart
Long Form    Page 3

Patient Name: _____

| IV Push is medications given in < 16 minutes | | | | | | MEDICATIONS | | | (*Put medications in the same syringe on one line*) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Route | | | | | | | | | | Response to Medication | | |
| Time | IV Push | IM | SC | PO | Other | Medication | Dose | Site | Initials | Time | Pain Scale Other | | Initials |
| 1440 | O | ⊗ | O | O | O | *Ancef* | *1 Gm* | *Deltoid* | ND | 1450 | *No Reaction* | | ND |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |
| | O | O | O | O | O | | | | | | | | |

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics:   O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

| PARENTERAL THERAPY - IV FLUIDS | | | | | | | O IV Pump   O Warmed solution   O Buritrol | | |
|---|---|---|---|---|---|---|---|---|---|
| Site | Per Hr IV O | KVO O | Lock O | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |

| Site | | | | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Time | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ | | | | | O | O | | | O | |
| | Attempts x_____ | | | | | O | O | | | O | |
| | | | | | | O | O | | | O | |
| 2 Time | Per Hr IV O | KVO O | Lock O | | | O | O | | | O | |
| | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x_____ | | | | | O | O | | | O | |
| 3 Time | Per Hr IV O | KVO O | Lock O | | | O | O | | | O | |
| | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x_____ | | | | | O | O | | | O | |

| INTAKE | Amount | OUTPUT | Amount | Response to IV therapy |
|---|---|---|---|---|
| Oral | | Urine | | O Tolerated well, no adverse reaction noted |
| IV | | Gastric | | |
| Other | | Other | | **Blood Transfusion** | IV Site at disposition |
| TOTAL | | TOTAL | | O Routine   O Emergent | Time: _____   O Patent   O Discontinued |
| | | | | Total # of units | O No redness   O No swelling   O catheter intact |

**Vital Signs**   O Continuous NIBP (strips attached)          Titrated Medications   O See flow sheet

| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Initials |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Nursing Chart Long Form Page 4

## PROCEDURES / TREATMENT CARE

**EYE**
- O Eye Exam -- *NO FB found*
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation   R   L   Both
- Amount _____

**NOSE/EAR**
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R  L

PUGH, CEDRIC
DOB: 08/21/75   Age: 30Y   MR #: 598203
Admit Date/Time: 02/23/06        1132A
919 RIOS, JULIO E

- O Procedure *"Time Out"* by: _____

### CARDIOLOGY
- O Cardiac monitor
- O EKG -- by ED staff
- O Repeat EKG  by ED staff
- O Pulse Ox-continuous
- O Central line  O < 5yr  O ≥ 5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥ 5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

### GI / GU
- O Straight/quick cath for UA
- O Foley catheter   Size_____
- O Bladder irrigation
- O Foley removed
- O Rectal exam   O Anoscopy
- O Rectal disimpaction
- O Enema     O Repeat x ___
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

### RADIOLOGY
- O X-Ray preparation
- O CT  US  MRI  IVP
- O IV contrast  O Oral contrast
- O Monitor in radiology / CT

#### LAB
- O Venipuncture (ED Staff)
- O Lab Test (any)
- O Specimen collection (not blood)
- O Point of care test
- O Urine Dip    O Rapid Strep
- O Central line blood draw
- O Hemocult    +  −
- O Genital cultures

### SPECIAL PROCEDURES
- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

#### BEHAVIORAL MANAGEMENT
- O Psychiatric evaluation
- O Restraints
- O Seclusion or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

### PULMONARY
- O Airway: Oral Nasal   O Oxygen  Mask  Cannula ____ Liters/min   O End-tidal CO2  +  −
- O Intubation Tube: _____       O Cricothyroidotomy   O Thoracentesis (Needle)
- O PTA O ED  O Anesthesia      O Tracheostomy       O Chest tube insertion
- O Rapid sequence induction     O Trach Care        Tube size: ____ R / L  O Bilateral
- O Ventilation assist Bi-Pap C-Pap   O Suction Oral/Nasal/Trach   O Nebulizer(s) X _____

- O CPR
- O **CODE**   Time: _____
- Medical  Pediatric  Trauma
- O **Code Sheet Completed**
- Trauma team  O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:**  O Sent home   O Secured / hospital safe   O Patient retains/accepts responsibility   O Sent with patient
O Dentures  O Glasses   O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other: _____

- Ⓧ Discharged  Time 1450
  - O Nursing Home
  - O AMA  signed  unsigned
  - O LBMSE

**Admitted**  Time _____ Room_____
- O Regular Room
- O Telemetry     O ICU / CCU
- O Surgery       O Cath Lab
- O Psychiatric   O Observation

**Transferred**   Time: ___
- O Hospital
- O Psychiatric

O **Extended Stay** (>4 hours)

- O **Expired**   Time: _____
  - O Coroner called
  - O Released to Funeral Home
  - O Organ donation addressed

Notes:

## TEACHING / DISCHARGE CARE        CORE MEASURES:    O AMI    O Pneumonia    O Heart Failure    O Stroke

- Smoking cessation advised  O < 3 min  O ≥ 3 min
- Ⓧ Discharge Instruction sheet provided
- Ⓧ Verbal understanding of discharge / RX
- O Meds dispensed by physician
- O Extended patient education

**Instruction(s) given to:**
- Ⓧ Patient
- O Parent / Family
- O Friend
- Ⓧ Other *Correction Ofc.*

**Discharge Mode:**
- Ⓧ Ambulatory  O Carried
- O Ambulance  O Crutches
- O Wheelchair  O Stretcher

**Accompanied by:**
- O Self / Parent
- O Spouse    O Friend
- O Police    O Family
- Ⓧ Other *Correction Ofc.*

O Work/School Excuse (see copy)      O Workers Comp Papers Initiated (see copy)      O ED Boarder  Time:

## TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT | Triage Out Note: |
|------|------|-------|------|-----|----------|------------|-----|------------------|
| 1450 | 98.4 | 77 | 18 | 136/71 | 100% | 9/10 | | Dx to Ⓡ hand - drainage noted. |

**Condition:** Ⓧ improved   O unchanged

Signature and Employee ID _____   Initials ____

Signature and Employee ID   M. Dunn, RN 10647

PRINTED BY: mrussell      DATE: 7/7/2006

Admit Report called to: _____   Time: ____

Discharge Nurse   M. Dunn, RN  10647   Initials UD



80605400391   PUGH,CEDRIC
DOB: 09/21/75   Age:30Y   MR #:598203
Admit Date/Time: 02/23/06   1132A
919 RIOS,JULIO E



**AERAS**
**PHYSICIAN**
**ORDER SHEET**

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | **LABORATORY** | | |
| | ❏ 911 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT  PTT<br>Type & Cross 2 Units – OR -<br>O-Negative Emergency Release |
| | ❏ 922 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT  PTT<br>Type & Screen |
| | ❏ 933 Trauma Panel | CBC<br>Basic Metabolic<br>Urinalysis | Pregnancy Test | |
| | ❏ ABG | ❏ Acute Asthma<br>❏ Acidosis<br>❏ Alkalosis<br>❏ Burns to Face<br>❏ Cardiopulmonary Arrest<br>❏ CHF | ❏ COPD<br>❏ Dyspnea (unexplained)<br>❏ Hypoventilation<br>❏ Morbid Obesity<br>❏ Multiple Trauma<br>❏ Noxious Gas Inhalation | ❏ Pleural Effusion<br>❏ Pneumonia<br>❏ Pneumothorax<br>❏ Pulmonary Embolus<br>❏ Respiratory Distress<br>❏ Other _____ |
| | ❏ AccuChek | ❏ Decreased LOC<br>❏ Hx of Diabetes/Hypoglycemia | | ❏ Other |
| | ❏ Amylase<br>❏ Lipase | ❏ Abdominal Pain<br>❏ Diabetes<br>❏ Nausea/Vomiting | ❏ Other | |
| | ❏ BMP Basic Metabolic Panel | ❏ Complications Related to<br>❏ Pregnancy<br>❏ Diabetes Complications<br>❏ Dizziness/Giddiness<br>❏ Drowsiness | ❏ Edema<br>❏ Febrile Convulsions<br>❏ Glomerulonephritis<br>❏ Hypertensive Disease | ❏ Hypoglycemia<br>❏ Long-term use of Medications<br>❏ Seizure (convulsion)<br>❏ Other _____ |
| | ❏ CMP Comprehensive Metabolic | ❏ Acidosis<br>❏ Alkalosis<br>❏ CHF<br>❏ Coma<br>❏ Diabetes<br>❏ Diarrhea | ❏ Dehydration<br>❏ Dizziness<br>❏ Drowsiness<br>❏ Edema/Ascites<br>❏ Hypertension<br>❏ Long-term Medication(s) | ❏ Malnutrition<br>❏ Nausea/vomiting<br>❏ Pulmonary Edema<br>❏ Seizure<br>❏ Other _____ |
| | ❏ BNP | ❏ Congestive Heart Failure<br>❏ Edema/Lower Extremities | ❏ Pulmonary Edema<br>❏ SOB | ❏ Other |
| | ❏ CBC | ❏ Abdominal Pain<br>❏ Abnormal Bleeding<br>❏ Blood Loss – Hemorrhage<br>❏ Chills<br>❏ Epistaxis<br>❏ Fatigue/Malaise<br>❏ Flank Pain | ❏ Infection<br>❏ Hemoptysis<br>❏ High Risk Medication(s)<br>❏ Lethargy<br>❏ Long-term Medications<br>❏ Lymphadenopathy<br>❏ Malnutrition | ❏ Pallor<br>❏ Postural Dizziness<br>❏ Short of Breath – Apnea<br>❏ Splenomegaly<br>❏ Weakness<br>❏ Weight Loss<br>❏ Other _____ |
| | ❏ D-Dimer | ❏ Erythema<br>❏ Lower Extremity Pain | ❏ Swelling<br>❏ Tenderness | ❏ Other |
| | ❏ Digoxin | ❏ Arrhythmia (A-Fib/A-Flutter/Abberancy)<br>❏ Concomitant Use of Interacting Drug<br>❏ CHF | ❏ Digoxin Toxicity<br>❏ Anorexia<br>❏ Nausea ❏ Vomiting ❏ Diarrhea<br>❏ Abdominal Pain<br>❏ Headache | ❏ High Risk Patient<br>❏ Long-term Medication(s)<br>❏ Other _____ |
| | ❏ Magnesium | ❏ Abnormal Weight Loss<br>❏ Arrhythmia(s)<br>❏ Chronic Alcoholism<br>❏ Coma<br>❏ Convulsion<br>❏ Diabetic Acidosis<br>❏ Diuretic Therapy | ❏ Drowsiness<br>❏ Drug Abuse<br>❏ Fatigue/Malaise<br>❏ Hypocalcemia<br>❏ Hypokalemia<br>❏ Long-term Medication(s)<br>❏ Muscular Paralysis | ❏ Pre-eclampsia<br>❏ Shock<br>❏ Syncope<br>❏ Tetany<br>❏ Tremor<br>❏ Other _____ |
| | ❏ PT-INR<br>❏ PTT | ❏ Acute MI<br>❏ Acute Pancreatitis<br>❏ A-Fib/A-Flutter<br>❏ Anemia | ❏ Epistaxis<br>❏ GI Bleeding<br>❏ Hematuria<br>❏ Hemorrhage | ❏ Long-term Antibiotics<br>❏ Poisoning by Anticoagulant<br>❏ Unstable Angina<br>❏ Vitamin K Deficiency |



ER 160

**PAGE 1 OF 4**    Form #ER 16005 Revised  02/13/06



B0605400391    PUGH,CEDRIC
DOB: 09/21/75   Age:30Y   MR #:598203
Admit Date/Time: 02/23/06    1132A
919 RIOS,JULIO E



**Baptist** HEALTH

**AERAS
PHYSICIAN
ORDER SHEET**

| Date/Time | TEST | | SYMPTOMS | |
|---|---|---|---|---|
| | **LABORATORY** | | | |
| | ❏ Troponin I | ❏ Abnormal Electrocardiogram<br>❏ ACS (Angina, Acute MI)<br>❏ Apnea/SOB/Wheezing | ❏ Arrhythmia/Tachycardia<br>❏ Chest Pain<br>❏ Injury to Thorax, Abdomen, Pelvis | ❏ Respiratory Distress<br>❏ Insufficiency<br>❏ Other _____ |
| | ❏ Urinalysis<br>❏ Clean Catch<br>❏ Cath | ❏ Abdominal Pain<br>❏ Diabetes<br>❏ Dysuria<br>❏ Edema<br>❏ Fever | ❏ Flank Pain<br>❏ Hematuria<br>❏ Hesitancy<br>❏ Hypertension<br>❏ Known Kidney Disease | ❏ Long-term Medications<br>❏ Nocturia<br>❏ Pelvic Pain<br>❏ Trauma to Kidney/Urinary Tract<br>❏ Other _____ |
| | ❏ Foley Catheter | Record Output | | |
| | ❏ Blood Cultures | X's ___ | ❏ Fever | ❏ Other |
| | ❏ Hemoccult<br>❏ Gastroccult | Other | | |
| | ❏ GC Chlamydia<br>❏ Wet Prep | ❏ Herpes | Other | Other |
| | ❏ Urine Pregnancy<br>❏ Serum Pregnancy | ❏ Qualitative<br>❏ Quantitative | | |
| | ❏ Toxicology Screen<br>❏ ETOH Level | ❏ Urine Drug Screen<br>❏ Serum Drug Screen | ❏ Other Drug Level(s) _____ | |
| | ❏ Other Lab Tests | ❏ | ❏ | ❏ |
| | ❏ Type (Rh)<br>❏ Type & Screen<br>❏ Type & Cross | X's ___ Units | ❏ Other Blood Products _____ | |
| | **RADIOLOGY** | | | |
| | X-ray<br>❏ C-Spine<br>❏ T-Spine<br>❏ L-Spine | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ❏ Trauma<br>❏ Other | |
| | X-ray<br>❏ Chest<br>❏ Portable<br>❏ Standing PA/L | ❏ Abnormal Sputum<br>❏ Abnormal Weight Loss<br>❏ Abnormal X-ray<br>❏ Chest Pain<br>❏ Clubbing of Fingers | ❏ Coma<br>❏ Cough<br>❏ Cyanosis<br>❏ Fever<br>❏ Hemoptysis | ❏ Palpitations<br>❏ Respiratory Infection<br>❏ Respiratory Distress<br>❏ Shock<br>❏ Other |
| | X-ray<br>❏ Abdominal Series<br>❏ KUB | ❏ Abdominal Pain<br>❏ Abdominal Rigidity<br>❏ Abdominal Swelling<br>❏ Abdominal Tenderness<br>❏ Aneurysm<br>❏ Ascites | ❏ Blunt/Penetrating Trauma<br>❏ Edema<br>❏ Extravasation of Urine<br>❏ Fever<br>❏ Hepatomegaly/Splenomegaly<br>❏ Injury to Blood Vessels | ❏ Infection, Post Op<br>❏ Internal Injury (Thorax)<br>❏ Abdomen & Pelvis)<br>❏ Liver Disease<br>❏ Renal Colic<br>❏ Other _____ |
| 239  | X-ray<br>Upper Extremity<br>☒ R ❏ L<br>*Hand* | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ☒ Trauma<br>❏ Other | |
| | X-ray<br>Lower Extremity<br>❏ R ❏ L | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ❏ Trauma<br>❏ Other | |
| | ❏ VQ Scan | ❏ Chest Pain | ❏ SOB | ❏ Other |
| | ❏ CT Head/Brain<br>❏ Without Contrast<br>❏ With & Without | ❏ Closed Head Injury (Concussion)<br>❏ CVA/TIA<br>❏ Delirium/Dementia<br>❏ Headache (excluding _Migraine) | ❏ Occlusion of Artery<br>❏ Penetrating Trauma<br>❏ Seizure<br>❏ Sinusitis (chronic)<br>❏ Stroke | ❏ Subarachnoid – Intracerebral<br>   Hemorrhage<br>❏ Suspected Metastasis<br>❏ Syncope/Collapse<br>❏ Other |

**ER 160**

PRINTED BY: mrussell      DATE 7/7/2006



B060540039 1    PUGH, CEDRIC
DOB: 09/21/75    Age: 30Y   MR #: 598203
Admit Date/Time: 02/23/06    1132A
919 RIOS, JULIO E



**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **RADIOLOGY** | | | |
| | CT<br>❑ C-Spine<br>❑ T-Spine<br>❑ L-Spine | ❑ Abnormal gait<br>❑ Abnormal involuntary movement<br>❑ Lack of Coordination<br>❑ Osteomyelitis | ❑ Meningitis<br>❑ Neoplasm<br>❑ Pain<br>❑ Spina bifida<br>❑ Transient paralysis (limb | Injuries related to❑ MVC ❑ GSW<br>❑ Stabbing<br>❑ Other |
| | ❑ CT AngioChest<br>❑ With IV Only | ❑ Chest Pain<br>❑ Hemoptysis<br>❑ SOB | ❑ Tachypnea<br>❑ Other | |
| | ❑ CT Pelvis Abdomen<br>❑ Without Contrast<br>❑ Oral Contrast<br>❑ IV Contrast<br>❑ Rectal Contrast<br>❑ Stone Search<br>❑ Appendicitis Protocol<br>❑ Diverticulitis Protocol | ❑ Abdominal Pain<br>❑ Abdominal Rigidity<br>❑ Abdominal Swelling<br>❑ Abdominal Tenderness<br>❑ Aneurysm<br>❑ Ascites<br>❑ Blunt/Penetrating Trauma<br>❑ Edema<br>❑ Extravasation of Urine<br>❑ Fever<br>❑ Hepatomegaly/Splenomegaly | ❑ Injury to Blood Vessels<br>❑ Infection, Post Op<br>❑ Internal Injury<br>   (Thorax, ❑ Abdomen & Pelvis)<br>❑ Liver Disease<br>❑ Renal Colic | ❑ Other |
| | ❑ CT Other | | | |
| | ❑ MRI of | | | |
| | ❑ Ultrasound<br>❑ Complete Abdomen<br>❑ RUQ(GB)_____<br>❑ Pelvic _____<br>❑ Obstetrical _____ | ❑ Abdominal Pain<br>❑ Abdominal Tenderness<br>❑ Abnormal X-ray<br>❑ Ascites<br>❑ Abdominal Swelling<br>❑ Abdominal Mass | ❑ Colic<br>❑ Flank Mass<br>❑ Flank Pain<br>❑ Flank Tenderness<br>❑ Hepatomegaly/Splenomegaly | ❑ Pelvic Pain<br>❑ Pelvic Mass<br>❑ Pelvic Tenderness<br>❑ Spleen Mass<br>❑ Other _____ |
| | ❑ Doppler Series | ❑ Erythema<br>❑ Lower Extremity Pain | ❑ Swelling<br>❑ Tenderness | ❑ Other |
| | **CARDIOLOGY** | | | |
| | ❑ BP Both Arms | | . | |
| | ❑ Orthostatic VS | | | |
| | ❑ Cardiac Monitor | | . | |
| | ❑ EKG | | | |
| | ❑ Repeat EKG | | | |
| | ❑ ECHO | | | |
| | ❑ Cath Lab | | | |
| | **RESPIRATORY** | | | |
| | ❑ Pulse Oximetry | | | |
| | ❑ Oxygen ____L/min | ❑ Cannula<br>❑ Non-Rebreather Mask | ❑ Non-Simple Mask | |
| | ❑ Nebulizer | ❑ Peak Flow<br>❑ DuoNeb | ❑ Albuterol<br>❑ Atrovent | ❑ Xopenex<br>❑ Other |
| | ❑ Inhaler with space<br>   teaching | | | |
| | ❑ C-PAP<br>❑ Bi-PAP | ❑ Vent Settings | | |
| | ❑ Central Line | | | |
| | ❑ Chest Tube | ❑ Right<br>❑ Left | | |



ER 160

PAGE 3 OF 4    Form #ER 16005 Revised 02/13/06

PUGH,CEDRIC
DOB: 09/21/75    Age: 30Y   MR #:598203
Admit Date/Time: 02/23/06     1132A
919 RIOS,JULIO E

 **Baptist** HEALTH

**AERAS**
**PHYSICIAN**
**ORDER SHEET**

| Date/Time | TEST | SYMPTOMS |
|---|---|---|
| | **PROCEDURE SET-UPS** | |

| | ❏ Visual Acuity | | | |
|---|---|---|---|---|
| | ❏ Eye Box | ❏ Morgan Lens  ❏ Tetracaine | ❏ Corneal Burr  ❏ Tonopen | ❏ Dacriose  ❏ Woods Lamp |
| | ❏ Nose Tray | ❏ Head Light | | |
| | ❏ Dental Box | | | |
| | ❏ Ortho Box | | | |
| | ❏ Pelvic Exam | | | |
| | ❏ Lumbar Puncture | | | |
| | ❏ NG-Tube | | | |
| | ❏ Splint | | | |
| | ❏ Crutch Walking | | | |
| | ❏ Suture Set-Up | | | |

**BEHAVIORAL HEALTH**

| | ❏ Psychiatric Evaluation/Screening | | |
|---|---|---|---|
| | ❏ Restraints | See Restraint Order Sheet | ❏ 1:1 Seclusion |

**IV FLUIDS**

| | ❏ IV Site _ x1 _ x2 | | | |
|---|---|---|---|---|
| | ❏ IV Bolus | ❏ _____ X500ml | ❏ _____ 1 Liter | ❏ _____ 2 Liters |
| | ❏ IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at _____ ml/hr |
| | ❏ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrilin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| | *Tdo.5ccIM* ½? | | |
| | *Morphine 6mg?— Hold* | | |
| | *Phener / 5mg IV 1440 IM* | ❏ See additional medication order form. | |

| TIME | | **CONSULTS** | |
|---|---|---|---|

| ❏ Primary Physician  Time Notified  Time Responded | ❏ On-Call Specialist  Time Notified  Time Responded | ❏ GMS/FMS/Hospitalist  Time Notified  Time Responded | ❏ Other  Time Notified  Time Responded |
|---|---|---|---|

**DISPOSITION**

| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
|---|---|---|---|---|
| | ❏ Home | ❏ Regular Room #___ | ❏ Hospital | ❏ Coroner Called |
| | ❏ AMA  signed  unsigned | ❏ Telemetry Room #___ | ❏ Psychiatric/Meadhaven | ❏ Death Certificate Signed |
| | ❏ Elopement | ❏ Observation Room #___ | ❏ Other | |
| | ❏ LBMSE | ❏ Surgery | | |
| | ❏ Work/School Excuse Provided x's ___ Days | | ❏ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: | EXTENDER SIGNATURE: |
|---|---|
| Certified Medical Emergency   ❏ Yes   ❏ No | Dictation # |

ER 160

PRINTED BY: mrussell       DATE 7/7/2006

8060540031
PUGH,CEDRIC
DOB: 09/21/75    Age:30Y    MR #:598203
Adm Date/Time: 02/23/06    1132A
919 RIOS,JULIO E

DATE:_____ TIME: _100_ ROOM: _Hall_ EMS arrival
HISTORIAN: (patient)  spouse  paramedics_____
__ HX / EXAM UNOBTAINABLE 2° TO:_____

**HPI**

**chief complaint:** **Injury to** right / left
      hand   wrist   forearm   elbow   arm
      thumb   index f.  (middle f)   ring f.   small f.

**duration / occurred:**
just prior to arrival
today
yesterday_____
_____ days PTA

**where:**
home   school
neighbor's   park
work   street
_Sail_

**severity of pain:**
(mild)  moderate  severe

worse / persistent since_____
(pain intermittent /) lasting

**context:** fall   blow   incised   crushed   burn
_Cut in gender_

**location of injury:**
R- UE (hand)   palm   fingers
L- UE   hand   palm   fingers

**PAST HX** (negative)  R / L HANDED   prior injury
HTN  DM  CAD   other problems_____

Meds- none / (see nurses note)
Allergies- NKDA / (see nurses note)

**SOCIAL HX** recent ETOH  smoker  drug abuse

**FAMILY HX** DM  HTN  CAD

__ HX / EXAM UNOBTAINABLE 2° TO:_____
**ROS**
CONST
recent fever / illness
NEURO / EYES
headache
double vision / hearing loss
loss feeling / power arms / legs

tingling / numbness distally

GI / GU
nausea / vomiting
loss of bladder function

CVS / PULMONARY
trouble breathing / chest pain

MS / SKIN / LYMPH
neck pain
skin laceration_____
swelling
suspected FB (skin lac)_____

painful / unable to bear weight

head / neck / other injuries

☐ Nursing Assessment Reviewed  ☐ Vitals Reviewed  ☐ Tetanus immun. UTD

**PHYSICAL EXAM**
**General Appearance** _____ mild / (moderate) / severe distress_____
__ no acute distress   __ anxious
(alert)

---

1 of 1    1 of 2
© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.
09

Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Hand or Wrist Injury** (4)

**HAND**
__ nml inspection
__ non-tender

see diagram
tenderness soft-tissue / bony
swelling / ecchymosis_____
limited ROM_____
due to: pain / functional deficit
deformity_____
nail injury _Partial CBC_
complete / partial avulsion  subungal hematoma

**WRIST**
__ nml inspection
__ non-tender
__ nml ROM

see diagram
tenderness soft-tissue / bony
tenderness in anatomical snuff box
wrist pain on axial thumb load
swelling / ecchymosis ___ ___
limited ROM_____
deformity_____



T = Tenderness
S = Swelling
E = Ecchymosis

**NEURO**
__ sensation intact
__ motor intact

__ digital nerve deficit_____
    decreased fine touch   abnml 2-point discrim.
__ median nerve deficit_____
    sensory deficit- lat. 3 ½ fingers / lat palm
    · motor deficit- pronation / thumb flexion
    index & middle finger flexion
__ ulnar nerve deficit_____
    sensory deficit- med. palm / med. 1 ½ fingers
    motor deficit- thumb adduction / fingers adduct.
__ radial nerve deficit_____
    motor deficit- wrist drop / thumb extension

**VASCULAR**
__ no vascular
    compromise

pallor / cool skin / abnml cap refill_____
pulse deficit  radial  ulnar_____

**TENDONS**
__ tendon function
    normal

__ tendon visualized / injury seen_____
    extensor  flexor  complete  partial
    deficit in tendon function_____
    limited extension  limited flexion

**FOREARM / ELBOW / ARM**
__ uninjured
    above wrist

__ see diagram
tenderness soft-tissue / bony
swelling / ecchymosis_____
deformity_____
limited ROM_____

X_____
HISTORY, PA / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

RN / PA / NP_____   MD_____

**SKIN**
_warm, dry                    __diaphoretic / cool / cyanotic ___ ___

**LABS**

| CBC | Chemistries | CO2____ |
|---|---|---|
| normal  except | normal  except | Ca____ |
| WBC____ | BUN____ | Bilirubin ____ |
| Hgb____ | Creat____ | |
| Hct____ | Gluc____ | Magnesium____ |
| Platelets____ | Alk Phos____ | BNP____ |
| segs____ | ALT____ | D-Dimer____ |
| bands____ | AST____ | |
| lymphs____ | Na____ | |
| monos____ | K____ | |
| eos____ | Cl____ | |

**HEAD / ENT**
_nml inspection          __tenderness ___
_pharynx nml             __swelling / ecchymosis ___

**NECK / BACK**
_nml inspection          __tenderness ___
_non-tender              __swelling / ecchymosis ___

**CHEST**
_no resp. distress       __tenderness ___
_non-tender              __swelling / ecchymosis ___ ___
_breath snds nml

**GASTROINTESTINAL**
_non-tender              __tenderness / guarding ___
_no organomegaly

**PROGRESS:**
Re-evaluation time _1930_ unchanged   Improved   re-examined
Re-evaluation time ____ unchanged   improved   re-examined
Re-evaluation time ____ unchanged   improved   re-examined

⟶ Re- _ambercy_ _____

**PROCEDURES:**
_splint    Velcro    OCL / Ortho-glass / Plaster    Aluminum-foam ___
          Volar    Thumb spica    Ulnar    Wrist    Sugar-Tong    Cock-up    Colles
_applied by ED Physician / Orthopedist / Tech ___
_examined post splint application    NV intact    alignment good
_Need: Neurovascular exam post application of splint or cast
_fingers buddy-taped ___
_digital block    lidocaine 1% ___mL    marcaine 0.25%  0.5% ___mL
_subungal hematoma drained using electrocautery
_foreign body removed    with forceps    with incision

_Procedure_ - _Doly..dry_
_+P. & Applied_
_Baby dress_

_____
☐ see template #23b for Laceration Repair
**TREATMENT:** _____
**MEDICAL DECISION:** _____
**Fracture Care:** Follow up with orthopedic within 48 hours
_Rx given ____

_Follow up with ____
Relinquished care to Dr. ____                Time: ____
_referred to / discussed with Dr. _Orca_
will see patient in:    office / ED / hospital in ____days

**XRAYS** ☐ interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
R / L  hand  wrist  forearm _____  finger
_normal / NAD          DIP ___
_no fracture           __dislocation
_nml alignment         __soft tissue swelling
_no foreign body       __foreign body
                       __fracture

**CLINICAL IMPRESSION:**    Fall    Alleged Assault
Contusion    R / L    wrist / hand
Hematoma             thumb  index f.  middle f.  ring f.  small f.
Laceration           MP  PIP  DIP joint
Sprain / Strain / Dislocation
Fracture    R / L    radius  distal / shaft / proximal
                     ulna  prox / shaft / distal / styloid    Colles' fx
                     metacarpal fx  # 5  4  3  2  1
                     phalanx  # 5  4  3  2  thumb
                     prox / middle / distal / tuft

_Tissue adhesives fingernail_ ___

**Other    study:** _____

**DISPOSITION-** ☐ home  ☐ admitted  ☐ transferred
**CONDITION-** ☐ unchanged  ☐ improved  ☐ stable ____

x _____    MD / DO  x _____    MD / DO
      Resident                            Attending
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by
Physician.
DATE 7/7/2006

☐ See separate report

1 of 1    1 of 2

B0605400391    PUGH, CEDRIC
DOB: 09/21/75  Age:30Y  MR #:598203
Admit Date/Time: 02/23/06    1132A
919 RIOS, JULIO E

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negative

23b

**Baptist Health**
# EMERGENCY PHYSICIAN RECORD
## Laceration Procedure Notes

**Wound Description #1**
Wound: _____ *(handwritten)*
Size: __2__ -cm
**Distal NVT:**
__sensation intact  __vascular. intact  __tendon intact

**Depth / shape / contamination:** *Avulsion (handwritten)*
__superficial   __linear        __irregular   __*flap
(SQ)           __nail avulsed   __stellate
__muscle        __contused tissue
__clean
__contaminated  minimally / moderately / *heavily
        with dirt gravel grease ink _____

**ANESTHESIA**
__local   __LET / TAC   (digital block)   ___cc
__lidoc 1% 2%  epi / bicarb   (marcaine  .25% .5%)

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine        __foreign material removed
__betadine to skin              partially  completely
__wound cleanser               minimal / mod. / *extensive
__irrigated / (washed w/ saline)  (debrided)
   moderate / *extensive       minimal / (mod.) / *extensive
__wound explored               __undermined
                               minimal / mod. / *extensive

Wound closed with:  wound adhesive / steri-strips _____
**SKIN**
#____  ____-0   nylon / prolene / vicryl / staples _____
__interrupted  __running  __simple  __mattress ( h / v )

**\*SUBCUTANEOUS / MUCOSA**
#____  ____-0   vicryl / silk _____
__interrupted  __running  __simple  __mattress ( h / v )

**\*FASCIA / MUSCLE / TENDON** _____
#____  ____-0 vicryl / _____
__interrupted  __running  __simple  __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised  __nail reattached  #____  ____-0 vicryl / _____
**\*OTHER**
__retention suture placed  *(handwritten)*

*(handwritten notes)*

**Wound Description #2**
Wound:_____
Size: _____-cm
**Distal NVT:**
__sensation intact  __vascular. intact  __tendon intact

**Depth / shape / contamination:**
__superficial   __linear        __irregular   __*flap
__SQ            __nail avulsed   __stellate
__muscle        __contused tissue
__clean
__contaminated  minimally / moderately / *heavily
        with dirt gravel grease ink _____

**ANESTHESIA**
__local   __LET / TAC   __digital block   ___cc
__lidoc 1% 2%  epi / bicarb   __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine        __foreign material removed
__betadine to skin              partially  completely
__wound cleanser               minimal / mod. / *extensive
__irrigated / washed w/ saline  __debrided
   moderate / *extensive       minimal / *mod. / *extensive
__wound explored               __undermined
                               minimal / mod. / *extensive

Wound closed with:  wound adhesive / steri-strips _____
**SKIN**
#____  ____-0   nylon / prolene / vicryl / staples _____
__interrupted  __running  __simple  __mattress ( h / v )

**\*SUBCUTANEOUS / MUCOSA**
#____  ____-0   vicryl / silk _____
__interrupted  __running  __simple  __mattress ( h / v )

**\*FASCIA / MUSCLE / TENDON** _____
#____  ____-0 vicryl / _____
__interrupted  __running  __simple  __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised  __nail reattached  #____  ____-0 vicryl / _____
**\*OTHER**
__retention suture placed

*may indicate intermediate repair.   *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

X _____ MD / DO  x _____ MD / DO
   Resident                Attending
☐ In Review, Patient interviewed, Medical Decision Making, and Examined by
Physician.

PRINTED BY: mrussell    DATE 7/7/2006

# CONSCIOUS SEDATION PROCEDURE NOTE

Time:_____

**Indications-**    __laceration  __shoulder dislocation

__see nurses record for monitoring / vital signs
__last meal_____time:_____

**Preparation-**    __procedure explained _____
                         to patient    to parent / guardian
__consent signed (if applicable) _____
__pulse oximeter _____
__oxygen _____ (if applicable)
__IV access (if applicable) _____
__suction (if applicable) _____
__cardiac monitor (if applicable) _____
__constant attendance (if applicable) _____

## Physical Exam-

**AIRWAY**
__nml anatomy    __difficult facial / neck anatomy_____

**CVS / RESP**
__nml heart sounds    __respiratory distress_____
__nml breath sounds    __wheezing / rales_____

**NEURO**
__alert    __lethargic_____
__NAD    __anxious_____
__responsive    __distress  mild / moderate / severe_____
__confused / disorientated_____
__unresponsive_____

**Sedation-**    **PO:**    __versed_____
                             __fentanyl lollipop_____
                             __ketamine_____

**RECTAL:**    __versed_____
                 __chloral hydrate_____

**PARENTERAL:**    __versed_____
                     __fentanyl_____
                     __ketamine_____
                     __brevital_____

**Response during procedure-**    __light  __moderate  __heavy  sedation

__vital signs stable_____
__oxygenation stable_____
__maintained airway well during procedure

__handled secretions adequately_____

**Complications during / after procedure-**
__none_____
__vomiting_____
__apnea_____
__airway compromise_____
__O2 desaturation_____
__hypotension_____
__new neurologic problems_____
__agitation_____

**Reversal-**
__none_____
__narcan_____
__romazicon_____

**Mental Status after procedure-**    Appearance_____
__Alert  __Lethargic  __Anxious_____

Distress_____
__NAD  __mild  __moderate  __severe

Response To Verbal Stimuli_____
__confusion / disorientation_____
__unresponsive_____

__patient returned to pre-procedure baseline
__alert prior to discharge_____

x_____ MD / DO  x_____ MD /DO
    *Resident*                    *Attending*
□ *Hx review, Patient interviewed, Medical Decision Making, and Examined by Physician.*

Laceration Add-on - 23b       PRINTED BY: mrussell       DATE 7/7/2006

DISCHARGE INSTRUCTIONS - PATIEN...

BP4054003911     PUGH,CEDRIC
DOB: 09/21/75     Age:30Y   MR #:598203
Admit Date/Time: 02/23/06     1132A
919 RIOS,JULIO E

...alth
...cy Room
...ge Instructions

Page 1 of 1

| Weight | Phone | Allergies | | Location South |
|--------|-------|-----------|--|----------|

**MEDICINES PRESCRIBED**  If non, check this box: ☐  **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|--|--------------|--------|---------------------|-----------|---------|
| 1. | Lortab 7.5 | # 12 | 1 PO Q4° prn | ☐ | |
| 2. | + Keflex 500g | # 40 | 1 PO Q+D | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTION SHEET(S) GIVEN**
☐ Asthma        ☐ Crutches      ☐ Head Injury      ☐ Threatened Ab       Return for signs of infection
☐ Back Pain     ☐ Fever         ☐ Otitis Media     ☐ Vomiting / Diarrhea      > Redness
☐ Cast / Splint-Care  ☐ Fracture  ☐ Sprains / Bruises  ☑ Wound Care        > Swelling
                                  ☐ STD             ☐ Other(s)             > Drainage
                                                                          > Heat

Additional Instructions:
① Neosporin Dressing        Return 3-5 days
② Keep Wound Clean + dry     for checkup
③ prn 3d - 5d

Referred to: ☑ Dr. _Curtis 613-9000_
☐ Phone:
☐ Call on next business day for follow-up appointment
In _____ days / weeks  ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☑ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified: _____
☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☑ Patient
☐ Relative
☐ Other _____

X _Cedric Pugh_

Time Released > _1458_ Hrs.

Instructed By: _M. Dunn RN 1435_          Physician: _____

**WORK/ SCHOOL STATEMENT from the Emergency Department**

| Patient Name | Date |
|--------------|------|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
   Restrictions: _____
☐ -------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by the Employers Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (05/02)

Fax From : 3342862274

READING ROOM                                02-23-06 14:04    Pg:  2

NAME: PUGH, CEDRIC
MR# 598203      EXAM#: DX-06-0022083
DATE: 02/23/2006 AGE: 30 Y
DOB: 09/21/1975 SEX: M
BAPTIST SOUTH
2105 East South Boulevard
Montgomery, Alabama 36116

NAME: PUGH, CEDRIC
LOC: B-Emerge...    RM/BD:
SEX: M               AGE:  30 Y
METHOD: Ambulatory PRIORITY: Stat

SPECIAL EQUIPMENT

EXAM: DX Hand Complete Right

NAME: PUGH, CEDRIC
DOB: 09/21/1975
EXAM DATE/TIME: 02/23/2006 12:31
ENTRY DATE: 02/23/2006
ENTERED BY: Donde, Sharon Cooper, RN
REASON/DIAGNOSIS: injury-hall
BUN:
CREATININE:
WT:
SPECIAL EQUIPMENT AND INDICATION:

PRIORITY: Stat
MR#: 598203
AGE: 30 Y
SEX: M
ORDERING MD: Rios, Julio E., MD
ATTENDING MD: Rios, Julio E., MD
PREVIOUS EXAM:

OTHER EXAMS ORDERED TODAY:

COMMENTS

NM AUTHORIZED USER:

DX-06-0022083

NAME: PUGH, CEDRIC
MR#: 598203
DOB: 09/21/1975
ORDERING MD: Rios, Julio E., MD
REASON/DIAGNOSIS: injury-hall
EXAM DATE/TIME: 02/23/2006 12:31
PRIORITY: Stat
EXAM: DX Hand Complete Right
COMMENTS:

LOC: B-Emergency Dep RM/BD:
AGE: 30 Y              SEX: M

39-06-0022083 09/21/1975

No acute fx or dislocation
identified
Transverse lucency (?) middle finger
obscured by dressing





PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Baptist So. Hospital_
(Agency)
_Southern Blvd_
(Address)
_Montgomery, Al._

From: _Elmore Corr. Center_
(Institution)
_P.O. Box 56, Elmore, Al. 36025_
(Address)
_(334) 567-1540_
(Telephone)

Inmate's Name: _Pugh, Cedric_

a/k/a: _____

D.O.B: _09/21/75_    SS #: _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_

Person Completing Form

Name: _D. Austin hpd_

Signature: _D Austin hpd_

Date: _02/23/06_

---

**MEDICAL PROBLEM(S):**

(L) hand caught in mixer. 3rd finger (R) hand c̄ ¾ of side missing

**TREATMENTS/MEDICATIONS:**

Irrigation
pressure dsg.
Tetanus 02/23/06 (L) dilbrus

---

**Allergies:**  NKA

**Pregnant:**   Yes   (No)   Unknown

**Other Lab Data:**

**TB Skin Test:** (NEG)   POS   Date _10/12/05_
**CXR:** (NEG)   POS   Date _05/18/05_

| Test | | | Treated | Date |
|---|---|---|---|---|
| (RPR) | NEG | POS | Yes No | _10/27/05_ |
| VDRL: | NEG | POS | Yes No | |
| GC: | NEG | POS | Yes No | |
| Other: HIV, APA | | | Yes No | _10/27/05_ Neg. |

---

PRINTED BY: mrussell    DATE 7/7/2006

60109 (4/87)

WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE