IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

Cedric Pugh # 182373,        )
Pro/Se Plaintiff             )
                             )
                             )
                             )
                             )
    -Vs-                     )    Case No. 2:06-CV-363-MEF
                             )
                             )
                             )
Alabama Corr.Industries,     )
Comm.Butch Calloway,         )
Prison Health Serv.Inc,et.al.,)
      Defendants             )

RECEIVED
2006 AUG 23  A 10: 49

## MOTION TO AMEND NAMED DEFENDANTS

Comes Now,Cedric Pugh,Pro/Se,And from herein known as the Plaintiff, And motions this Honorable Court,To allow him to amend the Named Defendants,And for Good and Just Cause,The Plaintiff Shows the Following:

1.) Plaintiff originally named Defendants,Butch Calloway,Freddie Nunn and Danny Donovan,As Supervisors for the Alabama Dept.of Corrections "Alabama Correctional Industries",When in fact they are Employed under the name "Institutional Services Division", Both are divisions of the Alabama Dept.of Corrections.

2.) The Individual Defendants were properly named in the Complaint, However,They are employed by a different "Entity" than that believed at the filing of this Complaint.

### CONCLUSION

Wherefore,Premises considered,Your Plaintiff prays that this Court will allow him to amend the complaint to name the Defendants as Employees of "Institutional Services Division" Rather than the Division named in the Original Complaint,"Alabama Correctional

[-1-]

Industries",As mentioned,The Defendants Individually are properly named,Just the Division within the Alabama Department of Corrections was named improperly,Therefore,The Plaintiff prays that this court will allow the amendment.
It is so prayed by the Plaintiff.

        Respectfully Submitted, *Cedric Pugh*
                                 Cedric Pugh # 182373,Pro/Se

### CERTIFICATE OF SERVICE

This is to certify,That I have served a true and correct copy of the foregoing pleading on:

        Rushton,Stakely,Johnston & Garrett,P.A.
        184 Commerce Street
        P.O. Box 270
        Montgomery,Al.36101-0270

        And:
        Ball,Ball,Matthews & Novak,P.A.
        Post Office Box 2148
        Montgomery,Al.36102-2148

By placing said copies,In the U.S. MAil,Postage pre-paid and Properly Addressed,On this the 21st day of August,2006.

                              *Cedric Pugh*
                              Cedric Pugh # 182373
                              E.C.F. / P.O. Box 8
                              Elmore,Al.36025

c.c.personal file