IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-363-MEF |
| ) | |
| ALABAMA CORRECTIONAL INDUSTRIES ) | |
| COMMISSIONER BUTCH CALLOWAY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on August 23, 2006 (Court Doc. No. 33), in which the plaintiff seeks to clarify the correctional division under which defendants Calloway, Nunn and Donovan are employed as the Institutional Services Division, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE