***[Plaint.Exhib.A]

IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

| | |
|---|---|
| Cedric Pugh # 182373, Pro/Se Plaintiff | )<br>)<br>)<br>)<br>) |
| -Vs- | ) Case No. **2:06-CV-363-MEF** <br>)<br>)<br>) |
| Alabama Corr.Industries, <br> Comm.Butch Calloway, <br> Prison Health Services,Inc., <br> et.al. <br> Defendants | )<br>)<br>)<br>)<br>) |

## UNSWORN DECLARATION OF THE PLAINTIFF
## (28 U.S.C.S. §1746)

Comes now,Cedric Pugh,The Plaintiff in the above styled cause,And Declares the following to be true,Under Penalty of Perjury:

1.) I recieved absolutely no training in the operation of the meat processing Machines at the Meat Processing Plant in Elmore County,Alabama operated,And supervised by the Defendants.

2.) Upon reporting for Work,I was told to watch the other Inmates as they use the assorted machinery.

3.) Their is absolutely no safety guards,Or devices to protect an inmates hands from being sucked into the Grinder.

4.) The Meat processing plant goes unsupervised for hours at a time,Leaving the inmates unsupervised during the processing of the By-Products.

I hereby certify that the above is true and correct to the best of my Knowledge,Information,and Belief's.

*Cedric Pugh*
Cedric Pugh#182373