IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

Cedric Pugh # 182373,
Pro/Se Plaintiff

-Vs-

Case No. 2:06-CV-363-MEF

Alabama Corr.Industries,
Comm.Butch Calloway,
Prison Health Services,Inc.,
et.al.
    Defendants

## UNSWORN DECLARATION OF THE PLAINTIFF
## (28 U.S.C.S. §1746)

Comes Now,Cedric Pugh,The Plaintiff in the Above styled cause,And Declares the following to be true,Under Penalty of Perjury:

1.) I recieved a severe injury to my finger while working at the Elmore Meat processing plant,This occurred while I was operating a Machine known as the Grinder,As I was pouring a large Heavy sack of By-Products/Fillers into the grinder,The Grinder sucked my Hand into it,Thereby Amputating my Fingertip.

2.) Doctor Chung explained to me,That In order for the wound to Properly heal,He would have to perform a Skin Graft.

3.) Doctor Chung did not perform the Skin Graft,Leaving my wound to heal only with Sutures,The wound did not heal properly,My fingertip is now very painful to the touch,And I can not use it without experiencing severe pain.

I hereby certify that the above is true and correct to the best of my Knowledge,Information,and Belief's.

_Cedric Pugh_
Cedric Pugh #182373