*****[PLAINT.EXHIB.C]

IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

| | |
|---|---|
| **Cedric Pugh # 182373,** <br> Pro/Se Plaintiff <br><br> -Vs- <br><br> Alabama Corr.Industries, <br> Comm.Butch Calloway, <br> Prison Health Services,Inc., <br> et.al. <br>     Defendants | Case No. **2:06-CV-363-MEF** |

## UNSWORN DECLARATION OF THE PLAINTIFF
## (28 U.S.C.S. §1746)

Comes Now,Cedric Pugh,The Plaintiff in the Above styled cause,And Declares the following to be true,Under Penalty of Perjury:

1.) The finger injury that I recieved while working at the Elmore Meat Processing Plant,Has not healed properly,And causes constant Pain,The fingertip is very tender to the touch.

2.) The Defendants,P.H.S.,Inc. & Doctor Peasant have not properly treated the Injury,Thereby causing it to heal improperly.

3.) While housed in the "Staton Health Care Unit",Under the Direct Treatment of Defendant Peasant,I had an Allergic reaction to whatever type of antibiotics he was administering,Causing my eyes to swell shut,Shortness of Breath,And Hives.

4.) My fingertip causes me great pain to this day,And is useless.

I hereby certify that the above is true and correct to the best of my Knowledge,Information,and Beliefs.

     *Cedric Pugh*
     Cedric Pugh # 182373