IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

| | |
|---|---|
| Cedric Pugh # 182373, Pro/Se Plaintiff | ) ) ) ) ) |
| -Vs- | ) ) Case No. 2:06-CV-363-MEF ) ) |
| Alabama Corr.Industries, Comm.Butch Calloway, Prison Health Services,Inc., et.al.    Defendants | ) ) ) ) ) |

## UNSWORN DECLARATION OF THE PLAINTIFF
### (28 U.S.C.S. §1746)

Comes Now, Cedric Pugh, The Plaintiff in the Above styled cause, And Declares the following to be true, Under Penalty of Perjury:

1.) The Defendant Julio E.Rios, Was in fact the treating physician at the Emergency Room at Baptist Hospital South, On February 23, 2006.

2.) The Defendant Julio E.Rios, Did not perform the treatment that he claims to have performed, Defendant Rios only washed and Bandaged the Finger that was caught in a Meat Grinder.

3.) The Defendant Julio E.Rios, Did not do a "Debridement" procedure as the documentation portrays, This is an Untruth, As that procedure was not performed until (5) Five to (7) seven days later.

4.) It appears that Defendant Julio E.Rios, Is billing the Al.D.O.C. for medical treatment that was not provided on February 23, 2006.

I hereby certify that the above is true and correct to the best of my Knowledge, Information, And beliefs.

_Cedric Pugh_
Cedric Pugh #182373