```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000471
Cashier ID: brobinso
Transaction Date: 09/17/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC PUGH
 Case/Party: D-ALM-2-06-CV-000363-001
 Amount:         $14.00
-----------------------------------------
CHECK
 Check/Money Order Num: 32020
 Amt Tendered:  $14.00
-----------------------------------------
Total Due:       $14.00
Total Tendered:  $14.00
Change Amt:      $0.00
```