```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000804
Cashier ID: brobinso
Transaction Date: 10/22/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC PUGH
 Case/Party: D-ALM-2-06-CV-000363-001
 Amount:         $16.00
------------------------------------
CHECK
 Check/Money Order Num: 32101
 Amt Tendered:  $16.00
------------------------------------
Total Due:      $16.00
Total Tendered: $16.00
Change Amt:     $0.00
```