To;Office of the Clerk
   Middle District
   U.S. District Court
   P.O. Box 711
   Montgomery,Al.36101

Date: 11-18-07

From;Cedric Pugh # 182373
   *100 Song Bird Lane.*
   *Union Springs,*
   *Ala. 36089*

In Re;Change of Address / Case No.2:06-CV-363-MEF

TO THE HONORABLE CLERK:

Greetings,I am The Plaintiff in the Above styled cause,And would like to inform you that I am Now at the Address provided above. Any future correspondence should be Addressed to the above Address. Thank you for your time,And cooperation in this matter,I will be anxiously awaiting your reply.

                              Respectfully Submitted, *Cedric Pugh*
                                                       Cedric Pugh #182373

c.c.-personal file

Cedric R Pugh
100 Song Bird Lane
Union Springs AL.
36089

MONTGOMERY AL 361

19 NOV 2007 PM 2 T



To;Office of the Clerk
Middle District
U.S. District Court
P.O. Box 711
Montgomery,Al.36101