**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 18, 2008

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

To: Tai Q. Chung

From: Clerk's Office

Case Style: Cedric R. Pugh v. Butch Calloway, et al.
Case Number: 2:06-cv-363-MEF

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

No corporate/conflict disclosure statement has been filed by you in this action.

This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.