IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC PUGH (AIS # 182373),

    Plaintiff,

v.

BUTCH CALLOWAY, ET AL.,

    Defendants,

CASE NO. 2:06-cv-363-MEF-WC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Peasant, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Prison Health Services, Inc. | This Defendant was an employee of Prison Health Services, Inc. at certain times made the basis of Plaintiff's complaint. America Service Group, Inc. is the parent company of Prison Health Services, Inc |

1/18/2008
Date

s/ R. Brett Garrett
(Signature)

R. Brett Garrett (GAR085)
(Counsel's Name)

Defendant John Peasant, M.D.
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3138
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of October 20 08, to:

Cedric Pugh (AIS# 182373), Elmore Correctional Facility, P.O. Box 8, Elmore, AL 36025

1/18/2008
Date

s/ R. Brett Garrett
Signature