IN THE U.S. DISTRICT COURT OF THE UNTIED STATES
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC PUGH, #182373 ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | CIVIL ACTION NO. 2:06-CV-00363 |
| ] | |
| ALABAMA CORRECTION ] | |
| INDUSTRIES, COMMISSIONER ] | |
| BUTCH GALLOWAY, et al., ] | |
| ] | |
| **Defendants.** ] | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Tai Q. Chung, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

_____        _____

_____        _____

_____        _____

_____        _____

/s/ E. Ham Wilson, Jr.
E. Ham Wilson, Jr.
Attorney for Tai Q. Chung, M.D.

<u>OF COUNSEL:</u>
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
hwilson@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on this January 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Matthew Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Lewis Peyton Chapman, III, Esq.
Richard Brett Garrett, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Staff Attorneys @ cc_prose@almd.uscourts.gov

The following person, not registered with the CM/ECF system, was served by U.S. mail:

Cedric Pugh #182373
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

by placing same in the U.S. mail postage prepaid on this January 21, 2008.

/s/ E. Ham Wilson, Jr.
OF COUNSEL