IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC PUGH (#182373) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:06-CV-363-MEF-WC** |
| | ) | |
| BUTCH CALLOWAY, et al. | ) | |
| | ) | |
| Defendant, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Butch Calloway, Freddie Nunn and Danny Donovan,* Defendants in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

■  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Department of Corrections | Employer |

01/28/2008                          /s/ J. MATT BLEDSOE
Date                                 Counsel Signature

                                     Calloway, Nunn and Donovan
                                     Counsel for (print names of all parties)

                                     11 South Union Street
                                     Montgomery, AL 36130
                                     Address, City, State Zip Code

                                     334-242-7443
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I, Bettie Carmack, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of January, 2008, to:

Cedric Pugh, #182373
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

| | |
|---|---|
| 01/28/2008 | /s/ J. Matt Bledsoe |
| Date | Signature |