IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC R. PUGH, #182373, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-363-MEF |
| | ) |
| BUTCH CALLOWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 15, 2008 the plaintiff shall advise the court of whether he seeks to proceed on his claims for relief. The plaintiff is cautioned that if he fails to file a response to this order the undersigned will recommend that this case be dismissed.

Done this 6th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE