IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC R. PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-CV-363-MEF |
| | ) | |
| BUTCH CALLOWAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Magistrate Judge filed a Recommendation (Doc. #51) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. #51) is adopted. This case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of this Court.

DONE this the 15th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE